# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jeanne Hedgepeth

                Plaintiff,

v.                                                     Case No.: 1:21−cv−03790

                                                                 Honorable Manish S. Shah

James A. Britton, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 12, 2022:

    MINUTE entry before the Honorable Manish S. Shah: Defendants have withdrawn their objection to plaintiff's motion to disclose non−damages experts. The motion [32] is granted. Non−damages expert disclosures shall be served by 11/15/22, depositions completed by 12/15/22, rebuttal expert disclosures served by 2/1/23, and depositions completed by 3/1/23. The court strikes the dispositive motion deadline, which will be reset when the parties get closer to completing non−damages expert discovery. Plaintiff's motion to compel [30] is denied; the request for in camera review is granted. The court has reviewed in camera the transcripts of the withheld executive session meeting, and sustains defendants' assertion of attorney−client privilege. The meetings were for the purpose of obtaining legal advice from counsel, who participated in the discussions to provide legal counsel to the district (her client). Defendants' proposed redactions to the 7/16/20 meetings are sustained. Defendants shall produce the non−privileged recordings and transcripts to plaintiff by 9/19/22. The parties shall file a status report stating whether rebuttal experts will be disclosed and proposing a new dispositive motion schedule on 1/17/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.