# EXHIBIT 32

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEANNE HEDGEPETH,

                    Plaintiff,

      v.

JAMES A. BRITTON, et al.,

                  Defendants.

Case No. 21-cv-03790

Honorable Manish S. Shah

**DECLARATION OF TONY MEDINA**

I, Tony Medina, state the following:

1.      I am currently employed by the Board of Education of Township High School District 211 as Prinicpal of Palatine High School. I have personal knowledge of the matters set forth in this declaration.

2.      On June 1, 2020, I began receiving messages from individuals raising concerns and complaints about Facebook posts made by Plaintiff Jeanne Hedgepeth. I advised the District's Superintendent, Dr. Lisa Small, of the messages that I was receiving regarding Hedgepeth's posts.

3.      After Hedgepeth's Facebook posts drew public attention in June 2020, I heard from many people, including multiple school staff and then-current students, who wanted to speak with me over Zoom and in person to discuss and express concern about the posts. Summer school was in session at the time. I was informed by teachers and students that school was being interrupted by teachers and students having to have conversations about Hedgepeth's posts.

4.      I did not believe that Hedgepeth could be an effective teacher at Palatine High School because of her posts and the controversy that they caused. To be effective, teachers have to build a trusting relationship with students. I concluded that, in a school with a substantial minority population, it would be difficult for Hedgepeth to do so, because her posts reflected the view

3196369.4

that racism does not exist and that anyone who believes otherwise has been "hoodwinked" by liberals and "race-baiters." I based my conclusion on the content of Ms. Hedgepeth's posts as well as e-mail and oral communications that I received from current students and others, many of whom said that they viewed her posts as racist. I also considered Hedgepeth's past conduct involving intemperate outbursts in the presence of students that resulted in her being suspended twice and issued a notice to remedy.

5.     Based upon the circumstances my experience as an educator, I believe that continuing to employ Hedgepeth as a social studies teacher at Palatine High School would have negatively impacted the school's minority students, resulted in continued disruption and distraction from the school's educational mission, insulted members of the school and district community, and negatively impacted the reputation of Palatine High School and District 211. I voiced these concerns to Dr. Small and Dr. Jim Britton, Director of Human Resources, and recommended that Hedgepeth be dismissed from her employment with the District.

FURTHER DECLARANT SAYETH NAUGHT.

## VERIFICATION

I declare, under penalty of perjury under the laws of the United States of America, that the fore-going statements are true and correct.

Tony Medina

Date: 5/17/23

# EXHIBIT 33

June 12, 2020

Dear Dr. Small

I am submitting my letter to retire on June 12, 2020 to take effect on June 18, 2020.

Sincerely

Jeanne Hedgepeth

JUN 1 2 REC'D

D211(Hedgepeth)000074

# EXHIBIT 34

| | |
|---|---|
| **From:** | Emily Vollmert |
| **To:** | Kimberly Cavill |
| **Subject:** | An honest reflection |
| **Date:** | Thursday, June 18, 2020 10:24:54 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Ms. Cavill,

My name is Emily Vollmert. I graduated from Palatine High School in 2018 and am currently an elementary education major at Drake University. I understand there have been investigations of Jeanne Hedgepeth, a teacher from Palatine High School. As a former student and once graduated, Facebook friend, of Ms. Hedgepeth, I am hoping you will take my following letter into consideration.

I had the privilege of learning from Ms. Hedgepeth when I took her Economy class in the Spring 2018 term. I can vividly remember on the first day of class, Ms. Hedgepeth started the session by telling us that we would be learning more than economics in this course. We would be hearing a viewpoint that most of us have never heard of in a positive light in public high school: the values and beliefs of conservatism. She told us that she is aware these beliefs are not the "norm" to be discussed and that she does not wish nor expect any of us to agree with these beliefs. Instead, her goal for us as young adults was for us not to be able to hear but to *listen* to those who have opposing beliefs and values than us. She would facilitate discussions with students so that we, the future of this country, had the opportunity to learn how to have a civil and honest conversation with others without raising our voices, using foul language, or completely ignoring whatever the other person has to say. Ms. Hedgepeth would truly listen and take into consideration every single student's thoughts and opinions and work to understand where they are coming from in order to best support these students in their journey to become adults in America.

Ms. Hedgepeth not only taught us how to respect one another, which is a lot more difficult than it may seem, but she also pushed us to advocate for ourselves. She would work with all of her students to work hard not only in school but in everything we do. She shared with us her personal journey on how she went from having very poor grades and low motivation in high school to graduating college with honors. There was one instance in her class that particularly struck me and has stuck with me to this day. Ms. Hedgepeth was teaching a lesson and there were a few kids who were messing around in the back corner of the classroom. She paused the lesson, and instead of yelling at these students for goofing off and being disrespectful, she said these words "I just want to put things into perspective for you all. All of us D211 teachers get paid very well. Do you know how we get paid? *silence

in the class* We get paid by YOUR taxpayer money. So it is up to you how you would like to spend it. Are you going to spend it wisely by participating and engaging in class? Or are you going to waste it by showing up late, going on your phone all class, ditching, etc.? This is YOUR education. This is your opportunity to excel in all that you do. You are funding these resources! Take advantage of them!". From that day forward, those kids did not show up late, they focused in class, and their phones were out of sight. This is just one example of how Ms. Hedgepeth motivated us to be the best we can be.

While Ms. Hedgepeth taught us how to communicate respectfully and to push ourselves by taking advantage of the opportunities we have in life, I believe the most important thing she taught us is to seek truth in all that we do. Nowadays with the media being the most common way we receive news, it is so easy to get lost in all of the opinionated pieces and fake news. She connected us with politically neutral and unbiased resources and encouraged us to dig deeper into what is being said. "Is this quote being taken out of context?", "Is this current data?" "Who was surveyed?" "Is it from a reputable source?" were just a few tips and tricks she taught us in order to help us discover the truth. I understand how these social media posts, while they were posted on her private page, could be read as controversial and offensive. It would be very easy to be caught up in many emotions when reading these posts and responses, but decisions based on emotions are not always reliable or factual. I hope that as a member of District 211's Board of Education, you too will seek truth in all you do. Will you take both sides into consideration? Will you check your sources? Is all the data there? Do her posts on her private Facebook page mean that she cannot be an effective and impactful teacher? These are all questions that I have thought about, and I hope you and the rest of the board will as well.

Thank you for your consideration.


Kindly,
Emily Vollmert

| From: | Sally G. Cimmarusti |
|---|---|
| To: | Board of Education |
| Cc: | Lisa A. Small |
| Subject: | Board Letter |
| Date: | Friday, June 26, 2020 12:37:13 PM |
| Attachments: | Board Letter -- June 26, 2020.pdf |
| | image001.png |

Board members,

The Board letter has been posted in BoardDocs.  We are sending it to you electronically for your convenience.

Best regards,

Sally Cimmarusti

Township High School District 211

(847) 755-6611



| | |
|---|---|
| **From:** | Sally G. Cimmarusti |
| **To:** | Board of Education |
| **Cc:** | Lisa A. Small |
| **Subject:** | Board Letter |
| **Date:** | Friday, July 10, 2020 3:07:09 PM |
| **Attachments:** | Board Letter -- July 10, 2020.pdf |
| | image001.png |

Board members,

The Board letter has been posted in BoardDocs.  We are sending it to you electronically for your convenience.

Best regards,

Sally Cimmarusti
Executive Assistant to the School Board and Superintendent's Office
Township High School District 211
 (847) 755-6611 and (847) 755-6627



**Extraordinary Opportunities**
**Innovative Teaching**
**Exceptional Learning**

D211(Hedgepeth)000093

**Hedgepeth v. D211 et al_000093**

| | |
|---|---|
| **From:** | Somil Desai |
| **To:** | Kimberly Cavill |
| **Subject:** | Board Meeting |
| **Date:** | Thursday, July 16, 2020 6:04:51 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

D211 administrators,

As one of Ms. Hedgepeth's former students, I can sincerely say that she is in no way racist like many other students are claiming. While in her class, she always provided multiple viewpoints to ensure students can make informed stances on controversial topics. Also, she made sure that every student had an opportunity to voice their opinions in her classroom. Many of the students claiming that she is "racist" have not even been in a classroom with her and therefore are not aware of the way she runs her class.

As for her post on Facebook which everyone is citing as "proof," there was nothing racist stated. In that post, she started out by saying she cares about love and inclusion for all. Many students are taking the small portion of that post which talked about "white privilege" and the use of the "N-word" and falsely implying that her opinion is racist. Nothing about that statement implied racism, and many people are taking her words out of context. She has the right to have her own opinion without being scrutinized.

In my experience, Ms. Hedgepeth has made a tremendous impact within the Palatine High School community. She has been involved in many activities that promote diversity and the inclusion of all students. I am extremely appreciative to have been taught by such a wise and caring teacher.

I hope you will take my words into consideration.

Thank you,

Somil Desai

| | |
|---|---|
| **From:** | Thomas Petersen |
| **To:** | Board of Education |
| **Cc:** | Lisa A. Small |
| **Subject:** | Board of Education Meeting Emails |
| **Date:** | Thursday, July 16, 2020 10:56:57 PM |

Good evening.

There were four emails submitted to the *BOE-Mtg@d211.org* email address.  Those emails are shared below.

---



---

Good evening,

My name is Samantha Malak and I am a former Palatine High School student. I graduated with the class of 2017 and had the honor of having Ms. Hedgepeth as my teacher in 2016. The day after President Trump was elected, all of Palatine High School had mixed emotions. Most students were upset about the outcome while

D211(Hedgepeth)000095

**Hedgepeth v. D211 et al_000095**

some were happy. One student expressed his feelings by wearing a Trump shirt and hat while playing a song about Trump in the hallways. This had many students mad and they were making fun of him and bullying him. He was in my class and Ms. Hedgepeth was our teacher. She saw the bullying happen and went on a little rant to our class. I really liked what she was saying and agreed with it so I began to record what she was saying. I then posted it on Facebook without her permission because I thought other people should hear what she was saying. I did not think about her job and how that might affect her position at Palatine High School. Unfortunately, that video has somehow resurfaced and people are upset about it. What I failed to record was her saying in these exact words, "We can't let politics divide us, we have to love each other because that's what our country needs, more love and respect".

It is with a heavy heart that I am reaching out to you about Ms. Hedgepeth. I am to understand that she has been put on suspension pending a recent social media post that she made on her own free will, outside of school. Due to the current social movement ongoing in America, I understand the need for all voices and people to be heard, listened to, grieve, and unite to create a better society for America. However, I fear that this message is getting lost and politicized, and Ms. Hedgepeth is a victim of this. I am sending you this email to give a better holistic view of an outstanding educator and implore you to think with rationale and reason instead of a mob mentality.

People have many different feelings and experiences throughout high school and during my four years, I struggled with depression and always felt like I was putting on a mask hiding my true self. Ms. Hedgepeth was able to see me as a human and she was one of my closest confidants. She 100% made my high school experience better and bearable. I still remember her to this day as being the best teacher at Palatine High School and I know that she has had this type of impact with multiple other students over her 20-year tenure. Her love for her students also showed every day when she teaches. She goes above and beyond every day teaching social studies to make the topic relevant and interesting. She also never gave a pro or con on any political movement happening at the time and kept the conversation factual instead of feelings based. Can we say that for other teachers at Palatine? Ms. Hedgepeth shows the level of compassion, commitment, and level-headedness that you as the Board should expect and demand from every single teacher. All these reasons are why Ms. Hedgepeth was and still is my favorite teacher. Without her, my life would be dramatically different from both a personal and academic point of view.

I again am asking you to consider this when you are discussing Ms. Hedgepeth's outcome from when she shared that post on social media. She is an outstanding teacher/educator who cares for all her students and I know that Palatine High School is better because of her. If you want to politicize this, or even don't agree with the post, then think about what this social movement is for and our God given right is as an American. This is for everyone to have their voices heard, having the freedom to speak your mind without fearing retribution, and making the world better for everyone. So again, I ask that you look at Ms. Hedgepeth as a whole person and to use logic and reason before deciding to make Palatine a worse place by losing her as a teacher.

I support the employment of Ms. Hedgepeth at Palatine High School!

Samantha Malak

_____

Dear District 211 Board of Education,

I am writing to voice my concern regarding the case of Palatine High School teacher Jeanne Hedgepeth. Ms. Hedgepeth has been a passionate teacher and asset to the Palatine High School community for 20 years. Her attempts to unite students and staff at PHS were demonstrated weekly during our "Pirates in the Hall" segments. Ms. Hedgepeth is a refreshing, independent voice in an increasing echo chamber of ideology in Social Studies and throughout District 211. If you want a great current comparison of Ms. Hedgepeths work environment, please google the name Bari Weiss from the New York Times.

My concern is in regard to the precedent that will be made if Ms. Hedgepeth is fired. If you allow 100 unelected citizens in the community to set district policy, where will this end? We have a highly diverse population in District 211. I'm proud of working for years in an environment where different opinions and perspectives were respected and supported. I'm concerned that Ms. Hedgepeths dismissal will change the positive, open environment for discussion. Is this the direction 211 wants to go?

I understand why people disagree with the statements Jeanne Hedgepeth wrote on her private social media account. However, I do not like the attack by the administration on her 1st Amendment right. District 211 will excel only if we have diversity of ideas. I challenge administrators and the School Board to prove that Ms. Hedgepeth is a threat to the safety and well being of any student in District 211. She is one of the few teachers who make students think critically.

I hope the School Board creates and supports an environment where different opinions and perspectives are always welcome. I understand we are living in a very volatile and unprecedented time, but at the same time this is a great opportunity to find unity in the District 211 community. I hope the School Board will consider what is the best way to give all members of the District 211 community a voice and consider what is the best school environment for all students.

Thank you

Bob Kuechenberg
Palatine High School

_____

_____

Tom Petersen
Director of Community Relations
Township High School District 211
1750 S. Roselle Road
Palatine, IL 60067-7336
(847) 755-6631
adc.d211.org

D211(Hedgepeth)000098
**Hedgepeth v. D211 et al_000098**

| | |
|---|---|
| **From:** | Nancy Rodriguez |
| **To:** | Anna Klimkowicz; Edward M Yung; James Britton; John J. Volgi; Kimberly Cavill; Luis N. Arroyo; Michael M. Alther; Mark Cramer; Mary Kate Smith; nwstu@ift-aft.org; Peter R. Dombrowski; Robert J. LeFevre; Steven Rosenblum; Tony Medina |
| **Subject:** | Calling for the resignation of Jeanne Hedgepeth |
| **Date:** | Tuesday, June 9, 2020 10:04:27 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Teachers carry a special responsibility to be bridge builders to other races and cultures. Teachers not prepared to do that do not belong in education.

| From: | Franco, Ingrid L |
|---|---|
| To: | Robert J. LeFevre |
| Cc: | Mark Cramer; Edward M Yung; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill |
| Subject: | Concern over Teacher's Facebook Comments |
| Date: | Monday, June 1, 2020 7:43:42 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Board of Education Members of D211,

I am writing to file a complaint on behalf of students, past and present, of Palatine High School regarding recent posts made by Jeanne Hedrich Hedgepeth that reflect poorly on her profession as a social studies teacher.

A number of her comments on Facebook have surfaced in which Ms. Hedgepeth says, "I find the term 'white privilege' as racist as the 'N' word." Furthermore, there is another comment in which she commented "You think this will work?" on a post advocating violent ways to end ongoing riots.

While she is entitled to her own sentiments, I am concerned about the professionalism that she holds as a social studies teacher. During my time in her classroom in the past, she utilized Facebook as a "learning tool" and projected her computer screen; this is concerning given that students may see her comment "you think this will work" as it has a suggestive or sarcastic connotation. Furthermore, the dismissal of white privilege dismisses the conversation of past and current events discussing racism and institutional inequalities that the diverse student body faces. In addition, it is directly offensive to Black students as it is not remotely comparable to a racial slur used historically against them.

Another point I would like to add is that these are only a few of visible posts that she has made. In the past she has posted a video ranting about the election of Trump that caused her to enforce a policy of keeping electronics out of sight out of fear that she will be recorded using profane language or a racey statement. Below, I have attached screenshots provided by students/community members that have come across her comments.

The education system is meant to expose students to opposing views that lead to discussion and respect for one another's viewpoints. However, this behavior shows lack of morals and does not uphold the standard or prestige that social studies teachers should have. Therefore, I believe that Jeanne Hedrich Hedgepeth is incompetent to return to her teaching duties as a social studies teacher at Palatine High School.

3:12  ..Il LTE 🔋

 

 **Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then

you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen The people I am informed by about the black experience in America are actually some of the smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts

D211(Hedgepeth)000101

**Hedgepeth v. D211 et al_000101**

buildings and spray paint police cars?
THEN the police were told to stand
down as rioting and destroying
businesses got out of control. Such as
destroying a bar that a black firefighter
saved his whole life to open this year.
No one gassed them when they burned
and destroyed buildings.

If I can't comment on issues in America
because I am white then how dare you
suggest I am privileged because I'm
white? You throw around that term with
the same racism you accuse the police
of having. So you think you are
privileged to be racist?

https://minnesota.cbslocal.com/
2020/05/26/hundreds-of-protesters-
march-in-minneapolis-after-george-
floyds-deadly-encounter-with-police/

There is a huge difference between the
protests FACTUALLY having nothing to
do with race. If the "white protesters" -
which also included people of color -
had begun smashing the windows and
spray painting cars - they too would
have been tear gassed. And arrested.



recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black

community to believe about themselves for forty years? Wake up and stop believing them, then things will change.





**Erik Cisneros**
The fact that she can say "white privilege" but not say the "N" word for what it really is shows that there are not on the same level.

12m   Like   Reply



**Jeanne Hedrich Hedgepeth**
Why are you so disrespectful just because I have a different view? I feel it is a form of racism. Sorry, I think for myself. Too bad you don't. You are unkind.

6m   Like   Reply



**Kianna Graves**
**Jeanne Hedrich Hedgepeth** can you explain how the term " white privilege" and the n word equate to one another. I just want to understand.

2m   Like   Reply

Sincerely,
Ingrid Franco
University of Illinois- Springfield
Class of 2022
Nursing Major

| | |
|---|---|
| **From:** | Katherine Chamberlain |
| **To:** | Tony Medina; Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Concern Regarding Jeanne Hedgepeth |
| **Date:** | Tuesday, June 9, 2020 8:57:15 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good Evening,

I'm sure you're hearing a lot from the alumni regarding this teacher but thank you for reading my thoughts regarding Ms. Hedgepeth. I was Ms. Hedgepeth's friend on Facebook for years and over the years I've seen her content get more and more problematic and hateful. I reached my breaking point and didn't want to see her on my feed anymore so I unfriended her. I learned recently that I wasn't alone in this concern.

I graduated in 2009. I was an intern for her Women's Studies class. It was so disheartening to see the person who taught me so much about consent, women's suffrage, women's rights and body positivity has been posting things like what I've attached and more that I didn't screenshot.

People often reflect back on teachers that they've had during school having an impact on their lives, Ms. Hedgepeth was one of mine. I think I still have our final assignment which had a lot of writing prompts incorporating the material but often reflecting on life in storage because it felt like such a breakthrough into the young woman I was becoming. It pains me that this experience that I had in the classroom may no longer there. It pains me that there are students she may be prejudice towards based on the hateful content she has posted. How can a teacher teach about social injustice when she refuses to acknowledge the injustice towards people who are undocumented and people who are black?

To say that this all upsets me is an understatement. In some ways, writing this makes me feel like I'm betraying who I was back when I was her intern. I looked up to Ms. Hedgepeth, I wouldn't have been her intern if I didn't, and I don't wish ill will on her but it felt wrong of me not to speak regarding this.

Thank you for your time,
Katie Chamberlain RNC-OB, BSN

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇ |
| **To:** | Kimberly Cavill |
| **Subject:** | Concerning a Teacher at PHS |
| **Date:** | Wednesday, June 3, 2020 8:27:54 PM |
| **Attachments:** | IMG_2289.PNG |
| | IMG_2288.PNG |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Ms.Cavill, I hope you've had a good summer break so far, I've been made aware of a post on Facebook and I want to inform you. The post was a reply to an individual educating others on white privilege. I wanted to make you aware of this post. It was uploaded by Jeanne Hedgepeth, a teacher at Palatine High School. I've included said screenshots down below.

She said some very controversial and insensitive things revolving around the current issue of racism and privilege. She said, " I find the term 'white privilege' as racist as the 'N' word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton". To this, I have multiple responses I want to discuss. The term 'white privilege' is not a racist term, but a term that we have to inform society about. White privilege as explained by Cory Collins is, "For many, white privilege was an invisible force that white people needed to recognize. It was being able to walk into a store and find that the main displays of shampoo and panty hose were catered toward your hair type and skin tone. It was being able to turn on the television and see people of your race widely represented. It was being able to move through life without being racially profiled or unfairly stereotyped".

Ms.Hedgpeth has inherent advantages whether she acknowledges it or not and her post is filled with incorrect information. This is also seen in the following sentences where she implies that America is not racist and we have only been led to believe this because "race baiters" and "liberal establishments" deceived us into believing this. She claims Jesse Jackson, a civil rights activist, is a said "race baiter" because he has used his voice to speak on issues dealing with race. On one such instance, he shunned Dish in 2016 for their decision to remove WGN America from their available channels, this tv channel aired "Underground" a critically acclaimed series about the historical Underground Railroad. This was a series praised for not only having good writing but a diverse cast with great African American representation. In a letter he writes, "For far too long African-Americans have been underrepresented and unfavorably portrayed on television, silencing the significant contributions they have made to this country. 'Underground' is a crucial part of a brand-new day of diversity on television that sheds a bright light on the bravery, ingenuity and, power of the African-American experience, and is being used as teachable moments in homes and history classes around the nation at a time when we need it most."

D211(Hedgepeth)000108

**Hedgepeth v. D211 et al_000108**

The following name Ms.Hedgepeth brought up was Al Sharpton, a civil rights activist. Al Sharpton has been under a certain heat because of certain remarks towards Jews and due to that, many do not believe that he is a "race baiter". Although his actions are not right in any shape, way, or form, there is no connection with him being a "race baiter" as she claimed. Al Sharpton has done numerous things to fight against racial prejudice and injustice. One such thing is in 1991 he founded the National Action Network Network, a civil rights organization that promoted progressive policies, including affirmative action and reparations for African Americans for the enslavement of their ancestors. Furthermore, the experiences, thoughts and opinions of these two men are not reflective of the entire black community; as opposed to what she wrote.

It is clear that with these points made by Ms.Hedgepeth that she is severely misinformed and projects her thoughts and opinions onto students. As a staff member of PHS, her actions reflect the school negatively. I understand that Ms. Hedgepeth is tenured but these ignorant actions cannot continue on her part.

Ms.Hedgepeth works in a diverse community where we need to be progressive and with this Facebook post she is invalidating POC's negative experiences by denying her advantages in a country founded by white people, for white people. I, along with several other people, want affirmative and immediate action against Ms. Hedgepeth. We only have a certain amount of power and influence as students and members of the community, but as a board member, you can bring this up to important staff. I'm reaching out to administrators and board members but any help you can bring is greatly appreciated.

As students of color, we feel angered by Ms.Hedgepeth's statements and feel that she should no longer have a place as staff at PHS. Ms. Hedgepeth insinuates that white privilege has not affected her with the phrase of "my so called privilege"

This country's past and history has valued white lives over the lives of POC's, specifically black lives; the events currently taking place are evidence of that. Her commentary has very poor timing and cannot be overlooked. I urge you to investigate this matter, her past students have claimed that her controversial views have entered the curriculum.

By her statement, "You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts to mitigate or eliminate it as we do." To summarize, Ms.Hedgepeth claims that racism isn't as big of an issue as Jesse Jackson and Al Sharpton make it out to be. She acknowledges that there are incidents of racism in the U.S but because we have worked on it for decades, it doesn't have such a big role in society. However the current events that take place today disagree; there are protest against police brutality that origins from racial profiling. Those of color such as Jesse Jackson and Al Sharpton feel the injustice affect them more greatly rather than those of white skin which is why they are labeled as "overreacting" in order to undermine their pain. We don't want a teacher at Palatine who believes we are being dramatic when a racist act has been done against us. We want a

teacher who understands what we are going through and how the obstacles presented to us for simply being of different color.

She actively speaks against the very topics that she teaches in her women's studies classes. In the posts below she writes, "Do you think there might be a subtle genocide of black babies when most planned parenthoods are  put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population." We feel as though these statements are very disingenuous and hypocritical not only as a teacher, but as a person. Her choice of words "a subtle genocide" has obvious manipulative undertones, and this sort of manipulation cannot go unchecked as she carries the heavy responsibility of many students' education on her back.

 I would have included the link to the post but after further research, I found that her account no longer exists. This does not take back what she said, as many people have shared multiple screenshots of said posts across multiple social media platforms such as Facebook, Snapchat, and Twitter.

- ██████████████████ Class of 2022, and are currently attending PHS

recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black community to believe about themselves for forty years? Wake up and stop believing them, then things will change.

1d    Like    Reply

**Jeanne Hedrich Hedgepeth**

I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen The people I am informed by about the black experience in America are actually some of the smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts

Replying to **Jeanne Hedrich Hedgepeth** · Cancel

Jeanne Hedrich Hedgepeth  

 

| | |
|---|---|
| **From:** | Amirah Nasir |
| **To:** | Christopher D. Bays; Daniel Cates; Mark J. Kovack; Tony Medina; Anna Klimkowicz; Edward M Yung; James Britton; Kimberly Cavill; Kathe E. Lingl; Lisa A. Small; Mark Cramer; Peter R. Dombrowski; Robert J. LeFevre; Steven Rosenblum |
| **Subject:** | Concerns about PHS Social Studies Teacher |
| **Date:** | Wednesday, June 10, 2020 6:35:51 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

My name is Amirah Nasir, and I graduated from Palatine High School in 2012. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by

D211(Hedgepeth)000113

**Hedgepeth v. D211 et al_000113**

implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,

Amirah Nasir


--
Best,

Amirah Nasir

| | |
|---|---|
| **From:** | Nikki Koutas |
| **To:** | Tony Medina; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Concerns about PHS Social Studies Teacher |
| **Date:** | Tuesday, June 9, 2020 8:14:55 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Administrators of the D211 School District and Board of Education,

My name is Nikki Koutas (formerly, Bartolameolli), and I graduated from Palatine High School in 2012. I am writing to you today to express my deep concerns about the recent Facebook activity of a PHS social studies teacher, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this present moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the Black experience in American and promote even more dehumanizing violence.

Palatine High School is a high school with a diverse student population, and as a teacher there, it is *imperative* and *nonnegotiable* that Ms. Hedgepeth be able to sympathize with the Black experience and support students who are living through this moment and grappling with the flagrant injustices in our country. Her flippant comments unabashedly posted on social media denying racism and trivializing the "n-word," a word so entrenched with hatred and inhumanity in our country, show that she is incapable of contextualizing this moment as a part of the history of America and the history of the Black experience in this country, thereby disqualifying her as a social studies teacher. Even more glaring, however, is her error in understanding that the Black Lives Matter movement, the protests against police brutality, and the disproportionate effect of COVID-19 on the Black community are not only pivotal moments of history in the making, but are shrapnel of a history that has continually disenfranchised communities of color. These failings are inexcusable.

Furthermore, her comments also dismiss the pain, frustration, and anger that Black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As a graduate of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives. The lessons I learned from my PHS teachers stayed with me long after final grades were posted, so I know firsthand how the environment within a classroom can have a long lasting impact on students. That the feelings of safety and security, of being understood and of *trusting* in an education system to serve and support them can mean everything.

Bearing the responsibility of caring equally for all students she teaches and educating a future generation who is responsible for creating a more just world means that educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth responsible for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion training for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. I would appreciate any updates from you regarding how you plan to address these concerns.

Best,

Nikki Koutas

| From: | Dennis Tracy |
|---|---|
| To: | Tony Medina |
| Cc: | Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| Subject: | Concerns about PHS Social Studies Teacher |
| Date: | Tuesday, June 9, 2020 5:48:05 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Mr. Medina,

My name is Dennis Tracy, and I graduated from Palatine High School in 2014. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments

by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Dennis Tracy

| From: | Courtney Stenerson |
|---|---|
| To: | Kimberly Cavill |
| Subject: | Concerns about PHS Social Studies Teacher |
| Date: | Tuesday, June 9, 2020 4:47:25 PM |
| Attachments: | image.png |
| | image.png |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Members of the Board of Education,

My name is Courtney Stenerson, and I graduated from Palatine High School in 2009. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by

implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Courtney Stenerson '09





| From: | Yesenia Tapia-Trujillo |
|-------|------------------------|
| To: | Lisa A. Small |
| Cc: | Tony Medina; Christopher D. Bays; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| Subject: | Concerns about PHS Social Studies Teacher |
| Date: | Tuesday, June 9, 2020 4:17:37 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Lisa Small,

My name is Yesenia Tapia, and I graduated from Palatine High School in 2008. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes

accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided. I would add that I would like for all of you to analyze the grades provided to BIPOC to those of their counterparts.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,

Yesenia Tapia Trujillo

--
**Yesenia Tapia Trujillo, MA**
Department of Latin American and Latino Studies
University of Illinois at Chicago
ytapia4@uic.edu

D211(Hedgepeth)000124

**Hedgepeth v. D211 et al_000124**

| | |
|---|---|
| **From:** | Courtney Vondran |
| **To:** | Tony Medina |
| **Cc:** | Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Concerns about PHS Social Studies Teacher |
| **Date:** | Tuesday, June 9, 2020 10:40:01 AM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Mr. Tony Medina,

My name is Courtney Vondran, and I graduated from Palatine High School in 2009. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth-seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments

by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion training for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,

Courtney Vondran

| From: | Emily Sund |
|---|---|
| To: | Tony Medina; Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| Subject: | Concerns about PHS Social Studies Teacher |
| Date: | Wednesday, June 3, 2020 7:27:01 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello,

My name is Emily Sund and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by

implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Emily Sund



Jeanne's Post

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing isn't a distraction it's what NEEDED to happen because enough is eno... See More

25m   Like   Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege.

D211(Hedgepeth)000128

**Hedgepeth v. D211 et al_000128**



You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism

Write a comment...

3:46

Like        Comment        Share

Jeanne Hedrich Hedgepeth
2 hrs ·

You think this would work?

Heather Shannon Elliott ▸ Recall Illinois Gov. J.B. Pritzker
3 hrs ·

Wanna stop the Riots?



D211(Hedgepeth)000130

**Hedgepeth v. D211 et al_000130**

| From: | Dhivyaa Anandan |
|---|---|
| To: | Kimberly Cavill |
| Subject: | Concerns about PHS Social Studies Teacher |
| Date: | Wednesday, June 3, 2020 4:41:02 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Ms. Cavill,

My name is Dhivyaa Anandan, and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing of the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust

in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Dhivyaa Anandan

| | |
|---|---|
| **From:** | Abigail C |
| **To:** | Tony Medina |
| **Subject:** | Concerns about PHS Social Studies Teacher |
| **Date:** | Thursday, June 11, 2020 1:54:43 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good afternoon,

My name is Abigail Cornejo, and I graduated from Palatine High School in 2016. As a PHS graduate and newly licensed teacher, I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and highly inappropriate comments by requesting she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty

and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Abigail Cornejo



D211(Hedgepeth)000134
**Hedgepeth v. D211 et al_000134**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Lisa A. Small |
| **Subject:** | Fw: Hedgepeth - Facebook Posts |
| **Date:** | Monday, June 8, 2020 2:13:29 PM |

**From:** Vargas, Cindy <c-vargas@wiu.edu>
**Sent:** Monday, June 8, 2020 1:51 PM
**To:** Tony Medina
**Cc:** Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo; Mary Kate Smith
**Subject:** Hedgepeth - Facebook Posts

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good afternoon Mr. Medina,

My name is Cindy Vargas and I am a PHS graduate. My nephew currently attends Palatine High School so this issue is very important to me and I would like an update on the resolution. Gary Steiger failed to act previously, as a Hispanic man with power I hope you use your voice to create a positive change in your school.

I know I am not the only person that has emailed you concerned about what Jeanne Hedgepeth has posted on social media. I wish I would have spoken up earlier about her posts instead of simply deleting her because I can assure you that these ignorant posts are not new and I have learned that there have been several issues with her in the classroom as well. I urge you to look into her past reports because PHS should be keeping track of ALL of her issues with students.

I understand there is an investigation being done but we need **action.** She should not be a teacher PERIOD, especially not to black and latin students. I hope to hear that she is no longer a teacher there, if we are not heard by District 211 then I will make sure to contact the news because people of the community including her students have been ignored for far too long.

Cindy Vargas

| | |
|---|---|
| **From:** | Katelynn Spurck |
| **To:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Fw: Hedgepeth |
| **Date:** | Thursday, July 16, 2020 5:35:39 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

----- Forwarded Message -----
**From:** Katelynn Spurck <katelynnspurck@yahoo.com>
**To:** lsmall@d211.org <lsmall@d211.org>
**Sent:** Tuesday, June 2, 2020, 09:02:53 PM PDT
**Subject:** Hedgepeth

To whom it may concern,

I would like to write in defense for Mrs. Hedgepeth after recent events. Although she has been criticized by former students for sharing her opinions, it would be a mistake to fire her for this. I am a former student of Palatine High School who has taken classes taught by Mrs. Hedgepeth. Mrs. Hedgepeth was an integral part of my development in high school. She taught me an immeasurable amount about the world and different POVs. Hearing her opinions was absolutely necessary in order for me and many other students to form political opinions and understand others. To be candid, I didn't feel safe or comfortable expressing my views or asking questions in my high school classes due to the lack of diversity of political beliefs. Nearly every single teacher I had was blatant with his or her political beliefs, but they didn't face criticism from the students because the beliefs they shared were liberal. Mrs. Hedgepeth was the only teacher who openly shared her differing beliefs, and I am eternally grateful that she created a safe place in her class to foster debates and openminded conversations. I would not be the person I am today if she hadn't shared her opinions and encouraged me to share mine, and I am certain that this opinion isn't as unpopular as twitter makes it seem. Please consider the positive impact that Mrs. Hedgepeth has on her students.

Thank you,
Katelynn Spurck

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Lisa A. Small |
| **Subject:** | Fw: Jeanne Hedrich Hedgepath |
| **Date:** | Tuesday, June 9, 2020 11:19:03 AM |

This seems to be a reporter, so I will leave it to you to respond.

Thank you,
Kim Cavill

---

**From:** Tia Ewing <Tia.Ewing@FOXTV.COM>
**Sent:** Tuesday, June 9, 2020 11:04 AM
**To:** Kimberly Cavill
**Subject:** Jeanne Hedrich Hedgepath

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good morning!

I am emailing you concerning the teacher Jeanne Hedrich Hedgepath's social media post.
Is there an active investigation? I am looking for any information you can release at this time.

Thank You!

Tia A. Ewing
Fox 32 Chicago
Anchor/Reporter 5pm&9pm

D211(Hedgepeth)000137

**Hedgepeth v. D211 et al_000137**

| | |
|---|---|
| **From:** | Kimberly Cavill on behalf of /O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2EF3703937E943A38775378D542B8C3C-KIMBE |
| **To:** | lisa |
| **Subject:** | Fw: URGENT- Staff Member |
| **Date:** | Tuesday, June 2, 2020 4:16:50 PM |
| **Attachments:** | image0.png |
| | image11.png |
| | image12.png |
| | image13.png |
| | image4.png |
| | image15.png |
| | image6.png |
| | image7.png |

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Tuesday, June 2, 2020 12:20 PM
**To:** Kimberly Cavill
**Subject:** Re: URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

D211(Hedgepeth)000138

**Hedgepeth v. D211 et al_000138**





**Nancy's Post**

"There are Black Lives Matters protesters who are only interested in peacefully protesting, there are those who are part of the protest and also have participated in the looting, and there are those who are just interested in looting the nearby stores and rioting against police," he added. A lot of this he documented on his Twitter account.

Rosas added, "I have seen Black Lives Matter protesters repeatedly tried to stop rioters from causing trouble. However, the rioters appear to outnumber those who are just interested in peacefully protesting."

You think it is okay for people of any race to smash windows of public buildings and spray paint police cars? THEN the police were told to stand down as rioting and destroying businesses got out of control. Such as destroying a bar that a black firefighter saved his whole life to open this year. No one gassed them when they burned and destroyed buildings.

If I can't comment on issues in America because I am white then how dare you

**Nancy's Post**

If I can't comment on issues in America because I am white then how dare you suggest I am privileged because I'm white? You throw around that term with the same racism you accuse the police of having. So you think you are privileged to be racist?

https://minnesota.cbslocal.com/2020/05/26/hundreds-of-protesters-march-in-minneapolis-after-george-floyds-deadly-encounter-with-police/

There is a huge difference between the protests FACTUALLY having nothing to do with race. If the "white protesters" - which also included people of color - had begun smashing the windows and spray painting cars - they too would have been tear gassed. And arrested.

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with

Write a comment...

Write a comment...



**‹**  Nancy's Post  ···    **‹**  Nancy's Post  ···

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with a Bill of Rights - to protect people from government. All people. The quarantine violated the Constitution. They had the right to protest as they should have - as did the people in Minneapolis. But no one has the right to destroy property. Or take life. No one. We have a system of laws and justice that SHOULD be followed so the Floyd family can get justice.

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I walk on the beach I ALWAYS see MANY interacial couples, families and friend groups. You think that was common 40 years ago? What do you tell those people and their kids about which race is better?

I am in no way defending the police who killed George Floyd - but like you said, facts matter - so I look at facts and the big picture.

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

2d   Like   Reply

Jeanne Hedrich Hedgepeth
**Nancy Rodriguez**

○ Write a comment...  GIF ☺    ○ Write a comment...  GIF ☺



On Jun 2, 2020, at 11:41 AM, Kimberly Cavill <KCavill@d211.org> wrote:

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured that Superintendent Lisa Small, the administration, and I are taking these

D211(Hedgepeth)000142

**Hedgepeth v. D211 et al_000142**

comments very seriously.

Stay well,
Kim Cavill

---

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,

My name is Leslie Madrid. I am a former Palatine Alum.

I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.

Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.

I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.

I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid

| From: | Kimberly Cavill |
|---|---|
| To: | Lisa A. Small |
| Subject: | Fw: URGENT- Staff Member |
| Date: | Tuesday, June 2, 2020 4:18:13 PM |
| Attachments: | image0.png |
| | image11.png |
| | image12.png |
| | image13.png |
| | image4.png |
| | image15.png |
| | image6.png |
| | image7.png |

Hi Lisa,

I am forwarding additional screenshots a member of the community sent me this afternoon.

Thanks,

Kim

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Tuesday, June 2, 2020 12:20 PM
**To:** Kimberly Cavill
**Subject:** Re: URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**





‹       Nancy's Post     •••

"There are Black Lives Matters protesters who are only interested in peacefully protesting, there are those who are part of the protest and also have participated in the looting, and there are those who are just interested in looting the nearby stores and rioting against police," he added. A lot of this he documented on his Twitter account.

Rosas added, "I have seen Black Lives Matter protesters repeatedly tried to stop rioters from causing trouble. However, the rioters appear to outnumber those who are just interested in peacefully protesting."

You think it is okay for people of any race to smash windows of public buildings and spray paint police cars? THEN the police were told to stand down as rioting and destroying businesses got out of control. Such as destroying a bar that a black firefighter saved his whole life to open this year. No one gassed them when they burned and destroyed buildings.

If I can't comment on issues in America because I am white then how dare you

‹       Nancy's Post     •••

If I can't comment on issues in America because I am white then how dare you suggest I am privileged because I'm white? You throw around that term with the same racism you accuse the police of having. So you think you are privileged to be racist?

https://minnesota.cbslocal.com/
2020/05/26/hundreds-of-protesters-
march-in-minneapolis-after-george-
floyds-deadly-encounter-with-police/

There is a huge difference between the protests FACTUALLY having nothing to do with race. If the "white protesters" - which also included people of color - had begun smashing the windows and spray painting cars - they too would have been tear gassed. And arrested.

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with



<      Nancy's Post      •••

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with a Bill of Rights - to protect people from government. All people. The quarantine violated the Constitution. They had the right to protest as they should have - as did the people in Minneapolis. But no one has the right to destroy property. Or take life. No one. We have a system of laws and justice that SHOULD be followed so the Floyd family can get justice.

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I

Write a comment...

<      Nancy's Post      •••

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I walk on the beach I ALWAYS see MANY interacial couples, families and friend groups. You think that was common 40 years ago? What do you tell those people and their kids about which race is better?

I am in no way defending the police who killed George Floyd - but like you said, facts matter - so I look at facts and the big picture.

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

2d   Like   Reply

Jeanne Hedrich Hedgepeth
Nancy Rodriguez

Write a comment...

D211(Hedgepeth)000147
**Hedgepeth v. D211 et al_000147**



On Jun 2, 2020, at 11:41 AM, Kimberly Cavill <KCavill@d211.org> wrote:

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured that Superintendent Lisa Small, the administration, and I are taking these

D211(Hedgepeth)000148

**Hedgepeth v. D211 et al_000148**

comments very seriously.

Stay well,
Kim Cavill

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,
My name is Leslie Madrid. I am a former Palatine Alum.
I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.
Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.
I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.
I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid

D211(Hedgepeth)000149
Hedgepeth v. D211 et al_000149

| | |
|---|---|
| **From:** | ██████ |
| **To:** | Kimberly Cavill |
| **Subject:** | Fwd: District 211 support of FB SMEARS that have gotten out of control and my feelings as a parent |
| **Date:** | Thursday, June 18, 2020 12:56:06 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

---------- Forwarded message ---------
From: ██████████████████
Date: Thu, Jun 18, 2020 at 12:54 PM
Subject: Fwd: District 211 support of FB SMEARS that have gotten out of control and my feelings as a parent
To: eyung@d211.org <eyung@d211.org>

---------- Forwarded message ---------
From: ██████████████████
Date: Thu, Jun 18, 2020 at 12:53 PM
Subject: Fwd: District 211 support of FB SMEARS that have gotten out of control and my feelings as a parent
To: aKlimkowicz@d211.org <aKlimkowicz@d211.org>

---------- Forwarded message ---------
From: ██████████████████
Date: Thu, Jun 18, 2020 at 12:52 PM
Subject: Fwd: District 211 support of FB SMEARS that have gotten out of control and my feelings as a parent
To: rleFevre@d211.org <rleFevre@d211.org>

---------- Forwarded message ---------
From: ██████████████████
Date: Thu, Jun 18, 2020 at 12:50 PM
Subject: Fwd: District 211 support of FB SMEARS that have gotten out of control and my feelings as a parent
To: mcramer@d211.org <mcramer@d211.org>

---------- Forwarded message ---------
From: ███████████████████████████
Date: Thu, Jun 18, 2020 at 12:47 PM
Subject: Fwd: District 211 support of FB SMEARS that have gotten out of control and my
feelings as a parent
To: srosenblum@d211.org <srosenblum@d211.org>

---------- Forwarded message ---------
From: ███████████████████████████
Date: Thu, Jun 18, 2020 at 12:46 PM
Subject: Fwd: District 211 support of FB SMEARS that have gotten out of control and my
feelings as a parent
To: pdombrowski@d211.org <pdombrowski@d211.org>

---------- Forwarded message ---------
From: ███████████████████████████
Date: Thu, Jun 18, 2020 at 12:43 PM
Subject: District 211 support of FB SMEARS that have gotten out of control and my feelings
as a parent
To: lsmall@d211.org <lsmall@d211.org>

Dear Superintendent Dr.Small,

(I have CC'd the Board also and if read do Not give permission to use my name publicly)

After reviewing the noise being perpetrated on social media involving our school and out of context comments by one of our teachers I feel motivated to offer input as a taxpayer and parent.

I personally did not find Jeanne's comments offensive. They were not directed toward any person or race. They were simply her opinion. I cannot say the same of the type of material being shared on Facebook regarding this teacher, our school, and administration.

Anyone can find offense with virtually anyone's opinion. Misunderstandings based upon tone, diction, word choice are commonplace. We all know this. Adults discuss issues of misunderstandings and resolve to better understand each other and pave a path forward.

Bully's on the other hand use mob actions, spinning circumstances, creating discord, defamation of character on social media, and other intimidation tactics that harm entire communities, individuals, and children. I do not want my daughter to witness any type of bullying on social media as a solution to conflicts. I am confident you agree.

How can I help or be supportive of this administration, teacher, our school, or the children? I stand with you as you deal with this situation. We have never witnessed racism, inappropriate behavior by teachers or administrators at our school. We value all of your work and management. If we had a concern we would bring it to the Administration and work together to find a solution for all stakeholders.

This is how we should do things in our community. We work together, we do not harass, we do not demean, we do not threaten or demand and we certainly do not do it on social media.

Thank you,

| | |
|---|---|
| **From:** | Thomas McHugh |
| **To:** | Tony Medina; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo; Mary Kate Smith; James Britton; nwstu@ift-aft.org |
| **Subject:** | Fwd: Jeanne Hedgepeth |
| **Date:** | Tuesday, June 9, 2020 2:03:04 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

---------- Original Message ----------
From: Thomas McHugh <tmchugh20@comcast.net>
To: dcates@d211.org
Date: June 9, 2020 at 1:34 PM
Subject: Jeanne Hedgepeth

Hello Dr. Cates my name is Thomas McHugh, a former student of Palatine High School Class of 2013. I'm writing to you about the conduct of a current teacher at PHS named Jeanne Hedgepeth. Recently on Facebook I've seen many troubling posts from either former students or current parents of students at the highschol concerning Mrs. Hedgepeth. Basically, the posts I've witnessed contain mostly Facebook comments from her that range from obtaining a gun and training herself to fight in a supposed civil at her home when she comes back from vacation, adamantly dismissing various racial issues in this country, and offensively comparing the use of the words "white privilege" to the "N" word. The fact that a person with such dangerous opinions such as these is currently teaching high school children, a large number of which are people of color, at your high school is extremely troubling to say the least. Finally, I would like to add an experience that I have with her as a former student of hers. In 2012 when I was a senior taking her Senior Survey class she played to the entire class an extremely inappropriate scene from a movie. The clip she played was from a film called True Romance, which is a great movie in my opinion but not suitable to be shown to a group of minors as a teaching lesson, that contained 6 utterances of the "N" word. At the time, I thought she was making a useful point about the hypocrisy of racist people in America. Now, after recognizing her true character upon witnessing the digusting things she says on social media believe she was simply just using that as an excuse to show our class a video of a Dennis Hopper repeatedly using the "N" word. The situations I've just described, in my opinion, and I'm sure the opinion of many others, is enough cause for her to be fired from teaching at Palatine and any other school for that matter. I hope you can see why a teacher which such influence under your authority is a giant problemfor the entire school and community. I look forward to hearing back from you with any updates concerning this matter.

D211(Hedgepeth)000153

**Hedgepeth v. D211 et al_000153**

| | |
|---|---|
| **From:** | Vargas, Cindy |
| **To:** | Tony Medina |
| **Cc:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo; Mary Kate Smith |
| **Subject:** | Hedgepeth - Facebook Posts |
| **Date:** | Monday, June 8, 2020 1:51:23 PM |

> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good afternoon Mr. Medina,

My name is Cindy Vargas and I am a PHS graduate. My nephew currently attends Palatine High School so this issue is very important to me and I would like an update on the resolution. Gary Steiger failed to act previously, as a Hispanic man with power I hope you use your voice to create a positive change in your school.

I know I am not the only person that has emailed you concerned about what Jeanne Hedgepeth has posted on social media. I wish I would have spoken up earlier about her posts instead of simply deleting her because I can assure you that these ignorant posts are not new and I have learned that there have been several issues with her in the classroom as well. I urge you to look into her past reports because PHS should be keeping track of ALL of her issues with students.

I understand there is an investigation being done but we need **action.** She should not be a teacher PERIOD, especially not to black and latin students. I hope to hear that she is no longer a teacher there, if we are not heard by District 211 then I will make sure to contact the news because people of the community including her students have been ignored for far too long.

Cindy Vargas

**From:**
**To:** Kimberly Cavill
**Subject:** Hedgepeth School Board Meeting
**Date:** Wednesday, July 15, 2020 9:19:17 PM

---

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Ms. Cavill,

Thank you for your response. It is very much appreciated and it is nice to be heard. I am resending my message to you via email and give you permission to read or speak about it. I only ask that my son's amd mine names be white out. I want my story to be told but I feel if it is known, then my son will suffer the repercussions. They will ruin his potential Varsity football career, and he may or won't make the Varsity basketball team.

Thank you again for taking the time to address this issue. I am.hoping for the best at tomorrow's board meeting.

Regards,

Thank you very much for the update. This is personal because my son has her for Homeroom. I never had Homeroom when I was in high school. Regardless that this time period is only 10 minutes. My son has had her for the past 2 years, and will continue to have her his Junior and Senior year. If she is still employed by the start of the next school year I would like to have my son removed from her class. We are a mixed race family, and her remarks and having knowledge of her past remarks are offensive. I don't want my son exposed to her beliefs. I do believe she wants to mold the the minds of young white students. My son appears to be caucasian, but he is 50% Latino. When I went to an open house there last year ,as I ALWAYS encounter, her reaction when she saw that I was  mom. My skin color is brown. Just in the slightest tone. "Oh, your ████ mom." It happens quite frequently. It didn't bother me at the time because I usually let it just roll off my back..However knowing what I know now and looking back it could have been offensive. I call it racially insensitive. I have wriiten/emailed to the school board and to Mr.Medina. I have yet to hear any feedback from him. I am glad that the district is taking this seriously because it really felt like we were left unheard. I really hope that the board reads every email that was received pertaining to this matter. As I write this I have a huge lump in my throat because as a minority I feel it in the atmosphere at Palatine high school. I don't believe Hedgepeth is the only teacher with the same beliefs. I hope that there will be anti bias training, discrimination training, diversity speakers for teachers and students. It is an ugly truth that it is present at one of the most diverse schools in the district. It is unspoken but there it lies. It's disheartening because I am a former graduate of Fremd high school and I specifically moved into the Palatine district for my children to experience diversity. I know in my heart of hearts that the district 211, Superintendent, and Mr. Medina will do what is right. There must be a change.

Regards,

D211(Hedgepeth)000156
Hedgepeth v. D211 et al_000156

| | |
|---|---|
| **From:** | Samantha Malak |
| **To:** | Kimberly Cavill |
| **Subject:** | Hedgepeth |
| **Date:** | Wednesday, July 15, 2020 7:55:28 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good evening,

My name is Samantha Malak and I am a former Palatine High School student. I graduated with the class of 2017 and had the honor of having Ms. Hedgepeth as my teacher in 2016. The day after President Trump was elected, all of Palatine High School had mixed emotions. Most students were upset about the outcome while some were happy. One student expressed his feelings by wearing a Trump shirt and hat while playing a song about Trump in the hallways. This had many students mad and they were making fun of him and bullying him. He was in my class and Ms. Hedgepeth was our teacher. She saw the bullying happen and went on a little rant to our class. I really liked what she was saying and agreed with it so I began to record what she was saying. I then posted it on Facebook without her permission because I thought other people should hear what she was saying. I did not think about her job and how that might affect her position at Palatine High School. Unfortunately, that video has somehow resurfaced and people are upset about it. What I failed to record was her saying in these exact words, "We can't let politics divide us, we have to love each other because that's what our country needs, more love and respect".

It is with a heavy heart that I am reaching out to you about Ms. Hedgepeth. I am to understand that she has been put on suspension pending a recent social media post that she made on her own free will, outside of school. Due to the current social movement ongoing in America, I understand the need for all voices and people to be heard, listened to, grieve, and unite to create a better society for America. However, I fear that this message is getting lost and politicized, and Ms. Hedgepeth is a victim of this. I am sending you this email to give a better holistic view of an outstanding educator and implore you to think with rationale and reason instead of a mob mentality.

People have many different feelings and experiences throughout high school and during my four years, I struggled with depression and always felt like I was putting on a mask hiding my true self. Ms. Hedgepeth was able to see me as a human and she was one of my closest confidants. She 100% made my high school experience better and bearable. I still remember her to this day as being the best teacher at Palatine High School and I know that she has had this type of impact with multiple other students over her 20-year tenure. Her love for her students also showed every day when she teaches. She goes above and beyond every day teaching social studies to make the topic relevant and interesting. She also never gave a pro or con on any political movement happening at the time and kept the conversation factual instead of feelings based. Can we say that for other teachers at Palatine? Ms. Hedgepeth shows the level of compassion, commitment, and level-headedness that you as the Board should expect and demand from every single teacher. All these reasons are why Ms. Hedgepeth was and still is my favorite teacher. Without her, my life would be dramatically different from both a personal and academic point of view.

I again am asking you to consider this when you are discussing Ms. Hedgepeth's outcome from when she shared that post on social media. She is an outstanding teacher/educator who cares for all her students and I know that Palatine High School is better because of her. If you want to politicize this, or even don't agree with the post, then think about what this social movement is for and our God given right is as an American. This is for everyone to have their voices heard, having the freedom to speak your mind without fearing retribution, and making the world better for everyone. So again, I ask that you look at Ms. Hedgepeth as a whole person and to use logic and reason before deciding to make Palatine a worse place by losing her as a teacher.

I support the employment of Ms. Hedgepeth at Palatine High School!

Samantha Malak

D211(Hedgepeth)000158

**Hedgepeth v. D211 et al_000158**

| | |
|---|---|
| **From:** | Samantha Mancini |
| **To:** | Tony Medina; Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Immediate Action Must Be Taken Regarding Jeanne Hedgepeth |
| **Date:** | Thursday, June 11, 2020 3:08:40 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Administrators,

My name is Samantha Mancini, and I graduated from Palatine High School in 2008. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth.

**Bottom line - Ms. Hedgepeth's dangerous perspectives and hate speech do not have a place in an educational environment, not least one as diverse as PHS. I know of several people who had negative experiences in her class and one who voiced their concerns over anti-semitic comments that were made by Ms. Hedgepeth, in 2007, to no avail. This is not a new issue with this woman, she should be made an example of and the administration should be held accountable for allowing it go on.**

Attached are screen grab images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position - at a minumum. **I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion training for all faculty and staff members.** Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,

--
**Samantha Mancini**





| | |
|---|---|
| **From:** | Jessica Frederick |
| **To:** | Tony Medina; Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Immediate Action Should Be Taken Regarding Jeanne Hedgepeth |
| **Date:** | Wednesday, June 10, 2020 2:45:10 PM |
| **Attachments:** | Screenshot_20200610-143843.png |
| | Screenshot_20200610-143821_2.png |

<div style="background-color:pink">

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

</div>

My name is Jessica Schiek, and I graduated from Palatine High School in 2008. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Jeanne Hedgepeth. **As an alumnus of Palatine High School, current educator of 9 years, having had Jeanne Hedgepeth as a teacher at age 16, ==having voiced concerns of her anti-Semitic comments in 2007==, which she made towards myself and another Jewish student during our Women's Studies class, and now in addition to her blatantly racist comments on social media, it is clear that she is unfit to maintain her role as an educator. All of you are responsible for upholding a staff of educators that are positive role models for your diverse group of students at Palatine High School and Jeanne Hedgepeth is not one of them.**

Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- shows that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly

D211(Hedgepeth)000163

**Hedgepeth v. D211 et al_000163**

promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

I understand the profound effect teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Jeanne Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion training for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Jessica Schiek

 **Jeanne Hedrich Hedgepeth**
2 hrs · 👥

You think this would work?



**Heather Shannon Elliott** ▶ **Recall Illinois Gov. J.B. Pritzker**
3 hrs · 🌐

**Wanna stop the Riots? Mobilize the septic tank trucks, put a pressure cannon on em... hose em down.... the end.**

👍 1                                                    1 Comment

👍 Like              💬 Comment              ↪ Share

 **Jeanne Hedrich Hedgepeth**
2 hrs · 👥

D211(Hedgepeth)000165
**Hedgepeth v. D211 et al_000165**

you want because of the color of your skin.
You don't have to worry how you will be
viewed because your hair looks a certain
way. For years whites have always wanted
to engage in black culture but never wanted
to walk a day in these shoes THAT THEY
CANT FIT UNDERSTAND your white
privilege please. Also I'm sure there is some
violence amongst white officers and white
civilians. LASTLY, This George Floyd killing
isn't a distraction it's what NEEDED to
happen because enough is eno... See More

29m    Like    Reply

Cut    Copy    Paste    Select all    Delete    ⋮

love. I will speak on any topic I
choose because I live in a free
country. I find the term "white
privilege" as racist as the "N " word.
You have not walked in my shoes
either so do not make assumptions
about me and my so called privilege.
You think America is racist? Then
you have been hoodwinked by the
white liberal establishment and race
baiters like Jesse Jackson and Al
Sharpton. Travel the world and go
see that every nation has racism
and some more than others but few

  Write a comment...    GIF  ☺

D211(Hedgepeth)000166

Hedgepeth v. D211 et al_000166

| | |
|---|---|
| **From:** | Brian Roe |
| **To:** | Kimberly Cavill |
| **Subject:** | Jeanne Hedgepeth |
| **Date:** | Wednesday, July 15, 2020 8:29:58 PM |

---

```
<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211.
Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font>
</h1>
```

Dear Kimberly,

I am writing in support of Jeanne Hedgepeth and the hope that District 211 will retain her as a teacher.  My wife and I have known Jeanne, her daughter Grace, and her late husband Jay, for approximately 15 years. Jay was a good friend of mine and I know Jeanne has done a wonderful job raising Grace after his tragic death.

Our daughters' have been classmates and friends since they were 3 years old.  Jeanne taught our son for a semester at PHS and even as a struggling student, she was able to make an impact on him to this day.  His curiosity for history remains to this day.  I thank Jeanne for planting that seed while at PHS.

Jeanne has been an integral part of the community and the loss of her at PHS would make PHS far less attractive. She cares for her students, and although sometimes opinionated, she is always striving to create independent, thoughtful, and knowledgeable students.

I hope my letter helps to sway any preconceived notions you and the board may have of her.  Please retain Jeanne for the good of Palatine and District 211.

Sincerely,

Brian and Iwona Roe


Sent from my iPhone

| | |
|---|---|
| **From:** | Delilah ████ |
| **To:** | Kimberly Cavill |
| **Subject:** | Jeanne Hedgepeth |
| **Date:** | Tuesday, June 9, 2020 4:18:29 PM |

> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Mrs. Cabill,

I have a daughter that is a sophomore at Palatine High School. I saw a post on social media that is very concerning to me as a parent. Palatine High School teacher, Jeanne Hedgepeth is enticing violence on her social media platform. In an era of school shootings, its discouraging to see these profoundly dangerous messages from a teacher at my daughters school. Every student at Palatine High School should have the right to a safe education regardless of creed, race, gender orientation, sex, or socioeconomic background. The posts about her promoting "blasting people like a cannon", and also the posts about her "going to need to get a gun because there is a civil war" are very alarming. I don't know if this was meant to intimidate those with views different than her, or if it was mean to encourage others to be violent. These posts can be viewed by the students of Palatine High School, and the posts can be very scary for students. It could also be empowering for students, which is dangerous. It is not professional for a teacher entice violence on a public platform, I simply do not feel comfortable with the rhetoric.

I have attached screenshots of the post to this email.

I appreciate your attention to this matter.

Regards,

**Delilah** 



D211(Hedgepeth)000169

**Hedgepeth v. D211 et al_000169**





D211(Hedgepeth)000170
**Hedgepeth v. D211 et al_000170**



| | |
|---|---|
| **From:** | Becca Y |
| **To:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Jeanne Hedgepeth |
| **Date:** | Friday, June 5, 2020 10:22:08 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To the Board of Education of District 211,

I wanted to bring to your attention an issue that has recently been brought to my attention over social media. A teacher at Palatine High School, Mrs. Jeanne Hedgepeth, has made it very clear lately that she is unfit to occupy her current position. As a former student of PHS, I enjoy the opportunity to interact with many of my past teachers on social media. However, Mrs. Hedgepeth is a very vocal participant with, unfortunately, many questionable opinions shared in a very public forum.

As you can see from the screenshots attached to this email, this is just one of many examples of a problematic conversation Mrs. Hedgepeth chose to engage in on social media. For context, this was a conversation about the issues of Native Boarding Schools in the late 19th and early 20th centuries. I think the largest issue comes in the comment in the 8th screenshot, but there are consistent issues throughout.

As a social studies and women's studies teacher, this is especially unacceptable. Students will not be receiving an accurate depiction of the fraught history of the United States from a woman who holds such problematic and, quite frankly, racist views.

Best,
Becca Yount

| | |
|---|---|
| **From:** | Ken Anderson |
| **To:** | rlfevre@d211.org; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Daniel Cates; Lisa A. Small; James Britton |
| **Subject:** | Jeanne Hedgepeth |
| **Date:** | Tuesday, June 16, 2020 11:02:25 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To the following members:
Superintendent Dr Lisa Small
Board President,  Robert LeFevre Jr.
Secretary and member, Edward Yung
Anna Klimkowicz Vice President and member
Steven Rosenblum member
Peter Dombrowski member
Mark Cramer member and
Kimberly Cavill member

My name is Ken Anderson, and my wife and I have been residents of Palatine since 1992, raising three children in both D15 and D211 including Palatine High School. I am writing to you today in support of my sister in law, Jeanne Hedgepeth. To do that, I'd like to tell you what I know to be true about her from knowing her for 30 years, regardless of what has been said on social media in what began as genuine and understandable concern but has turned into an unfortunate smear campaign.

First and foremost, Jeanne is not a racist by any definition of the word. To the contrary, she spent the better part of 20 years speaking openly and honestly about race and racism in its many forms, and to students who came from a highly diverse background. I have personally spoken to countless students who speak of her in glowing words and stories. Her overall record as an educator speaks for itself, even if there are recent blemishes on that record, which have all come up within the last five years.

I would like to address those five years, because I believe they are key to her recent struggles both professionally and personally. I believe this because those five years have been hard for our entire family.

On the first day of school in August of 2015, we lost my brother in law Jay Hedgepeth tragically and unexpectedly to suicide.

He and Jeanne had been going through divorce proceedings, and although divorces are never easy, they seemed to be making great progress with the agreements and plans including the details of custody of their only child.

On that awful morning, Jeanne became concerned when Jay didn't show up to work at his department at PHS, and excused herself to check on him when he failed to answer the phone. She discovered his body in the garage and tried desperately but was unable to save him.

The shock of losing him that day is felt to this day by all of us, especially Jeanne and her daughter. I know that it changed her state of mind. I have myself been told the shock may have triggered PTSD in my own state of mind, I'm absolutely certain the same can be said for her.

From the moment I met Jeanne to the day Jay passed, Jeanne and I may have agreed politically a handful of times. After Jay's passing, and in conjunction with the public discourse in our country turning ever more vitriolic, Jeanne and I as well as a few others in my family refrained

from discussing politics at all. Family gatherings were difficult, and a sense of division was felt among us. Looking back now, I realize that we were focusing on politics and not the person. It is my firm belief that in the wake of Jay's death, Jeanne threw herself into her work, into raising her daughter, and blew off steam and anger by jumping into the stream of political banter of her choice that she felt aligned with her conservative views.

In the classroom, she was filmed in secret, losing her temper over her students being upset at the election results. Her message was to educate them on our constitution and how they were in a safe place, but her delivery was obviously from someone struggling.

Recently a self described local community activist began a social media campaign calling her a racist and demanding she be fired, based on screenshots of a conversation between her and a former student. On the surface they seem like they could be the words of someone with racist views, but knowing Jeanne as I do, and reading them through the lens of knowing where her head is at, I understand what she was trying but again failing to say. Sadly, she did so in a tone deaf and flippant manner, but she was not espousing "racist" views. As the days went by, more hateful comments, more posts on more websites, more misquotes and lies came forward, and more bullying and braggery about how big this campaign had become. The viral campaign to smear her, bully her and trash her name began to build momentum, ironically from some people saying it was in the effort to "unite" our community.

Jeanne has spent these last days surrounded by her family, as any family would do for one of their own in crisis. She's been focusing on putting her life in some kind of order, including getting help with sorting out her internal struggles. She's done this in light of knowing her career that she adored has ended, and with the viral campaign now demanding her pension be withheld.

Regardless of what you read, in the memes or comments or her own words, context means everything. If any lesson is to be learned it is that your own social media posts, every "like" comment or opinion, can be held up to the light of public outrage and be used against you without the benefit of context. Jeanne is a single mother with the obligation of providing for her daughter. Whatever sins she may have committed in the eyes of public opinion, or rules she may have broken in the line of her educational duties, she has paid dearly already. I am asking that you understand her situation as it truly is, and not the grand and misguided versions of online revisionists with ulterior motives or personal vendettas. I ask that you keep her and her daughter in your thoughts.

Thank you for time,
Ken Anderson
Palatine,Il

| | |
|---|---|
| **From:** | Tia Ewing |
| **To:** | Kimberly Cavill |
| **Subject:** | Jeanne Hedrich Hedgepath |
| **Date:** | Tuesday, June 9, 2020 11:04:22 AM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Good morning!

I am emailing you concerning the teacher Jeanne Hedrich Hedgepath's social media post.
Is there an active investigation? I am looking for any information you can release at this time.

Thank You!

Tia A. Ewing
Fox 32 Chicago
Anchor/Reporter 5pm&9pm

D211(Hedgepeth)000175

**Hedgepeth v. D211 et al_000175**

| | |
|---|---|
| **From:** | Angela Walsh-Morris |
| **To:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Letter of Concern re: Ms. Hedgepeth |
| **Date:** | Thursday, June 11, 2020 1:40:05 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To all the members of 211 School Board,

We would like to express our outrage over the Facebook posts made by Ms. Hedgepeth regarding race.  Although we do not have a child that attends Palatine High School, our daughter is an incoming sophomore at Hoffman Estates High School, and we cannot imagine sending our child to be educated by someone who not only displays racist views, but who overtly antagonizes the experiences of many people in this country.  District 211 is a diverse, multi-cultural district, and by allowing teachers to diminish the experiences of others during these difficult times she is adding to the hatred of the world while discounting the hatred experienced by others for nothing more than the color of their skin.  We sincerely hope that this teacher will resign or be dismissed from District 211 because her actions are in direct opposition to what the district says they believe in- respect for all.   We will be deeply ashamed and angered if she is allowed to continue as a District 211 teacher.   Please do the right thing and show the students and families that you care for everyone.


Sincerely,

Angela Walsh-Morris
John Morris



| From: | Valentina Ngai |
|---|---|
| To: | Lisa A. Small; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| Subject: | Letter on behalf of Jeanne Hedgepeth |
| Date: | Thursday, July 16, 2020 3:38:16 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

July 16, 2020

Dear Reader,

This letter is on behalf of Jeanne Hedgepeth regarding the investigation involving a social media post by Ms. Hedgepeth leading to possible dismissal from Palatine High School.

Firstly, I do not agree with Ms. Hedgepeth's overall standpoint, nor do I agree with many of her statements made in the subject Facebook post. I can understand how many of her statements can be viewed as inflammatory, questionable and hurtful.

However, when reading her post, I appreciate and respect the presentation of her thoughts and opinions. She provides reading and research suggestions by naming Candace Owens, Larry Elders and Thomas Sowell in effort to invite discussion and provide some bases for her opinions. This incident is not comparable and unequal to a racist rant telling people to leave the country. And even in those cases, immediate punishment rather than attempted discussion and education only feeds the hate. There often are exceptions in every incident, but is this one of them?

Overall, people have a right to voice their opinions. If those who dare to voice opinions are punished, then we are in a dictatorship. We are (which is not new) in a national state of high political and racial tension/sensitivity and are quick to punish, rather than listen, discuss and educate. We need to invite discussion. We need to unite, accept and learn from differences of individuals.

Our society cannot grow without challenge. Having open minds , open ears and a channel to listen to one another and learn from one another, particularly with those possessing polarizing views, is imperative for continued growth and understanding. We are not lemmings, nor should we be. Punishing those with opposing views only ostracizes them from the community, halts discussion and further encourages community and national divisiveness.

The questions that need to be addressed in this specific incident are:
**1.** Did Ms. Hedgepeth violate any standard of care that warrants her dismissal?
**2.** Is Ms. Hedgepeth's potential dismissal based solely on her opinions made in the subject post, of which may be offensive to some? And if so, is this an appropriate basis for dismissal?
**3.** Do we want to teach our children that you can only think and agree with the surrounding masses and if you don't, to "put a lid on it"? Isn't it ok to disagree, provide support for your thoughts and

counter with "what do you think and please explain why you think what you do"?

I would hate to think that my opinions on the current presidency and associated administration would get me fired from my job and that to keep my job, I'd have to either feign agreement or stifle my thoughts, particularly in personal exchanges. I would think that any of us would find that scenario restrictive, terrifying, inappropriate, unfair and unjust.

Let's put down the pitchforks. Let's send the message that open minds and open communication lines, acceptance, education and a right to share our thoughts and learn from others' experiences are part of the necessary path for a brighter future.

Thank you for listening.

Valentina Ngai

--
*Free your heart from hate. Free your mind from worry. Live simple. Give more. Expect less. - Echoes of Yogananda*

| From: | Jeanne McCue |
|---|---|
| To: | BOE-mtg; Robert J. LeFevre; akimkowicz@d211.org; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; srosenblim@d211.org |
| Subject: | Mrs. Hedgepeth |
| Date: | Thursday, June 18, 2020 4:02:40 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear d211 school board,

  My name is Jeanne McCue, and I support Mrs. Hedgepeth.

  When someone has a different view on most anything, it is not a crime. There is no law saying we can't see events happening in the world in a different light. It should actually be encouraged that different views be told. If we continue to only teach high school students one view, how is that a full learning education?

  Knowing Jeanne for 43 years, I feel I am a better judge on her character, than those who are currently harshly judging her. I've been able to learn a few things about her. Mainly she does not judge people by their skin color. We've had many life experiences together with people from many walks of life. One of the most amazing qualities she has is she talks to people! We would often talk with taxi drivers asking them where they are from, open up dialogues with whomever was driving. As teenagers we once asked a couple of black boys who were hanging out near us at the beach to watch our stuff. When we came back they, and our stuff was gone. We didn't blame the thief on the boys race, we blamed ourselves for asking stranger to watch our stuff. Simple, it was stupid to leave stuff with complete strangers.

  Her opinions were formulated over her life time of listening to others, of reading up on ALL types of subjects- political, religious, race.. Traveling the world. Talking to people in the world.This is why she makes an amazing teacher.

  It's a very sad world when in the name of peace, love and tolerance, there is shown so much hatred to someone who has a different opinion.

Thank You kindly for reading this.  Jeanne McCue

 The #1 reason Mrs. Hedgepeth shouldn't panic.
1. God

| | |
|---|---|
| **From:** | Jeanne McCue |
| **To:** | Lisa A. Small; Steven Rosenblum; Peter R. Dombrowski; Mark Cramer; Kimberly Cavill; Edward M Yung; akimkowicz@d211.org; rieFevre@d211.org |
| **Subject:** | Mrs. Hedgepeth |
| **Date:** | Wednesday, July 15, 2020 4:37:15 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Palatine High School Board,

   I'm writing in support of Mrs. Hedgepeth. She has loved teaching at Palatine HS for the last 20 years. I know she takes great pride in her work, and being there for her students.

   I remember going to the plays/skits she helped the students put on. How involved she was in bringing the students visions to life. Before her husband passed away, I know she loved getting dressed up to chaperon at the proms.

   Jeanne has passion. Passion for learning. Passion for teaching. She is the type of teacher that wants the kids to have an open full learning experience. Jeanne has always challenged herself to bring a fresh experience to her students. She has her views on politics, they may be different from yours, but they are her opinions that she has developed over many years. Through being well read, Listening to others, having discussions with others to learn their views. She is always growing as a person. I think all this is the sign of a great teacher!

   In conclusion, I feel that Palatine HS is failing to support a 20 year employee due to hostile faceBook groups. Jeanne had a right to post her opinion. This is America land of the free!

   Please remember that,  Sincerely Mrs. McCue

| From: | Yoana Trendafilova |
|---|---|
| To: | Lisa A. Small; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| Subject: | Ms. Hedgepeth |
| Date: | Thursday, July 16, 2020 6:18:52 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To whom it may concern,

I am a former Palatine High School students. I had Ms. Hedgepeth as a teacher for 2 years and I was also her intern during my senior year. I am a Political Science major and I owe that to Ms. Hedgepeth. In her class, she was always open to having political discussions on every issue and she created a safe environment for differing points of view to be shared. To be honest, even as a college student I have not been in a classroom where the instructor is so open and welcoming of diversity of thought. I realize that what Ms. Hedgepeth posted was controversial and that people want to use it against her to get her fired. However, I support her right to free speech and to share her opinion on her social media platforms when school is not in session. Ms. Hedgepeth is an amazing educator and she truly has an impact on students. Her actions should not result in students being deprived of having her as an instructor. I urge you to please consider the tremendous positive effect she has on students when making any decision concerning her position as an instructor.

Thank you,
Yoana Trendafilova

**From:**      Amaya Rivera
**To:**          Kimberly Cavill
**Subject:**   Ms. Jeanne Hedgepeth
**Date:**      Tuesday, July 14, 2020 10:30:06 PM

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Dear Ms. Cavill,

Hello! My name is Amaya Rivera and I was apart of the graduation class of 2019 at Palatine High School. Lately I have been hearing a lot about the situation concerning Ms. Hedgepeth. Personally I have been seeing only negative comments about her and I wanted to shed light on the positive aspects of her teaching as well as a person as a whole. She was my teacher freshman and sophomore year. I had her for AP Human Geography as a freshman and she personally helped me get through my freshman year, as well as the rest of my high school career. Ms. Hedgepeth is very outspoken in her opinion and that is one thing I loved about her. She spoke her mind and wasn't afraid of what other people thought. Being the scared and anxious freshman that I was when I met her, she became my role model and pushed me to not only succeed academically but to be happy in life, as well. She is currently under heavy fire for her political views and statements she has made. I do not agree with every political ideal that she has, yet when I have sat down to have educated conversations with her about our differing ideologies, never did I once feel attacked in any way. In no way, shape, or form has she tried to manipulate my thoughts and convince me my ideas were wrong and I should think the way she thinks. Terminating Ms. Hedgepeth for her actions recently is blatantly showing students and community members that it is not ok to speak your mind and share your opinion unless it aligns with those around you. I have personally witnessed many other teachers share the same ideas and political views as her, yet because she isn't afraid to speak her mind she is at risk of losing her career. I would not be the person I am today had I not met Jeanne Hedgepeth five years ago. She taught me to speak my mind and not care what other people think about me. Her classes didn't just feed me information from a textbook. She helped me look at the world in a different way and showed me how to be at peace within myself. It would be a shame if future students didn't get to experience her way of teaching like I did because it made me a better person. Terminating Ms. Hedgepeth would be a disservice to not only to Palatine High School, but the whole community. I had many teachers at Palatine High School, but none of them had a greater effect on me than Ms. Hedgepeth. I hope you take into consideration all the good that she has done at Palatine the past twenty years, especially considering the whole situation is clouded with hate and disdain towards her. I want it to be clear that she is loved by many and deserves to keep her job. Thank you for listening.

Best,
Amaya Rivera

| From: | Sonja Johanson |
|---|---|
| To: | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Christopher D. Bays; Daniel Cates; Mark J. Kovack; Tony Medina; James Britton; Kathe E. Lingl; Lisa A. Small |
| Subject: | PHS Social Studies Teacher Racism |
| Date: | Friday, June 19, 2020 8:09:50 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

My name is Sonja Johanson, and I graduated from PHS in 2012. I had Jeanne Hedgepeth as a teacher and was in clubs that she was in charge of. She was someone that I trusted and looked up to as a role model. I'm sure many of you also remember my brother, Aaron Johanson, who graduated in 2009 and completed suicide just days later.

I am writing to you today because it has been brought to my attention that someone has written to you to defend this teacher's words and actions by using my brother's funeral service eulogy as an example of her good character. This letter was read allowed during the last board meeting and broadcasted on zoom. I am appalled that someone had the audacity to use my deceased brothers' memory to excuse such horrific behavior, and I find it disrespectful that you chose to include it as any sort of evidence in her favor. I can assure you that if my brother were alive today, he would be furious to hear this.

What she has said, and continues to say, is racist, transphobic, and misogynistic. She has been shown on video expressing inappropriate and aggressively toned personal views in her classroom while students sat in stunned silence. She has spoken online about wanting to purchase and carry a gun now that "the civil war has broken out." Aaron would be ashamed of her. I am ashamed of her, and if I could go back in time and choose any other person to speak in his honor, I would do so. My brother would be fighting on the frontlines against racial injustice and disparities in this country if he were alive today. He would be among the many of her former students writing to you to shine a harsh light on the reality surrounding this teacher. He did not tolerate racism, or hate towards anyone for simply being themselves. He taught others to love themselves and be loving to others.

Knowing her in the way that I did, and seeing the big picture with stories finally surfacing, I see her as an abusive person. I had a very pleasant experience with her growing up because I am white, and at the time was not out as transgender or gay. I see now how differently she was treating people who didn't fit into her box of "acceptable" during the same time that she was my role model. Her ability to play two different people so seamlessly for so long should scare you. It's the way abusive people move through the world stealthily and without consequence. She needs to be held accountable for her actions that have hurt students, regardless of any amount of "good" people may have to share about her.

This behavior is not a single Facebook post. It is many interactions that left students feeling hurt and confused. The job of a teacher is not to hurt or confuse, not to impose their personal views or warped perspective around history. It is to educate, based on facts. Regardless of how many times this teacher says that she is only interested in love, truth, and facts, her actions speak so much louder than her words.

I hope that you can all consider the gravity of this situation from the perspective of the young minds that will be vulnerable to her behavior if you let her continue teaching. As representatives of a diverse school, please think of every student and your commitment to their safety emotionally, physically, and spiritually in the classroom.

Thank you,

Sonja Johanson
(he/him/his pronouns)

D211(Hedgepeth)000184

**Hedgepeth v. D211 et al_000184**

| | |
|---|---|
| **From:** | Sutter, Alexandra (NBCUniversal) |
| **To:** | Kimberly Cavill |
| **Subject:** | PHS teacher Jeanne Hedgepeth - NBC 5 Report |
| **Date:** | Wednesday, June 10, 2020 5:22:07 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hi Kim,

I am inquiring about teacher Jeanne Hedgepeth. We received several complaints about her Facebook posts. A few students and former students want to speak with us for a story this evening. Do you have a comment? Please get back in touch with me as soon as you can!

I can be reached at 872-242-6777 or by email. My deadline is 7PM.

Thanks,

**Lexi Sutter**
NBC 5 Reporter
(872) 242-6777

| | |
|---|---|
| **From:** | Varshini Ramanathan |
| **To:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Daniel Cates; Lisa A. Small; BOE-mtg |
| **Cc:** | d211community4justice@gmail.com |
| **Subject:** | Public Comment 6/18 |
| **Date:** | Wednesday, June 17, 2020 10:55:54 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

My name is Varshini Ramanathan, and I am a 2016 Fremd High School graduate. I am writing today having reflected on my years in high school, and with utter conviction that we owe our students more.

As a Fremd student, I took the most challenging set of courses available to me, received the highest GPA possible, and graduated as an Academic Scholar. Despite this well-meaning quest for academic success, I'd left Fremd with my education having failed to convey how we, individually and collectively, repeatedly let down our Black community.

In my entire four years of completing exclusively honors/AP coursework, I had only ever encountered two Black students in my classes. In my entire four years, I also never even questioned it. Carefully swathed in a protective bubble of the best Fremd had to offer, never had I stopped to consider the plight of a student whose racial trauma is largely disregarded by the school, or of a student at risk of literal expulsion for minor disciplinary infractions. Meanwhile, my history courses exalted figures such as FDR and Woodrow Wilson as moral and courageous American heroes, while casually ignoring their roles in maintaining segregation, my U.S. government class overlooked voter suppression as even a topic of discussion, and my English classes covered maybe four books, in total, by authors of color. In all aspects of my education, the very real turmoil of Black individuals was absent.

While I understand that the disparities in Black educational attainment cannot solely be pinned upon a single high school, my own anecdotal experience makes me question what my classrooms could have looked like if D211 did more than make toothless statements touting how it "values diversity." What could have been different if D211 explicitly condemned racist behavior? What could have been different if D211 truly affirmed and legitimized the identities of its students?

I think it is safe to say that idle contemplation on what could have been is ultimately unproductive. However, D211 seriously needs to rethink its role as an institution, especially one that claims to be "committed to providing an equitable education for all." Moving forward, I hope D211 can work to provide an education more susceptible to the needs of its communities of color, particularly Black communities, with the following as starting points:

1. Fire Jeanne Hedgepeth. The current action taken on this issue gestures that intolerable and inexcusable behavior, at worst, will be met with the ability to silently retire with no pushback or denunciation.
2. An upheaval of the curriculum. Introducing and making an Ethnic Studies course a requirement is a crucial starting point, but one simple edit does not correct an entire curricula that largely ignores the voices of racial minorities. Classes such as U.S. History, U.S.

D211(Hedgepeth)000186

**Hedgepeth v. D211 et al_000186**

Government, and English classes need to be restructured to tell more truthful and sensitive narratives. In addition, students from different backgrounds need to interact in the same space. Given my own experience, I could have greatly benefited from hearing perspectives of students from different circumstances.

3. Hiring more POC teachers. The pervasiveness of white professionals and authorities continually made me question the worth of my cultural heritage.

4. Reimagining restorative justice. More can to be done to keep kids in school than terrorizing vulnerable students with a constant police presence. Invest in our students, divest from police.

As a D211 alum actively pushing for change, I was warned and made aware of the "political diversity" of the district. The only individuals who can dismiss these issues "political" are those who are safely insulated from the realities that Black students face - this is no mere struggle of politics, but a struggle for validation, success, and survival.

Thank you for your time,
Varshini Ramanathan

| From: | Brandie |
|-------|---------|
| To: | Kimberly Cavill |
| Subject: | Question |
| Date: | Friday, June 19, 2020 3:50:05 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Ms. Cavill,

I have a question for you. Can you explain what will happen now that Ms. Hedgepeth rescinded her request to retire?
While I realize you probably can not discuss specifics (i.e. what the exact outcome is or will be) at this point, can you clarify if there is still an investigation ongoing? Or what the next steps are in this process?

Thank you for this and all you do!

Brandie Langer
Parent of 2 PHS students

**From:** Kimberly Cavill
**To:** Franco_Ingrid L
**Subject:** Re: Concern over Teacher's Facebook Comments
**Date:** Tuesday, June 2, 2020 11:43:30 AM

Hello Ingrid,

Thank you for sending these screenshots and writing to me about your concern. I am taking these comments very seriously, as is Superintendent Lisa Small and the administration.

Kim Cavill

---

**From:** Franco, Ingrid L <ifran2@uis.edu>
**Sent:** Monday, June 1, 2020 7:42 PM
**To:** Robert J. LeFevre
**Cc:** Mark Cramer; Edward M Yung; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill
**Subject:** Concern over Teacher's Facebook Comments

> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Board of Education Members of D211,

I am writing to file a complaint on behalf of students, past and present, of Palatine High School regarding recent posts made by Jeanne Hedrich Hedgepeth that reflect poorly on her profession as a social studies teacher.

A number of her comments on Facebook have surfaced in which Ms. Hedgepeth says, "I find the term 'white privilege' as racist as the 'N' word." Furthermore, there is another comment in which she commented "You think this will work?" on a post advocating violent ways to end ongoing riots.

While she is entitled to her own sentiments, I am concerned about the professionalism that she holds as a social studies teacher. During my time in her classroom in the past, she has utilized Facebook as a "learning tool" and projected her computer screen; this is concerning given that students may see her comment "you think this will work" as it has a suggestive or sarcastic connotation. Furthermore, the dismissal of white privilege dismisses the conversation of past and current events discussing racism and institutional inequalities that the diverse student body faces. In addition, it is directly offensive to Black students as it is not remotely comparable to a racial slur used historically against them.

Another point I would like to add is that these are only a few of visible posts that she has made. In the past she has posted a video ranting about the election of Trump that caused her to enforce a policy of keeping electronics out of sight out of fear that she will be recorded using profane language or a racey statement. Below, I have attached screenshots provided by students/ community members that have come across her comments.

The education system is meant to expose students to opposing views that lead to discussion and respect for one another's viewpoints. However, this behavior shows lack of morals and does not uphold the standard or prestige that social studies teachers should have. Therefore, I believe that Jeanne Hedrich Hedgepeth is incompetent to return to her teaching duties as a social studies teacher at Palatine High School.

---

3:12  LTE

  Search Facebook

 Jeanne Hedrich Hedgepeth

D211(Hedgepeth)000189

**Hedgepeth v. D211 et al_000189**

Jeanne Hedrich Hedgepeth

I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen The people I am informed by about the black experience in America are actually some of the smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and

FACTS not feelings. They are who I
listen to when it comes to facts

D211(Hedgepeth)000191

**Hedgepeth v. D211 et al_000191**

buildings and spray paint police cars? THEN the police were told to stand down as rioting and destroying businesses got out of control. Such as destroying a bar that a black firefighter saved his whole life to open this year. No one gassed them when they burned and destroyed buildings.

If I can't comment on issues in America because I am white then how dare you suggest I am privileged because I'm white? You throw around that term with the same racism you accuse the police of having. So you think you are privileged to be racist?

https://minnesota.cbslocal.com/ 2020/05/26/hundreds-of-protesters- march-in-minneapolis-after-george- floyds-deadly-encounter-with-police/

There is a huge difference between the protests FACTUALLY having nothing to do with race. If the "white protesters" - which also included people of color - had begun smashing the windows and spray painting cars - they too would have been tear gassed. And arrested.

D211(Hedgepeth)000192
Hedgepeth v. D211 et al_000192



recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black

D211(Hedgepeth)000193

**Hedgepeth v. D211 et al_000193**

community to believe about themselves for forty years? Wake up and stop believing them, then things will change.



D211(Hedgepeth)000195
**Hedgepeth v. D211 et al_000195**



**Erik Cisneros**
The fact that she can say "white privilege" but not say the "N" word for what it really is shows that there are not on the same level.

12m   Like   Reply



**Jeanne Hedrich Hedgepeth**
Why are you so disrespectful just because I have a different view? I feel it is a form of racism. Sorry, I think for myself. Too bad you don't. You are unkind.

6m   Like   Reply



**Kianna Graves**
**Jeanne Hedrich Hedgepeth** can you explain how the term " white privilege" and the n word equate to one another. I just want to understand.

2m   Like   Reply

Sincerely,
Ingrid Franco
University of Illinois- Springfield
Class of 2022
Nursing Major

**From:** Kimberly Cavill
**To:** Franco, Ingrid L
**Subject:** Re: Concern over Teacher's Facebook Comments
**Date:** Tuesday, June 2, 2020 11:46:28 AM

Ingrid,

I also want to add that District 211 has issued the following statement and I will do everything in my power as a board member to ensure the investigation is carried out and results are transparently communicated to the public.

Earlier today, District 211 administration was made aware of a social media post made by a District 211 staff member. The posting has been removed, and we are currently conducting an investigation and will follow through with appropriate measures. The statements in the post do not reflect the values or principles of District 211. We are truly sorry for any harm or disrespect that this may have caused.

Thank you,
Kim Cavil.

---

**From:** Kimberly Cavill
**Sent:** Tuesday, June 2, 2020 11:43 AM
**To:** Franco, Ingrid L
**Subject:** Re: Concern over Teacher's Facebook Comments

Hello Ingrid,

Thank you for sending these screenshots and writing to me about your concern. I am taking these comments very seriously, as is Superintendent Lisa Small and the administration.

Kim Cavill

---

**From:** Franco, Ingrid L <ifran2@uis.edu>
**Sent:** Monday, June 1, 2020 7:42 PM
**To:** Robert J. LeFevre
**Cc:** Mark Cramer; Edward M Yung; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill
**Subject:** Concern over Teacher's Facebook Comments

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Board of Education Members of D211,

I am writing to file a complaint on behalf of students, past and present, of Palatine High School regarding recent posts made by Jeanne Hedrich Hedgepeth that reflect poorly on her profession as a social studies teacher.

A number of her comments on Facebook have surfaced in which Ms. Hedgepeth says, "I find the term 'white privilege' as racist as the 'N" word." Furthermore, there is another comment in which she commented "You think this will work?" on a post advocating violent ways to end ongoing riots.

While she is entitled to her own sentiments, I am concerned about the professionalism that she holds as a social studies teacher. During my time in her classroom in the past, she has utilized Facebook as a "learning tool" and projected her computer screen; this is concerning given that students may see her comment "you think this will work" as it has a suggestive or sarcastic connotation. Furthermore, the dismissal of white privilege dismisses the conversation of past and current events discussing racism and institutional inequalities that the diverse student body faces. In addition, it is directly offensive to Black students as it is not remotely comparable to a racial slur used historically against them.

Another point I would like to add that these are only a few of visible posts that she has made. In the past she has posted a

video ranting about the election of Trump that caused her to enforce a policy of keeping electronics out of sight out of fear that she will be recorded using profane language or a racey statement. Below, I have attached screenshots provided by students/ community members that have come across her comments.

The education system is meant to expose students to opposing views that lead to discussion and respect for one another's viewpoints. However, this behavior shows lack of morals and does not uphold the standard or prestige that social studies teachers should have. Therefore, I believe that Jeanne Hedrich Hedgepeth is incompetent to return to her teaching duties as a social studies teacher at Palatine High School.

3:12                                              ..ıl LTE 🔋

<   Q Search Facebook

**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen  The people I am informed by about the black experience in America are actually some of the

D211(Hedgepeth)000198

**Hedgepeth v. D211 et al_000198**

smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts

D211(Hedgepeth)000199

**Hedgepeth v. D211 et al_000199**

buildings and spray paint police cars?
THEN the police were told to stand
down as rioting and destroying
businesses got out of control. Such as
destroying a bar that a black firefighter
saved his whole life to open this year.
No one gassed them when they burned
and destroyed buildings.

If I can't comment on issues in America
because I am white then how dare you
suggest I am privileged because I'm
white? You throw around that term with
the same racism you accuse the police
of having. So you think you are
privileged to be racist?

https://minnesota.cbslocal.com/
2020/05/26/hundreds-of-protesters-
march-in-minneapolis-after-george-
floyds-deadly-encounter-with-police/

There is a huge difference between the
protests FACTUALLY having nothing to
do with race. If the "white protesters" -
which also included people of color -
had begun smashing the windows and
spray painting cars - they too would
have been tear gassed. And arrested.

D211(Hedgepeth)000200
Hedgepeth v. D211 et al_000200



recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black

D211(Hedgepeth)000201

**Hedgepeth v. D211 et al_000201**

community to believe about themselves for forty years? Wake up and stop believing them, then things will change.

D211(Hedgepeth)000202

**Hedgepeth v. D211 et al_000202**





**Erik Cisneros**
The fact that she can say "white privilege" but not say the "N" word for what it really is shows that there are not on the same level.

12m   Like   Reply



**Jeanne Hedrich Hedgepeth**
Why are you so disrespectful just because I have a different view? I feel it is a form of racism. Sorry, I think for myself. Too bad you don't. You are unkind.

6m   Like   Reply



**Kianna Graves**
**Jeanne Hedrich Hedgepeth** can you explain how the term " white privilege" and the n word equate to one another. I just want to understand.

2m   Like   Reply

Sincerely,
Ingrid Franco
University of Illinois- Springfield
Class of 2022
Nursing Major

| | |
|---|---|
| **From:** | Dhivyaa Anandan |
| **To:** | Kimberly Cavill |
| **Subject:** | Re: Concerns about PHS Social Studies Teacher |
| **Date:** | Monday, June 8, 2020 11:46:13 AM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Ms. Cavill,

Thank you for your response. I look forward to hearing from the District regarding future steps.

Best,
Dhivyaa Anandan

> On Jun 8, 2020, at 12:28 PM, Kimberly Cavill <KCavill@d211.org> wrote:
>
> Hello Dhivyaa,
>
> Thank you for these screenshots and writing to me with your concerns. I assure you the district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible.
>
> Take care,
> Kim Cavill
>
> ---
>
> **From:** Dhivyaa Anandan <dhivyaa.anandan@vanderbilt.edu>
> **Sent:** Wednesday, June 3, 2020 4:40 PM
> **To:** Kimberly Cavill
> **Subject:** Concerns about PHS Social Studies Teacher
>
> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from**

D211(Hedgepeth)000205

**Hedgepeth v. D211 et al_000205**

**a trusted sender.**

Dear Ms. Cavill,

My name is Dhivyaa Anandan, and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing of the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic

discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Dhivyaa Anandan

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Emily Sund |
| **Subject:** | Re: Concerns about PHS Social Studies Teacher |
| **Date:** | Monday, June 8, 2020 11:41:11 AM |

Hello Emily,

Thank you for these screenshots and writing to me with your concerns. I assure you the district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible.

Take care,
Kim Cavill

---

**From:** Emily Sund <eksund14@yahoo.com>
**Sent:** Wednesday, June 3, 2020 7:26 PM
**To:** Tony Medina; Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum
**Subject:** Concerns about PHS Social Studies Teacher

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello,

My name is Emily Sund and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the

D211(Hedgepeth)000208
**Hedgepeth v. D211 et al_000208**

backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,

Emily Sund



Jeanne's Post     •••

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing



isn't a distraction it's what NEEDED to happen because enough is eno... See More

29m   Like   Reply

**Jeanne Hedrich Hedgepeth**

I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N" word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism

Write a comment...



D211(Hedgepeth)000211

Hedgepeth v. D211 et al_000211



D211(Hedgepeth)000212
Hedgepeth v. D211 et al_000212

| From: | Kimberly Cavill |
| To: | Dhivyaa Anandan |
| Subject: | Re: Concerns about PHS Social Studies Teacher |
| Date: | Monday, June 8, 2020 11:28:02 AM |

Hello Dhivyaa,

Thank you for these screenshots and writing to me with your concerns. I assure you the district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible.

Take care,
Kim Cavill

---

**From:** Dhivyaa Anandan <dhivyaa.anandan@vanderbilt.edu>
**Sent:** Wednesday, June 3, 2020 4:40 PM
**To:** Kimberly Cavill
**Subject:** Concerns about PHS Social Studies Teacher

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Ms. Cavill,

My name is Dhivyaa Anandan, and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and

trivializing of the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,
Dhivyaa Anandan

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Courtney Vondran |
| **Subject:** | Re: Concerns about PHS Social Studies Teacher |
| **Date:** | Tuesday, June 9, 2020 11:18:12 AM |

Hello Courtney,

Thank you for these screenshots and writing to me with your concerns. I assure you the district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible.

Take care,
Kim Cavill

---

**From:** Courtney Vondran <courtvondran@gmail.com>
**Sent:** Tuesday, June 9, 2020 10:39 AM
**To:** Tony Medina
**Cc:** Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum
**Subject:** Concerns about PHS Social Studies Teacher

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Mr. Tony Medina,

My name is Courtney Vondran, and I graduated from Palatine High School in 2009. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that

D211(Hedgepeth)000215
**Hedgepeth v. D211 et al_000215**

have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth-seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion training for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

Sincerely,

Courtney Vondran

| | |
|---|---|
| **From:** | Brandie |
| **To:** | Kimberly Cavill |
| **Subject:** | Re: Extra info re: d211 teacher |
| **Date:** | Tuesday, June 2, 2020 7:06:10 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Kim,

Okay.
Things have been cleared up. My friend misspoke. The nurse is not a d211 employee. Please disregard my previous email.

I'm so sorry to cause more confusion myself.

Brandie

On Tue, Jun 2, 2020, 6:39 PM Brandie <brandie185@gmail.com> wrote:
> Kim
>
> Not to be annoying, but I was referring to a social studies teacher. Another parent messages me about how she was glad the school was looking into what the school nurse was sharing.
>
> I do not know the nurses name, but apparently there are 2 employees people are concerned about.
>
> I have screenshots of the teacher we were referring to. Shall I share them with you, or start locally with her department head?
>
> My heart hurts right now.
>
> Brandie
>
> On Tue, Jun 2, 2020, 6:13 PM Brandie <brandie185@gmail.com> wrote:
> > Hey Kim,
> >
> > Just as an FYI, students are saying this teacher had been put on leave before, but always gets to come back. So they expect no real change. Of course, what is rumor and what isn't, I do not know. For all I know, she's never been put on leave and kids are just saying that. Emma heard interactions with her at school and they are pretty in line with what was posted in FB. So, did some assume she had been called out, but actually she hadn't bee.
> >
> > Anyway, wasn't sure if you were interested in student chatter around it all or not.
> >
> > I hope you are well.
> >
> > Brandie Langer

D211(Hedgepeth)000217

**Hedgepeth v. D211 et al_000217**

| From: | Brandie |
|---|---|
| To: | Kimberly Cavill |
| Subject: | Re: Extra info re: d211 teacher |
| Date: | Tuesday, June 2, 2020 6:39:44 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Kim

Not to be annoying, but I was referring to a social studies teacher. Another parent messages me about how she was glad the school was looking into what the school nurse was sharing.

I do not know the nurses name, but apparently there are 2 employees people are concerned about.

I have screenshots of the teacher we were referring to. Shall I share them with you, or start locally with her department head?

My heart hurts right now.

Brandie

On Tue, Jun 2, 2020, 6:13 PM Brandie <brandie185@gmail.com> wrote:

Hey Kim,

Just as an FYI, students are saying this teacher had been put on leave before, but always gets to come back. So they expect no real change. Of course, what is rumor and what isn't, I do not know. For all I know, she's never been put on leave and kids are just saying that. Emma heard interactions with her at school and they are pretty in line with what was posted in FB. So, did some assume she had been called out, but actually she hadn't bee.

Anyway, wasn't sure if you were interested in student chatter around it all or not.

I hope you are well.

Brandie Langer

D211(Hedgepeth)000218

**Hedgepeth v. D211 et al_000218**

**From:** Kimberly Cavill
**To:** Brandie
**Subject:** Re: Extra info re: d211 teacher
**Date:** Wednesday, June 3, 2020 10:54:29 AM

Hi Brandie,
No worries!

Thanks,
Kim

---

**From:** Brandie <brandie185@gmail.com>
**Sent:** Tuesday, June 2, 2020 7:05 PM
**To:** Kimberly Cavill
**Subject:** Re: Extra info re: d211 teacher

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Kim,

Okay.
Things have been cleared up. My friend misspoke. The nurse is not a d211 employee. Please disregard my previous email.

I'm so sorry to cause more confusion myself.

Brandie

On Tue, Jun 2, 2020, 6:39 PM Brandie <brandie185@gmail.com> wrote:

> Kim
>
> Not to be annoying, but I was referring to a social studies teacher. Another parent messages me about how she was glad the school was looking into what the school nurse was sharing.
>
> I do not know the nurses name, but apparently there are 2 employees people are concerned about.
>
> I have screenshots of the teacher we were referring to. Shall I share them with you, or start locally with her department head?

D211(Hedgepeth)000219

**Hedgepeth v. D211 et al_000219**

My heart hurts right now.

Brandie

On Tue, Jun 2, 2020, 6:13 PM Brandie <brandie185@gmail.com> wrote:

Hey Kim,

Just as an FYI, students are saying this teacher had been put on leave before, but always gets to come back. So they expect no real change. Of course, what is rumor and what isn't, I do not know. For all I know, she's never been put on leave and kids are just saying that. Emma heard interactions with her at school and they are pretty in line with what was posted in FB. So, did some assume she had been called out, but actually she hadn't bee.

Anyway, wasn't sure if you were interested in student chatter around it all or not.

I hope you are well.

Brandie Langer

D211(Hedgepeth)000220

**Hedgepeth v. D211 et al_000220**

| | |
|---|---|
| **From:** | Cindy Vargas |
| **To:** | Tony Medina |
| **Cc:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo; Mary Kate Smith |
| **Subject:** | Re: Hedgepeth - Facebook Posts |
| **Date:** | Monday, June 8, 2020 1:54:53 PM |
| **Attachments:** | image.png |
| | ATT00001.txt |

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Attached are screenshots I have been sent from friends that still had her on Facebook before she deactivated it.

D211(Hedgepeth)000221

**Hedgepeth v. D211 et al_000221**

Jeanne's Post

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing isn't a distraction it's what NEEDED to happen because enough is eno... See More

29m    Like    Reply



**Jeanne Hedrich Hedgepeth**

I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few

Write a comment...     

            

D211(Hedgepeth)000222
**Hedgepeth v. D211 et al_000222**

| | |
|---|---|
| **From:** | Yareni Garay |
| **To:** | Tony Medina |
| **Cc:** | Peter R. Dombrowski; Edward M Yung; Mark Cramer; Anna Klimkowicz; Kimberly Cavill; Robert J. LeFevre; Steven Rosenblum; Michael M. Alther; Luis N. Arroyo; John J. Volgi; nwstu@ift-aft.org; Mary Kate Smith; James Britton |
| **Subject:** | Re: Jeanne Hedgepeth |
| **Date:** | Friday, June 19, 2020 3:42:38 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

All:

As a former D211 student and Palatine High School alum I'm deeply concerned with how the situation revolving around Jeanne Hedgepeth's hateful tirades have been handled.

I believe it would be in the best interest of district 211 and the students of Palatine high school to terminate Jeanne Hedgepeth's employment with district 211. Racism and bigotry have no place in any classroom or leadership positions and I would expect a district that condemns discrimination and hate of all sorts to feel the same.

Further, I'm appalled at how the district has handled this situation and would expect more transparency from the school, school board, and superintendent. Being met with silence after numerous calls for action from community members, alumni, and current students does not invoke a level of trust and understanding between the district and the community at large. It is understandable that a situation of this caliber be met with confidentiality and privacy for all involved but that does not mean we, the community, deserve to be ignored.

I hope appropriate action is taken to ensure students are returning to a safe environment this upcoming school year.

Best,
Yareni

| | |
|---|---|
| **From:** | Becca Y |
| **To:** | Kimberly Cavill |
| **Subject:** | Re: Jeanne Hedgepeth |
| **Date:** | Monday, June 8, 2020 6:48:33 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Kim,

Thanks for your response. I appreciate your diligence in the matter.

Best,
Becca

Kimberly Cavill <KCavill@d211.org> schrieb am Mo. 8. Juni 2020 um 11:08:

> Hello Becca,
>
> Thank you for these screenshots and writing to me with your concerns. I assure you the district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible.
>
>
> Take care,
>
> Kim Cavill

---

**From:** Becca Y <beccajyount@gmail.com>
**Sent:** Friday, June 5, 2020 10:21 PM
**To:** Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum
**Subject:** Jeanne Hedgepeth

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To the Board of Education of District 211,

I wanted to bring to your attention an issue that has recently been brought to my attention

D211(Hedgepeth)000224
Hedgepeth v. D211 et al_000224

over social media. A teacher at Palatine High School, Mrs. Jeanne Hedgepeth, has made it very clear lately that she is unfit to occupy her current position. As a former student of PHS, I enjoy the opportunity to interact with many of my past teachers on social media. However, Mrs. Hedgepeth is a very vocal participant with, unfortunately, many questionable opinions shared in a very public forum.

As you can see from the screenshots attached to this email, this is just one of many examples of a problematic conversation Mrs. Hedgepeth chose to engage in on social media. For context, this was a conversation about the issues of Native Boarding Schools in the late 19th and early 20th centuries. I think the largest issue comes in the comment in the 8th screenshot, but there are consistent issues throughout.

As a social studies and women's studies teacher, this is especially unacceptable. Students will not be receiving an accurate depiction of the fraught history of the United States from a woman who holds such problematic and, quite frankly, racist views.

Best,
Becca Yount

D211(Hedgepeth)000225
**Hedgepeth v. D211 et al_000225**

| From: | Kimberly Cavill |
|-------|-----------------|
| To: | Becca Y |
| Subject: | Re: Jeanne Hedgepeth |
| Date: | Monday, June 8, 2020 11:08:32 AM |

Hello Becca,

Thank you for these screenshots and writing to me with your concerns. I assure you the district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible.

Take care,
Kim Cavill

---

**From:** Becca Y <beccajyount@gmail.com>
**Sent:** Friday, June 5, 2020 10:21 PM
**To:** Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum
**Subject:** Jeanne Hedgepeth

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To the Board of Education of District 211,

I wanted to bring to your attention an issue that has recently been brought to my attention over social media. A teacher at Palatine High School, Mrs. Jeanne Hedgepeth, has made it very clear lately that she is unfit to occupy her current position. As a former student of PHS, I enjoy the opportunity to interact with many of my past teachers on social media. However, Mrs. Hedgepeth is a very vocal participant with, unfortunately, many questionable opinions shared in a very public forum.

As you can see from the screenshots attached to this email, this is just one of many examples of a problematic conversation Mrs. Hedgepeth chose to engage in on social media. For context, this was a conversation about the issues of Native Boarding Schools in the late 19th and early 20th centuries. I think the largest issue comes in the comment in the 8th screenshot, but there are consistent issues throughout.

As a social studies and women's studies teacher, this is especially unacceptable. Students will not be receiving an accurate depiction of the fraught history of the United States from a woman who holds such problematic and, quite frankly, racist views.

D211(Hedgepeth)000226
**Hedgepeth v. D211 et al_000226**

Best,
Becca Yount

D211(Hedgepeth)000227
**Hedgepeth v. D211 et al_000227**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Yareni Garay |
| **Subject:** | Re: Jeanne Hedgepeth |
| **Date:** | Friday, June 19, 2020 5:36:56 PM |

Hello Yareni,

Thanks for writing to me. I expect the board of education to take action at the next board meeting. Because the teacher in question rescinded her letter of retirement a mere hours before yesterday's meeting, no action could be taken at yesterday's meeting. I know this is a very frustrating situation for everyone and it feels like the board is ignoring concerned community members because the district is limited in what we can share about an ongoing process. I assure you that is not the case. Every member of the board and D211 administration is taking this situation very seriously and I look forward to taking action in July.

Thank you,
Kim Cavill

---

**From:** Yareni Garay <ygaray08@gmail.com>
**Sent:** Friday, June 19, 2020 3:42 PM
**To:** Tony Medina
**Cc:** Peter R. Dombrowski; Edward M Yung; Mark Cramer; Anna Klimkowicz; Kimberly Cavill; Robert J. LeFevre; Steven Rosenblum; Michael M. Alther; Luis N. Arroyo; John J. Volgi; nwstu@ift-aft.org; Mary Kate Smith; James Britton
**Subject:** Re: Jeanne Hedgepeth

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

All:

As a former D211 student and Palatine High School alum I'm deeply concerned with how the situation revolving around Jeanne Hedgepeth's hateful tirades have been handled.

I believe it would be in the best interest of district 211 and the students of Palatine high school to terminate Jeanne Hedgepeth's employment with district 211. Racism and bigotry have no place in any classroom or leadership positions and I would expect a district that condemns discrimination and hate of all sorts to feel the same.

D211(Hedgepeth)000228
**Hedgepeth v. D211 et al_000228**

Further, I'm appalled at how the district has handled this situation and would expect more transparency from the school, school board, and superintendent. Being met with silence after numerous calls for action from community members, alumni, and current students does not invoke a level of trust and understanding between the district and the community at large. It is understandable that a situation of this caliber be met with confidentiality and privacy for all involved but that does not mean we, the community, deserve to be ignored.

I hope appropriate action is taken to ensure students are returning to a safe environment  this upcoming school year.


Best,
Yareni

| From: | wallene blizzard |
|---|---|
| To: | Anna Klimkowicz; Robert J. LeFevre; Edward M Yung; Kimberly Cavill; srosenblum@211.org; Peter R. Dombrowski; Mark Cramer |
| Subject: | RE: Meeting today for Jeanne Hedgepath |
| Date: | Wednesday, July 15, 2020 4:49:59 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Greetings,

I would like to speak on behalf of Jeanne Hedgepath and her character. My daughter is a sophomore at PHS and Jeanne is a good friend of mine. I have been close friends with her for 3 years. I'm also her neighbor and we see each other and have had many conversations over the years about many subjects.

I can truthfully say that she is a passionate teacher and truly loves teaching her students about her classroom subject but also about life.

She is not one bit racist and with all due respect stating anything in writing is a first amendment right. She is a wonderful mother and friend with a dynamic extended family of which I know as well.

She is a very open minded, thoughtful and kind person. We ran into some of her students out for dinner and they were very upset about how her reputation is being tarnished by the media. They know her heart and her passion as a teacher. Media, gossip, out of context discussion and recordings is just not a fair way to treat a teacher of 20 + years with an incredible teaching record and reputation.

I hope that she will be given the opportunity to rebuttal her thoughts on what has been misconstrued.

Jeanne Hedgepath does not deserve to lose her job over these circumstances.

Thank you for your time.

Kind regards,

Wallene Blizzard



| From: | Kimberly Cavill |
|---|---|
| To: | Amaya Rivera |
| Subject: | Re: Ms. Jeanne Hedgepeth |
| Date: | Wednesday, July 15, 2020 12:38:52 PM |

Hello Amaya,

Thank you for writing to me and sharing your views. I am glad to hear about your good experience.

Take care,
Kim Cavill

---

**From:** Amaya Rivera <amayarivera21@yahoo.com>
**Sent:** Tuesday, July 14, 2020 10:30 PM
**To:** Kimberly Cavill
**Subject:** Ms. Jeanne Hedgepeth

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Dear Ms. Cavill,

Hello! My name is Amaya Rivera and I was apart of the graduation class of 2019 at Palatine High School. Lately I have been hearing a lot about the situation concerning Ms. Hedgepeth. Personally I have been seeing only negative comments about her and I wanted to shed light on the positive aspects of her teaching as well as a person as a whole. She was my teacher freshman and sophomore year. I had her for AP Human Geography as a freshman and she personally helped me get through my freshman year, as well as the rest of my high school career. Ms. Hedgepeth is very outspoken in her opinion and that is one thing I loved about her. She spoke her mind and wasn't afraid of what other people thought. Being the scared and anxious freshman that I was when I met her, she became my role model and pushed me to not only succeed academically but to be happy in life, as well. She is currently under heavy fire for her political views and statements she has made. I do not agree with every political ideal that she has, yet when I have sat down to have educated conversations with her about our differing ideologies, never did I once feel attacked in any way. In no way, shape, or form has she tried to manipulate my thoughts and convince me my ideas were wrong and I should think the way she thinks. Terminating Ms. Hedgepeth for her actions recently is blatantly showing students and community members that it is not ok to speak your mind and share your opinion unless it aligns with those around you. I have personally witnessed many other teachers share the same ideas and political views as her, yet because she isn't afraid to speak her mind she is at risk of losing her career. I would not be the person I am today had I not met Jeanne Hedgepeth five years ago. She taught me to speak my mind and not care what other people think about me. Her classes didn't just feed me information from a textbook. She helped me look at the world in a different way and showed me how to be at peace within myself. It would be a shame if future students didn't get to experience her way of teaching like I did because it made me a better person. Terminating Ms. Hedgepeth would be a disservice to not only to Palatine High School, but the whole community. I had many teachers at Palatine High School, but none of them had a greater effect on me than Ms. Hedgepeth. I hope you take into consideration all the good that she has done at Palatine the past twenty years, especially considering the whole

situation is clouded with hate and disdain towards her. I want it to be clear that she is loved by many and deserves to keep her job. Thank you for listening.

Best,
Amaya Rivera

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Brandie |
| **Subject:** | Re: Question |
| **Date:** | Friday, June 19, 2020 5:36:31 PM |

Hi Brandie,

Thanks for writing to me. I expect the board of education to take action at the next board meeting. Because the teacher in question rescinded her letter of retirement a mere hours before yesterday's meeting, no action could be taken at yesterday's meeting. I know this is a very frustrating situation for everyone and it feels like the board is ignoring concerned community members because the district is limited in what we can share about an ongoing process. I assure you that is not the case. Every member of the board and D211 administration is taking this situation very seriously and I look forward to taking action in July.

Thank you,
Kim Cavill

---

**From:** Brandie <brandie185@gmail.com>
**Sent:** Friday, June 19, 2020 3:49 PM
**To:** Kimberly Cavill
**Subject:** Question

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Ms. Cavill,

I have a question for you. Can you explain what will happen now that Ms. Hedgepeth rescinded her request to retire?
While I realize you probably can not discuss specifics (i.e. what the exact outcome is or will be) at this point, can you clarify if there is still an investigation ongoing? Or what the next steps are in this process?

Thank you for this and all you do!

Brandie Langer
Parent of 2 PHS students

| | |
|---|---|
| **From:** | Brandie |
| **To:** | Kimberly Cavill |
| **Subject:** | Re: Question |
| **Date:** | Friday, June 19, 2020 5:40:22 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Kim,

Thanks for getting back to me so quickly

I do realize the board was left in a tricky situation with the letter being rescinded right before the board meeting. I just wasn't sure what, procedurally, happened next.

Thank you for clarifying. And I will tune in to the meeting in July.

Have a great day!

Brandie

On Fri, Jun 19, 2020, 5:36 PM Kimberly Cavill <KCavill@d211.org> wrote:

> Hi Brandie,
>
> Thanks for writing to me. I expect the board of education to take action at the next board meeting. Because the teacher in question rescinded her letter of retirement a mere hours before yesterday's meeting, no action could be taken at yesterday's meeting. I know this is a very frustrating situation for everyone and it feels like the board is ignoring concerned community members because the district is limited in what we can share about an ongoing process. I assure you that is not the case. Every member of the board and D211 administration is taking this situation very seriously and I look forward to taking action in July.
>
> Thank you,
>
> Kim Cavill

**From:** Brandie ███████████████ >
**Sent:** Friday, June 19, 2020 3:49 PM
**To:** Kimberly Cavill
**Subject:** Question

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Ms. Cavill,

I have a question for you. Can you explain what will happen now that Ms. Hedgepeth rescinded her request to retire?
While I realize you probably can not discuss specifics (i.e. what the exact outcome is or will be) at this point, can you clarify if there is still an investigation ongoing? Or what the next steps are in this process?

Thank you for this and all you do!

Brandie Langer
Parent of 2 PHS students

D211(Hedgepeth)000235
**Hedgepeth v. D211 et al_000235**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Danielle "Rae" Brice |
| **Subject:** | Re: Retain Jeanne Hedgepeth |
| **Date:** | Wednesday, July 15, 2020 12:39:55 PM |

Hi Danielle,

Thank you for writing to me and sharing your thoughts. I am glad you had a good experience in Women's Studies and took the time to write.

Take care,
Kim Cavill

---

**From:** Danielle "Rae" Brice <leonedb8@gmail.com>
**Sent:** Tuesday, July 14, 2020 9:17 PM
**To:** Lisa A. Small
**Cc:** Anna Klimkowicz; Robert J. LeFevre; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum
**Subject:** Retain Jeanne Hedgepeth

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

To whom it may concern,

It has come to my attention that Jeanne Hedgepeth is at the risk of losing her job as the Women's Studies teacher at Palatine High School.

Being an alumni of Palatine High School, Class of 2009, I feel the need to reach out and express myself.

In my junior year, years 2007-2008, I decided to take Women's Studies and Jeanne became my teacher, my educator. Never once did I consider her as racist, discriminatory, or privileged. She taught equality, love for each other, regardless of skin color, sex, or religion. Regardless of her race, regardless of mine.

With this kept in mind, I progressed into my Senior year and became an intern for Jeanne's Women's Studies class.

She taught us to love. She taught us all to live in harmony, the best that she could. The best any educator can do. That is all anyone in this world can do, their best.

I am a single mother of two biracial children. I know the struggle of racism and discrimination. I know the struggle of needing to do all that you can for our youth, and the youth being taught right now. I am part of the "Black Lives Matter" movement. I understand that year by year, student and faculty statistics change, and I absolutely know, without any doubt, that Jeanne belongs at Palatine High School.

I am aware that she is "Caucasian"; however I am certain that she is NOT racist nor does she discriminate. Jeanne loves with ALL of her heart.

We have kept in contact since I graduated. She has always supported me and given me encouragement, hope, determination, and reminders that, regardless of my skin color, we are all people, no matter what. Jeanne is a person that deserves mercy and grace. Like us all. Her lessons and values that have been taught and passed down to me, and in turn, I have passed them down to my two children.

She gave me examples of minorities to stand up for. I remember projects we did, readings we did, brain exercises, and meditations that we did. I remember media shown, and I am so blessed to have known her.

We are all people. We are all doing the absolute best that we can. And Jeanne is doing just that. Times have changed, however her heart and love remains the same.

I do not know what faith you practice, but I will end this email with a scripture.

"Dear friends, let us continue to love one another, for love comes from God. Anyone who loves is a child of God and knows God."
-1 John 4:7

Please consider this email and what I have written.

Sincerely,

Danielle Brice
Class of 2009

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Joel Clements |
| **Subject:** | Re: Support of teacher in viral post |
| **Date:** | Tuesday, June 9, 2020 11:17:48 AM |

Hello Joel,

Thank you for these screenshots and writing to me with your view. The district is conduction a thorough investigation and I will do my best to make sure the results of that investigation are communicated to the public as transparently as possible, regardless of the result.

Take care,
Kim Cavill

---

**From:** Joel Clements <joelclements82@gmail.com>
**Sent:** Monday, June 8, 2020 8:05 PM
**To:** Anna Klimkowicz; Kimberly Cavill; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo
**Subject:** Support of teacher in viral post

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

I am writing because I have seen the viral post on facebook and I would like you all to know that there are people in the community that don't want someone to be fired for expressing their opinion.

Please be informed that the majority of the so called hateful comments are simply statements of opinion that are simply in opposition to a progressive opinion.

Furthermore, to claim that the teacher was threatening to shoot anyone by exclaiming that she wanted to buy a gun due to the danger imposed by rioters is simply sloppy.

Her opinions are not shares by the majority of people but those opinions are not anymore misinformed than anyone who bases their opinions on the talking points of either political party.

The cancel culture needs to stop. It would be unjust to fire a teacher due to a bunch of people who can't handle an opposing opinion.

D211(Hedgepeth)000238
Hedgepeth v. D211 et al_000238

| From: | Stephanie Warner |
|---|---|
| To: | Kimberly Cavill |
| Subject: | Re: Unacceptable Bigotry |
| Date: | Tuesday, June 2, 2020 12:37:16 AM |
| Attachments: | image.png |

&lt;h1 style="background-color:pink;"&gt;&lt;font size=3&gt;External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.&lt;font&gt; &lt;/h1&gt;

Stephanie Warner



> On Jun 1, 2020, at 11:02 PM, Stephanie Warner <slwarner51@gmail.com> wrote:
>
> Hello,
>
> I am a 2011 PHS alum. I recently have found very bigoted comments by my former teacher, Jeanne Hedgepeth. I think racism and bigotry should not be in the American school system. This passive dismissal of white privledge is the type of behavior that lays the bricks for racism. She has absolutely no business teaching women's studies. You can't ignore racism and also talk about black women and their rights. Please have her fired.
>
>
> Thank you,
>
> Stephanie Warner
> 
>

Jeanne's Post

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing isn't a distraction it's what NEEDED to happen because enough is eno... See More

29m    Like    Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few

 Write a comment...     

  

D211(Hedgepeth)000240
**Hedgepeth v. D211 et al_000240**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Stephanie Warner |
| **Subject:** | Re: Unacceptable Bigotry |
| **Date:** | Tuesday, June 2, 2020 11:45:42 AM |

Hello Stephanie,

Thank you for writing to me. I am taking Jeanne's comments very seriously, as is Superintendent Lisa Small and the administration. District 211 has issued the following statement and I will do everything in my power as a board member to ensure the investigation is carried out and results are transparently communicated to the public.

Earlier today, District 211 administration was made aware of a social media post made by a District 211 staff member. The posting has been removed, and we are currently conducting an investigation and will follow through with appropriate measures. The statements in the post do not reflect the values or principles of District 211. We are truly sorry for any harm or disrespect that this may have caused.

Thank you,

Kim Cavil.

---

**From:** Stephanie Warner <slwarner51@gmail.com>
**Sent:** Tuesday, June 2, 2020 12:37 AM
**To:** Kimberly Cavill
**Subject:** Re: Unacceptable Bigotry

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Stephanie Warner



> On Jun 1, 2020, at 11:02 PM, Stephanie Warner <slwarner51@gmail.com> wrote:
>
> Hello,
>
> I am a 2011 PHS alum. I recently have found very bigoted comments by my former teacher, Jeanne Hedgepeth. I think racism and bigotry should not be in the American school system. This passive dismissal of white privledge is the type of behavior that lays the bricks for racism. She has absolutely no business teaching women's studies. You can't ignore racism and also talk about black women and their rights. Please have her fired.
>
>

D211(Hedgepeth)000241

**Hedgepeth v. D211 et al_000241**

> Thank you,
>
> Stephanie Warner
> ████████████
████████████████

D211(Hedgepeth)000242

**Hedgepeth v. D211 et al_000242**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Ananya Bhattacharya |
| **Subject:** | Re: URGENT - Gross Misconduct |
| **Date:** | Wednesday, June 3, 2020 10:57:29 AM |

Hello Ananya,

Thank you for writing to me and sending these screenshots. I assure you I take this behavior very seriously, as does District 211. District 211 has issued the following statement and I will do everything in my power as a board member to ensure the investigation thorough and the results are transparently communicated to the public.

Earlier today, District 211 administration was made aware of a social media post made by a District 211 staff member. The posting has been removed, and we are currently conducting an investigation and will follow through with appropriate measures.  The statements in the post do not reflect the values or principles of District 211. We are truly sorry for any harm or disrespect that this may have caused.

Thank you,
Kim Cavil.

---

**From:** Ananya Bhattacharya <ananya_b@prodigy.net>
**Sent:** Tuesday, June 2, 2020 7:23 PM
**To:** Lisa A. Small; Mark Cramer; Edward M Yung; Robert J. LeFevre; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill; Tony Medina; Michael M. Alther; John J. Volgi; Mary Kate Smith; Luis N. Arroyo; Christopher D. Bays
**Subject:** URGENT - Gross Misconduct

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

To Whom It May Concern:

My name is Ananya Bhattacharya, I am a PHS alum from the class of 2016.

I am writing to inform you that Jeanne Hedrich Hedgepeth, a teacher at Palatine High School, has been sharing content on social media which discusses violence against black people.

I have attached screenshots from Facebook to this email.

In Palatine High School's 2019 - 2020 student handbook under "Gross Disobedience or Misconduct" on page 9, "Harassment" is defined as "...any unwelcome verbal or physical conduct, contact or communication, whether by in-person contact, written communication or via any form of electronic transmission that is motivated by or related to race... that creates an intimidating, hostile or offensive educational environment."

D211(Hedgepeth)000243

**Hedgepeth v. D211 et al_000243**

If this is her behavior online, what is her behavior like in class with students? Please do not bend and twist what the handbook actually means. Do something about this. Freedom of speech is one thing, vocalizing violence against black people is another.

I urge you to look into this incident, this is not something to be taken lightly, especially now. I would appreciate being informed of what actions will be taken.

Ananya Bhattacharya

| | |
|---|---|
| **From:** | Kimberly Cavill on behalf of /O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2EF3703937E943A38775378D542B8C3C-KIMBE |
| **To:** | Ananya Bhattacharya |
| **Subject:** | Re: URGENT - Gross Misconduct |
| **Date:** | Wednesday, June 3, 2020 11:02:07 AM |

Dear Ananya,

Thank you very much for writing to me.

---

**From:** Ananya Bhattacharya <ananya_b@prodigy.net>
**Sent:** Tuesday, June 2, 2020 7:23 PM
**To:** Lisa A. Small; Mark Cramer; Edward M Yung; Robert J. LeFevre; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill; Tony Medina; Michael M. Alther; John J. Volgi; Mary Kate Smith; Luis N. Arroyo; Christopher D. Bays
**Subject:** URGENT - Gross Misconduct

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

To Whom It May Concern:

My name is Ananya Bhattacharya, I am a PHS alum from the class of 2016.

I am writing to inform you that Jeanne Hedrich Hedgepeth, a teacher at Palatine High School, has been sharing content on social media which discusses violence against black people.

I have attached screenshots from Facebook to this email.

In Palatine High School's 2019 - 2020 student handbook under "Gross Disobedience or Misconduct" on page 9, "Harassment" is defined as "...any unwelcome verbal or physical conduct, contact or communication, whether by in-person contact, written communication or via any form of electronic transmission that is motivated by or related to race... that creates an intimidating, hostile or offensive educational environment."

If this is her behavior online, what is her behavior like in class with students? Please do not bend and twist what the handbook actually means. Do something about this. Freedom of speech is one thing, vocalizing violence against black people is another.

I urge you to look into this incident, this is not something to be taken lightly, especially now. I would appreciate being informed of what actions will be taken.

Ananya Bhattacharya

D211(Hedgepeth)000245
**Hedgepeth v. D211 et al_000245**

| | |
|---|---|
| **From:** | Leslie Madrid |
| **To:** | Kimberly Cavill |
| **Subject:** | Re: URGENT- Staff Member |
| **Date:** | Tuesday, June 2, 2020 12:21:21 PM |
| **Attachments:** | image0.png |
| | image11.png |
| | image12.png |
| | image13.png |
| | image4.png |
| | image15.png |
| | image6.png |
| | image7.png |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**



D211(Hedgepeth)000247

Hedgepeth v. D211 et al_000247



Nancy's Post

"There are Black Lives Matters protesters who are only interested in peacefully protesting, there are those who are part of the protest and also have participated in the looting, and there are those who are just interested in looting the nearby stores and rioting against police," he added. A lot of this he documented on his Twitter account.

Rosas added, "I have seen Black Lives Matter protesters repeatedly tried to stop rioters from causing trouble. However, the rioters appear to outnumber those who are just interested in peacefully protesting."

You think it is okay for people of any race to smash windows of public buildings and spray paint police cars? THEN the police were told to stand down as rioting and destroying businesses got out of control. Such as destroying a bar that a black firefighter saved his whole life to open this year. No one gassed them when they burned and destroyed buildings.

If I can't comment on issues in America because I am white then how dare you

Write a comment...

Nancy's Post

If I can't comment on issues in America because I am white then how dare you suggest I am privileged because I'm white? You throw around that term with the same racism you accuse the police of having. So you think you are privileged to be racist?

https://minnesota.cbslocal.com/2020/05/26/hundreds-of-protesters-march-in-minneapolis-after-george-floyds-deadly-encounter-with-police/

There is a huge difference between the protests FACTUALLY having nothing to do with race. If the "white protesters" - which also included people of color - had begun smashing the windows and spray painting cars - they too would have been tear gassed. And arrested.

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with

Write a comment...

D211(Hedgepeth)000248

Hedgepeth v. D211 et al_000248



Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with a Bill of Rights - to protect people from government. All people. The quarantine violated the Constitution. They had the right to protest as they should have - as did the people in Minneapolis. But no one has the right to destroy property. Or take life. No one. We have a system of laws and justice that SHOULD be followed so the Floyd family can get justice.

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I

---

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I walk on the beach I ALWAYS see MANY interacial couples, families and friend groups. You think that was common 40 years ago? What do you tell those people and their kids about which race is better?

I am in no way defending the police who killed George Floyd - but like you said, facts matter - so I look at facts and the big picture.

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

2d   Like   Reply

Jeanne Hedrich Hedgepeth
Nancy Rodriguez



On Jun 2, 2020, at 11:41 AM, Kimberly Cavill <KCavill@d211.org> wrote:

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured

D211(Hedgepeth)000250

**Hedgepeth v. D211 et al_000250**

that Superintendent Lisa Small, the administration, and I are taking these comments very seriously.


Stay well,

Kim Cavill

---

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member


**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**


Hello Dr. Cates,
My name is Leslie Madrid. I am a former Palatine Alum.
I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.
Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.
I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.
I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

D211(Hedgepeth)000251

Hedgepeth v. D211 et al_000251

Leslie Madrid



D211(Hedgepeth)000252

**Hedgepeth v. D211 et al_000252**

| | |
|---|---|
| **From:** | Leslie Madrid |
| **To:** | Kimberly Cavill |
| **Subject:** | Re: URGENT- Staff Member |
| **Date:** | Tuesday, June 2, 2020 12:20:46 PM |
| **Attachments:** | image0.png |
| | image1.png |
| | image2.png |
| | image3.png |
| | image4.png |
| | image5.png |
| | image10.png |
| | image11.png |
| | image12.png |
| | image13.png |
| | image14.png |
| | image15.png |
| | image16.png |
| | image17.png |
| | image18.png |
| | image19.png |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Board Member Cavill,
I appreciate you getting back to me. I am not quite sure if other people from the community had gotten a chance to send you all the screenshots. But if you are in need of them as evidence. I have them here. I will provide them to you.
This community will appreciate all of you very much for taking this seriously. Listening to us. If there is anything else you need from me, please let me know.

Leslie Madrid



3:12      .ıll LTE

‹   Q Search Facebook

**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen The people I am informed by about the black experience in America are actually some of the smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts

Replying to **Jeanne Hedrich Hedgepeth** · Cancel

⬡   Jeanne Hedrich Hedgepeth   GIF ☺ ➤

⌂   ▣   🎟   ♡   🔔   ☰

---

3:12      .ıll LTE

‹   Q Search Facebook

recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black community to believe about themselves for forty years? Wake up and stop believing them, then things will change.

1d   Like   Reply

Replying to **Jeanne Hedrich Hedgepeth** · Cancel

⬡   Jeanne Hedrich Hedgepeth   GIF ☺ ➤

⌂   ▣   🎟   ♡   🔔   ☰



D211(Hedgepeth)000255

**Hedgepeth v. D211 et al_000255**



On Jun 2, 2020, at 11:41 AM, Kimberly Cavill <KCavill@d211.org> wrote:

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured that Superintendent Lisa Small, the administration, and I are taking these comments very seriously.

D211(Hedgepeth)000256

Hedgepeth v. D211 et al_000256

Stay well,

Kim Cavill

---

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,

My name is Leslie Madrid. I am a former Palatine Alum.

I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.

Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.

I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.

I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid

D211(Hedgepeth)000257
**Hedgepeth v. D211 et al_000257**



D211(Hedgepeth)000258

Hedgepeth v. D211 et al_000258



Nancy's Post

"There are Black Lives Matters protesters who are only interested in peacefully protesting, there are those who are part of the protest and also have participated in the looting, and there are those who are just interested in looting the nearby stores and rioting against police," he added. A lot of this he documented on his Twitter account.

Rosas added, "I have seen Black Lives Matter protesters repeatedly tried to stop rioters from causing trouble. However, the rioters appear to outnumber those who are just interested in peacefully protesting."

You think it is okay for people of any race to smash windows of public buildings and spray paint police cars? THEN the police were told to stand down as rioting and destroying businesses got out of control. Such as destroying a bar that a black firefighter saved his whole life to open this year. No one gassed them when they burned and destroyed buildings.

If I can't comment on issues in America because I am white then how dare you

Nancy's Post

If I can't comment on issues in America because I am white then how dare you suggest I am privileged because I'm white? You throw around that term with the same racism you accuse the police of having. So you think you are privileged to be racist?

https://minnesota.cbslocal.com/
2020/05/26/hundreds-of-protesters-
march-in-minneapolis-after-george-
floyds-deadly-encounter-with-police/

There is a huge difference between the protests FACTUALLY having nothing to do with race. If the "white protesters" - which also included people of color - had begun smashing the windows and spray painting cars - they too would have been tear gassed. And arrested.

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with

Write a comment...

Write a comment...

D211(Hedgepeth)000259
Hedgepeth v. D211 et al_000259



‹     Nancy's Post     •••

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with a Bill of Rights - to protect people from government. All people. The quarantine violated the Constitution. They had the right to protest as they should have - as did the people in Minneapolis. But no one has the right to destroy property. Or take life. No one. We have a system of laws and justice that SHOULD be followed so the Floyd family can get justice.

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I

‹     Nancy's Post     •••

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I walk on the beach I ALWAYS see MANY interacial couples, families and friend groups. You think that was common 40 years ago? What do you tell those people and their kids about which race is better?

I am in no way defending the police who killed George Floyd - but like you said, facts matter - so I look at facts and the big picture.

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

2d   Like   Reply

Jeanne Hedrich Hedgepeth
Nancy Rodriguez

Write a comment...   (GIF) ☺



Nancy's Post

I am in no way defending the police who killed George Floyd - but like you said, facts matter - so I look at facts and the big picture.

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

2d   Like   Reply

Jeanne Hedrich Hedgepeth
Nancy Rodriguez
These two black guys grew up poor in the ghetto and used to think race was the problem for them. Then they changed their minds and stopped focusing on race and focused on improving their lives. Now they realize that in this country, with the right attitude anyone can make it.
Tell me something, is nobody racist in Mexico? In South American countries? Guess where the most slaves in history exist? In Africa today.

https://www.facebook.com/153657598048710/posts/3017806334967141/?

2d   Like   Reply

---

T-Mobile Wi-Fi   2:00 PM   12%

Nancy Rodriguez
Friday at 6:27 PM

the ghetto and used to think race was the problem for them. Then they changed their minds and stopped focusing on race and focused on improving their lives. Now they realize that in this country, with the right attitude anyone can make it.
Tell me something, is nobody racist in Mexico? In South American countries? Guess where the most slaves in history exist? In Africa today.

https://www.facebook.com/153657598048710/posts/3017806334967141/?

2d   Like   Reply

Jeanne Hedrich Hedgepeth
This man is right. This is what needs to happen.

https://www.facebook.com/Headkrack/videos/352560235719703/?vh=e

2d   Like   Reply

Write a reply...

Write a comment...          GIF  ☺

Write a comment...          GIF  ☺

D211(Hedgepeth)000261

**Hedgepeth v. D211 et al_000261**



| From: | Kimberly Cavill |
|---|---|
| To: | Leslie Madrid |
| Subject: | Re: URGENT- Staff Member |
| Date: | Tuesday, June 2, 2020 11:46:46 AM |
| Attachments: | image0.png |

Leslie,

I also want to add that District 211 has issued the following statement and I will do everything in my power as a board member to ensure the investigation is carried out and results are transparently communicated to the public.

Earlier today, District 211 administration was made aware of a social media post made by a District 211 staff member. The posting has been removed, and we are currently conducting an investigation and will follow through with appropriate measures. The statements in the post do not reflect the values or principles of District 211. We are truly sorry for any harm or disrespect that this may have caused.

Thank you,
Kim Cavil.

---

**From:** Kimberly Cavill
**Sent:** Tuesday, June 2, 2020 11:41 AM
**To:** Leslie Madrid
**Subject:** Re: URGENT- Staff Member

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured that Superintendent Lisa Small, the administration, and I are taking these comments very seriously.

Stay well,
Kim Cavill

---

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,

My name is Leslie Madrid. I am a former Palatine Alum.

I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.

Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.

I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.

I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid



‹     **Jeanne's Post**     •••

you want because of the color of your skin.
You don't have to worry how you will be
viewed because your hair looks a certain
way. For years whites have always wanted
to engage in black culture but never wanted
to walk a day in these shoes THAT THEY
CANT FIT UNDERSTAND your white
privilege please. Also I'm sure there is some
violence amongst white officers and white
civilians. LASTLY, This George Floyd killing
isn't a distraction it's what NEEDED to
happen because enough is eno... See More

29m   Like   Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and
love. I will speak on any topic I
choose because I live in a free
country. I find the term "white
privilege" as racist as the "N " word.
You have not walked in my shoes

D211(Hedgepeth)000264
**Hedgepeth v. D211 et al_000264**



either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism

D211(Hedgepeth)000265

**Hedgepeth v. D211 et al_000265**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Leslie Madrid |
| **Subject:** | Re: URGENT- Staff Member |
| **Date:** | Tuesday, June 2, 2020 11:41:17 AM |
| **Attachments:** | image0.png |

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured that Superintendent Lisa Small, the administration, and I are taking these comments very seriously.

Stay well,
Kim Cavill

---

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,

My name is Leslie Madrid. I am a former Palatine Alum.

I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.

Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.

I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.

I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid



You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing isn't a distraction it's what NEEDED to happen because enough is eno... See More

29m    Like    Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few

Write a comment...  



D211(Hedgepeth)000268

**Hedgepeth v. D211 et al_000268**

| | |
|---|---|
| **From:** | Kimberly Cavill |
| **To:** | Leslie Madrid |
| **Subject:** | Re: URGENT- Staff Member |
| **Date:** | Tuesday, June 2, 2020 4:16:49 PM |
| **Attachments:** | image0.png |
| | image11.png |
| | image12.png |
| | image13.png |
| | image4.png |
| | image15.png |
| | image6.png |
| | image7.png |

Hi Leslie,

You are the first person to send me these screenshots. Thank you for doing so! I will forward them on to Dr. Small to assist in the investigation.

Take care,
Kim

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Tuesday, June 2, 2020 12:20 PM
**To:** Kimberly Cavill
**Subject:** Re: URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**



<     Nancy's Post     ···

**Erica Siafa**
**Jeanne Hedrich Hedgepeth** stop just stop.

2d   Like   Reply     💬 1

**Jeanne Hedrich Hedgepeth**
**Nancy Rodriguez**

https://townhall.com/tipsheet/mattvespa/2020/05/28/chaos-in-minneapolis-clashes-with-police-and-looting-continue-on-day-two-n2569647

The facts matter A LOT especially if you are accusing people of racism. White people were in those protests too. Police were told to let them protest AND RIOT AND LOOT once it got too out of hand. It began when a group started destroying the police precinct and police cars. That is when they were gassed. They did not have to run into target and steal stuff to breath because of tear gas as... See More

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

---

<     Nancy's Post     ···

**Jeanne Hedrich Hedgepeth**
**Nancy Rodriguez**

https://townhall.com/tipsheet/mattvespa/2020/05/28/chaos-in-minneapolis-clashes-with-police-and-looting-continue-on-day-two-n2569647

The facts matter A LOT especially if you are accusing people of racism. White people were in those protests too. Police were told to let them protest AND RIOT AND LOOT once it got too out of hand. It began when a group started destroying the police precinct and police cars. That is when they were gassed. They did not have to run into target and steal stuff to breath because of tear gas as you suggest.

From the article I attached above:

"There are Black Lives Matters protesters who are only interested in peacefully protesting, there are those who are part of the protest and also have participated in the looting, and there are those who are just interested in looting the nearby stores and rioting

Write a comment...

D211(Hedgepeth)000270
Hedgepeth v. D211 et al_000270



<    Nancy's Post    ···

"There are Black Lives Matters protesters who are only interested in peacefully protesting, there are those who are part of the protest and also have participated in the looting, and there are those who are just interested in looting the nearby stores and rioting against police," he added. A lot of this he documented on his Twitter account.

Rosas added, "I have seen Black Lives Matter protesters repeatedly tried to stop rioters from causing trouble. However, the rioters appear to outnumber those who are just interested in peacefully protesting."

You think it is okay for people of any race to smash windows of public buildings and spray paint police cars? THEN the police were told to stand down as rioting and destroying businesses got out of control. Such as destroying a bar that a black firefighter saved his whole life to open this year. No one gassed them when they burned and destroyed buildings.

If I can't comment on issues in America

Write a comment...

<    Nancy's Post    ···

If I can't comment on issues in America because I am white then how dare you suggest I am privileged because I'm white? You throw around that term with the same racism you accuse the police of having. So you think you are privileged to be racist?

https://minnesota.cbslocal.com/ 2020/05/26/hundreds-of-protesters- march-in-minneapolis-after-george- floyds-deadly-encounter-with-police/

There is a huge difference between the protests FACTUALLY having nothing to do with race. If the "white protesters" - which also included people of color - had begun smashing the windows and spray painting cars - they too would have been tear gassed. And arrested.

Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with

Write a comment...

D211(Hedgepeth)000271

Hedgepeth v. D211 et al_000271



Since white people get killed by police more often than black or hispanic people - do you protest that? Ever hear anyone get outraged? I've been treated shitty by cops before too you know, more than once, white cops. People in power can be dangerous to everyone. That is why there is a Constitution with a Bill of Rights - to protect people from government. All people. The quarantine violated the Constitution. They had the right to protest as they should have - as did the people in Minneapolis. But no one has the right to destroy property. Or take life. No one. We have a system of laws and justice that SHOULD be followed so the Floyd family can get justice.

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I

---

Sorry but I disagree with the comparison and things are not always so black and white. Think about who benefits from perpetuating racism? And who thinks its okay to hate white people? You think throwing the term white privilege isn't as racist as the "n" word? Think again. It is an idea of racial superiority.

I am at St Pete beach in Florida. When I walk on the beach I ALWAYS see MANY interacial couples, families and friend groups. You think that was common 40 years ago? What do you tell those people and their kids about which race is better?

I am in no way defending the police who killed George Floyd - but like you said, facts matter - so I look at facts and the big picture.

**Anarchy Engulfs Minneapolis: Police, Firefighters Stand Dow...**
townhall.com

2d    Like    Reply

Jeanne Hedrich Hedgepeth
Nancy Rodriguez



On Jun 2, 2020, at 11:41 AM, Kimberly Cavill <KCavill@d211.org> wrote:

Hello Leslie,

Thank you for sending me these screenshots and writing to me. Please be assured that Superintendent Lisa Small, the administration, and I are taking these

D211(Hedgepeth)000273

**Hedgepeth v. D211 et al_000273**

comments very seriously.

Stay well,
Kim Cavill

---

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 2:30 PM
**To:** Daniel Cates
**Subject:** URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,

My name is Leslie Madrid. I am a former Palatine Alum.

I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.

Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.

I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.

I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid

D211(Hedgepeth)000274
**Hedgepeth v. D211 et al_000274**

| From: | Montalvo, Jackie (NBCUniversal) |
|---|---|
| To: | Mark Cramer; Edward M Yung; Robert J. LeFevre; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill |
| Subject: | Regarding Jeanne Hedgepath |
| Date: | Monday, June 1, 2020 6:37:55 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Board Members of D211,





You think this would work?





**cannon on em... hose em down.... the end.**

👍 1                                    1 Comment

👍 Like          💬 Comment          ↪ Share

**Jeanne Hedrich Hedgepeth**
2 hrs · 👥

**Ben Shapiro** ✓
3 hrs · 🌐

Santina Alene

🏠  ▶️  🏪  👥⁸  🔔  ☰

‹                **Jeanne's Post**                •••

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some

violence amongst white officers and white civilians. LASTLY, This George Floyd killing isn't a distraction it's what NEEDED to happen because enough is eno... See More

29m   Like   Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N" word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few

 Write a comment...  

            

As a former PHS student and former student of Jeanne Hedgepath, I am appalled to see a teacher, especially a women's study teacher sharing these thoughts on her social media where she is friends with former students.

Sharing these things publicly can incite violence on protestors, particularly POC protestors, and diminish the systemic racism that people of color experience.

I urge you to make a statement.

D211(Hedgepeth)000277
**Hedgepeth v. D211 et al_000277**

I urge you to do something.

I urge you to speak out to those of us that are deeply hurt by the PHS teacher.

If Jeanne feels it okay to friend former students, then she MUST remember that she does represent PHS and District 211 outside of the classroom in our eyes.

**Jackie Montalvo**
Associate Producer
NBC News | Dateline NBC
(917) 972-7816

| | |
|---|---|
| **From:** | michael shiel |
| **To:** | Anna Klimkowicz; Robert J. LeFevre; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Regarding Jeanne Hedgepeth |
| **Date:** | Thursday, July 16, 2020 3:29:18 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To whom it may concern,

I am writing on behalf of Jeanne Hedgepeth.

First of all, Racism has no place in our communities and schools.

Secondly, I have known Jeanne and her family the past 30 years as a family friend. Never in that time have I thought her to be someone who encourages hate, or racism. She has always been a caring friend, wife, mother, daughter, and sibling during that time.

I worry that there is a rush to judgement especially considering the current racial tensions in our country. I've tried to inform myself on the current situation as best I can, and I am sure you have more details on the full exchange on facebook than I do.

However, I find that it is improper to judge based on brief hand picked excerpts of posts on social media. News reports and social media seem to all focus on a few sentences of the exchange in question. Commenters I've read are quick to pull certain comments from Ms. Hedgepeth's post and leave out others. Not one I saw included "I am about facts, truth seeking and love." Not one included the encouragement to "Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it." Also, "I highly recommend studying Thomas Sowell..." These moments in her post give additional insight that she cares, she wants people to explore other points of view, and that she is not denying racism exists. Ms. Hedgepeth is not stirring up hatred, though some are trying to make it look that way. Some of her comments are abrasive. The popular line to highlight seems to be, "I find the term "white privilege" as racist as the "N" word." This is acknowledgement that the N word is racist, though I think it is misguided to compare it to the term white privilege. However, I wonder had she not made the comparison to the "N" word, if this would have drawn the same attention?

While I personally disagree with her take on racism in our society, I don't believe her to be racist. This seems like a lively debate via social media that I think is common, and needed. We can't look to silence these discussions. Instead, we need to embrace them, and encourage all people to discuss their different viewpoints and be open minded. It is having

an understanding and open dialogue about our different perspectives on the world around us that leads to understanding and change. If we are quick to villainize those that look at things differently than we do, we start to lose the freedoms and rights that are protected in our constitution.

Unfortunately, villainizing those we disagree with has become the norm in our political and public discourse. We have to dig to find people who disagree but remain open minded and understand that discussion is necessary on difficult issues. I interpret Ms. Hedgepeth's purpose in her post as challenging others to critically look at the people she believes in; Thomas Sowell, Candace Owens, Larry Elders. Again, while I personally don't agree with these viewpoints, we have to understand them if we are ever going to find a common ground and find lasting change, not villainize them and those that follow them. Punishing and villainizing creates a more entrenched division in our society. I don't think it is just to punish someone for beliefs that are different from my own. She is free to engage in discussion about her beliefs outside of the classroom.

It is appropriate to evaluate Ms. Hedgepeth based on her performance in the classroom. I understand she has been disciplined for bringing her views into the classroom, or for using inappropriate language in the past. She should be pushed to continue being an impartial and appropriate leader of classroom learning and discussion. But to fire her for behavior you disagree with outside of the classroom seems to be a product of the current racial tension in our country, and not just or fair.

As a fellow teacher, I know we strive to promote engaged and thoughtful students. Challenging student's thinking, and exposing them to all sides of various issues is essential. Ultimately we want students to think for themselves. Our history standards expect students to "evaluate authors' differing points of view on the same historical event or issue by assessing the authors' claims, reasoning, and evidence." We should not push our own beliefs as the truth. I believe Ms. Hedgepeth should be judged based on her efforts as a teacher in the classroom first. Is she teaching students to evaluate differing viewpoints, analyze an author's claim, corroborate or challenge that claim with other sources? Our history standards don't tell students what interpretation to make of history, but challenge students to learn how to evaluate, and analyze arguments to make their own interpretation. I believe these are the standards by which Ms. Hedgepeth should be evaluated, and not her personal beliefs as voiced outside of the classroom.

Thank you for taking the time to hear my perspective. I hope with all of the facts at your disposal, you will evaluate Ms. Hedgepeth based on her ability to appropriately meet the expectations of her job as a teacher, and not based on her voicing personal beliefs that are especially unpopular at this time of increased racial tension. Let's teach our children that we listen and learn from others and others should listen and learn from us.

D211(Hedgepeth)000280

**Hedgepeth v. D211 et al_000280**

Thank you,
Michael Shiel

D211(Hedgepeth)000281

**Hedgepeth v. D211 et al_000281**

| From: | Danielle "Rae" Brice |
|---|---|
| To: | Lisa A. Small |
| Cc: | Anna Klimkowicz; Robert J. LeFevre; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| Subject: | Retain Jeanne Hedgepeth |
| Date: | Tuesday, July 14, 2020 9:17:09 PM |

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

To whom it may concern,

It has come to my attention that Jeanne Hedgepeth is at the risk of losing her job as the Women's Studies teacher at Palatine High School.

Being an alumni of Palatine High School, Class of 2009, I feel the need to reach out and express myself.

In my junior year, years 2007-2008, I decided to take Women's Studies and Jeanne became my teacher, my educator. Never once did I consider her as racist, discriminatory, or privileged. She taught equality, love for each other, regardless of skin color, sex, or religion. Regardless of her race, regardless of mine.

With this kept in mind, I progressed into my Senior year and became an intern for Jeanne's Women's Studies class.

She taught us to love. She taught us all to live in harmony, the best that she could. The best any educator can do. That is all anyone in this world can do, their best.

I am a single mother of two biracial children. I know the struggle of racism and discrimination. I know the struggle of needing to do all that you can for our youth, and the youth being taught right now. I am part of the "Black Lives Matter" movement. I understand that year by year, student and faculty statistics change, and I absolutely know, without any doubt, that Jeanne belongs at Palatine High School.

I am aware that she is "Caucasian"; however I am certain that she is NOT racist nor does she discriminate. Jeanne loves with ALL of her heart.

We have kept in contact since I graduated. She has always supported me and given me encouragement, hope, determination, and reminders that, regardless of my skin color, we are all people, no matter what. Jeanne is a person that deserves mercy and grace. Like us all. Her lessons and values that have been taught and passed down to me, and in turn, I have passed them down to my two children.

She gave me examples of minorities to stand up for. I remember projects we did, readings we did, brain exercises, and meditations that we did. I remember media shown, and I am so blessed to have known her.

We are all people. We are all doing the absolute best that we can. And Jeanne is doing just that. Times have changed, however her heart and love remains the same.

I do not know what faith you practice, but I will end this email with a scripture.

"Dear friends, let us continue to love one another, for love comes from God. Anyone who loves is a child of God and knows God."
-1 John 4:7

Please consider this email and what I have written.

Sincerely,

D211(Hedgepeth)000282

**Hedgepeth v. D211 et al_000282**

Danielle Brice
Class of 2009

D211(Hedgepeth)000283
**Hedgepeth v. D211 et al_000283**

| | |
|---|---|
| **From:** | Rebecca █ |
| **To:** | Tony Medina; aKlimokwicz@d211.org; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo; Mary Kate Smith; James Britton; nwstu@ift-aft.org; Christopher D. Bays; Daniel Cates; Mark J. Kovack |
| **Subject:** | serious concerns about Jeanne Hedrich Hedgepeth |
| **Date:** | Tuesday, June 9, 2020 3:03:44 PM |

> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Greetings all,

I'm sure by now you have received many responses about concerns raised over Ms. Hedrich's social media posts. I could not stay silent as the parent of an incoming freshman who is the son of a Mexican immigrant and as a teacher myself. I find these posts highly disturbing and of a violent and unsettling nature and would strongly advocate for my son to never EVER be in her classroom. For reference, quoting just two of her posts:

"Wanna stop the riots? mobilize the septic tank trucks, put a pressure cannon on em.... hose em down.. the end"
"I need a gun and training"

I see these as a threat to my child's safety as a LatinX student.

I sincerely hope every possible action is taken to remove her given the protections of the union. A teacher like this is not in it for all the kids and especially for the diverse population that is Palatine High School. We specifically moved to this area to be able to enjoy schools where diversity and acceptance are at the core values, and she clearly does not subscribe to what the essence of this community is.

Thank you in advance for your swift action in this most pressing matter.


Sincerely,

Rebecca █

D211(Hedgepeth)000284

**Hedgepeth v. D211 et al_000284**

| | |
|---|---|
| **From:** | Joel Clements |
| **To:** | Anna Klimkowicz; Kimberly Cavill; Peter R. Dombrowski; Steven Rosenblum; Michael M. Alther; John J. Volgi; Luis N. Arroyo |
| **Subject:** | Support of teacher in viral post |
| **Date:** | Monday, June 8, 2020 8:05:30 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

I am writing because I have seen the viral post on facebook and I would like you all to know that there are people in the community that don't want someone to be fired for expressing their opinion.

Please be informed that the majority of the so called hateful comments are simply statements of opinion that are simply in opposition to a progressive opinion.

Furthermore, to claim that the teacher was threatening to shoot anyone by exclaiming that she wanted to buy a gun due to the danger imposed by rioters is simply sloppy.

Her opinions are not shares by the majority of people but those opinions are not anymore misinformed than anyone who bases their opinions on the talking points of either political party.

The cancel culture needs to stop. It would be unjust to fire a teacher due to a bunch of people who can't handle an opposing opinion.

| From: | Lisa Oleksak |
|---|---|
| To: | Lisa A. Small; Board of Education |
| Subject: | Teacher A |
| Date: | Wednesday, July 15, 2020 3:47:53 PM |

&lt;h1 style="background-color:pink;"&gt;&lt;font size=3&gt;External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.&lt;font&gt; &lt;/h1&gt;

Members of the Board,

I am a community member whose daughter graduated from Palatine HS in 2019. I also have younger children who may attend PHS in the future.

I am writing you in support of Mrs Hedgepeth, also known as "Teacher A".  She does not deserve termination.

My daughter was in Mrs Hedgepeth's class during the 2015-2016 school year. This was the year Mrs Hedgepeth lost her husband to suicide.  Despite that hardship, Mrs Hedgepeth was nothing but professional, kind, and welcoming. My daughter has told me that Mrs Hedgepeth's class was the only one in which the teacher encouraged free thinking vs the regurgitation of facts.  Her class was the only one in which blatant liberal bias was not present. Her class was the only place where my daughter felt she could speak her mind without being attacked. Mrs Hedgepeth remained a mentor to my daughter, and her classroom was a place of comfort & solace throughout her 4 years at PHS, with my daughter and her friends often visiting her in her room before school or during free periods.

I find it disturbing that a big reason this teacher is being let go is for expressing her views. While I do not believe teachers should reveal their political leanings in the classroom, I have to wonder why nothing happened to the PHS history teacher who, in 2016 after the presidential election, showed up to class late, cried, carried on, and basically refused to teach simply because she was unhappy with the outcome. Parents contacted the principal and the board to complain at that time & no action was taken. I find the hypocrisy quite disturbing.

Please do the right thing and do not force a wonderful teacher out. She cares for her students, allows them to think freely & grow, and provides balance in a liberally slanted environment.

Thank you for your consideration in this matter.

Lisa Oleksak

D211(Hedgepeth)000286

Hedgepeth v. D211 et al_000286

| | |
|---|---|
| **From:** | Yasmina Reality |
| **To:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Daniel Cates; Lisa A. Small; Mark J. Kovack; Lauren Hummel; James Britton; Thomas Petersen; Tony Medina; Kimberly A. Glaser |
| **Subject:** | Thank you for taking action - no place for xenophobia in our school district |
| **Date:** | Friday, June 12, 2020 2:44:53 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

https://www.nbcchicago.com/news/local/suburban-teacher-under-investigation-for-controversial-facebook-posts-about-protests/2287977/

Good afternoon,

Sorry for the email blast, but as a D211 taxpayer of 20 years and mom of a Conant 2020 grad and another Conant student, I was outraged to hear of the xenophobic remarks of a D211 teacher. And am grateful for the swift action taken to investigate- and hopefully relieve of duties- this teacher.

As a former HR Manager and current civil rights activist AND parent- I don't say these words lightly or send emails like this very often. There is no way to control every employee that comes through the system. But I am proud to have my kids learning in a school district that takes these things seriously when unfortunate situations like this do come up.

These trying times are showing the true colors of MANY people in our communities. In some cases it is shocking. The key is to stand firm to the values that all men are created equal and that there will be no tolerance for hatred against our black brothers and sisters in our communities- or any minority group.  We must rise above hatred and the spreading of hate with zero tolerance.

Thank you again!

Mina Blackburn
Elk Grove Village, IL

| | |
|---|---|
| **From:** | Redacted |
| **To:** | Kimberly Cavill |
| **Subject:** | tonight's board meeting |
| **Date:** | Thursday, July 16, 2020 4:58:32 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

D211 Administrators,

I would like to say a few words before tonight's board meeting.

I would like to share my experiences as a student of Ms. Hedgepeth's. I have had the pleasure of being in her classroom for both of my years at PHS. I can sincerely say that she not only teaches without involving her political opinions, but also makes sure that each student has the opportunity to form their own opinion. To share a personal example, as minorities in her AP Human Geography class last year, she always allowed my fellow peers and I to share our personal experiences to ensure the entire class was well informed. Additionally, she has never expressed racist ideas or sentiments within the classroom. Many of the students claiming that she is racist have not been in a classroom with her and therefore are not aware of the way she teaches.

Ms. Hedgepeth not only allows her students to share their personal experiences, but also takes interest in their experiences. During the Hinduism lesson in our AP HuGe class, she continuously showed her fascination with the religion and the culture surrounding it. She made sure to involve my personal account as a Hindu into her lessons, and even added or corrected ideas in her own lesson plan according to my perspective. She always made sure to portray my and my peers' religions and cultures as truthfully as possible.

All in all, Ms. Hedgepeth is a very wise and knowledgeable teacher, and I am proud to call myself one of her students.

I hope you will take my words into consideration.

Sincerely,


Sent from my iPhone

| | |
|---|---|
| **From:** | Redacted |
| **To:** | Kimberly Cavill |
| **Subject:** | tonight's board meeting |
| **Date:** | Thursday, July 16, 2020 4:58:42 PM |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

D211 Administrators,

I would like to say a few words before tonight's board meeting.

I would like to share my experiences as a student of Ms. Hedgepeth's. I have had the pleasure of being in her classroom for both of my years at PHS. I can sincerely say that she not only teaches without involving her political opinions, but also makes sure that each student has the opportunity to form their own opinion. To share a personal example, as minorities in her AP Human Geography class last year, she always allowed my fellow peers and I to share our personal experiences to ensure the entire class was well informed. Additionally, she has never expressed racist ideas or sentiments within the classroom. Many of the students claiming that she is racist have not been in a classroom with her and therefore are not aware of the way she teaches.

Ms. Hedgepeth not only allows her students to share their personal experiences, but also takes interest in their experiences. During the Hinduism lesson in our AP HuGe class, she continuously showed her fascination with the religion and the culture surrounding it. She made sure to involve my personal account as a Hindu into her lessons, and even added or corrected ideas in her own lesson plan according to my perspective. She always made sure to portray my and my peers' religions and cultures as truthfully as possible.

All in all, Ms. Hedgepeth is a very wise and knowledgeable teacher, and I am proud to call myself one of her students.

I hope you will take my words into consideration.

Sincerely,
Redacted

Sent from my iPhone

| | |
|---|---|
| **From:** | Stephanie Warner |
| **To:** | Kimberly Cavill |
| **Subject:** | Unacceptable Bigotry |
| **Date:** | Monday, June 1, 2020 11:02:17 PM |

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Hello,

I am a 2011 PHS alum. I recently have found very bigoted comments by my former teacher, Jeanne Hedgepeth. I think racism and bigotry should not be in the American school system. This passive dismissal of white privledge is the type of behavior that lays the bricks for racism. She has absolutely no business teaching women's studies. You can't ignore racism and also talk about black women and their rights. Please have her fired.


Thank you,

Stephanie Warner

████████████

D211(Hedgepeth)000290

**Hedgepeth v. D211 et al_000290**

| | |
|---|---|
| **From:** | Ananya Bhattacharya |
| **To:** | Lisa A. Small; Mark Cramer; Edward M Yung; Robert J. LeFevre; Peter R. Dombrowski; Steven Rosenblum; Anna Klimkowicz; Kimberly Cavill; Tony Medina; Michael M. Alther; John J. Volgi; Mary Kate Smith; Luis N. Arroyo; Christopher D. Bays |
| **Subject:** | URGENT - Gross Misconduct |
| **Date:** | Tuesday, June 2, 2020 7:23:32 PM |
| **Attachments:** | ATT00001.txt |

<h1 style="background-color:pink;"><font size=3>External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

To Whom It May Concern:

My name is Ananya Bhattacharya, I am a PHS alum from the class of 2016.

I am writing to inform you that Jeanne Hedrich Hedgepeth, a teacher at Palatine High School, has been sharing content on social media which discusses violence against black people.

I have attached screenshots from Facebook to this email.

In Palatine High School's 2019 - 2020 student handbook under "Gross Disobedience or Misconduct" on page 9, "Harassment" is defined as "…any unwelcome verbal or physical conduct, contact or communication, whether by in-person contact, written communication or via any form of electronic transmission that is motivated by or related to race… that creates an intimidating, hostile or offensive educational environment."

If this is her behavior online, what is her behavior like in class with students? Please do not bend and twist what the handbook actually means. Do something about this. Freedom of speech is one thing, vocalizing violence against black people is another.

I urge you to look into this incident, this is not something to be taken lightly, especially now. I would appreciate being informed of what actions will be taken.

Ananya Bhattacharya

D211(Hedgepeth)000291

**Hedgepeth v. D211 et al_000291**

| | |
|---|---|
| **From:** | Leslie Madrid |
| **To:** | Daniel Cates |
| **Subject:** | URGENT- Staff Member |
| **Date:** | Monday, June 1, 2020 2:31:10 PM |
| **Attachments:** | image0.png |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Dr. Cates,
My name is Leslie Madrid. I am a former Palatine Alum.
I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.
Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.
I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.
I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid



Jeanne's Post

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing

isn't a distraction it's what NEEDED to happen because enough is eno... See More

29m    Like    Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few

Write a comment...

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | samy zagara <samyzagara@yahoo.com> |
| **Sent:** | Wednesday, June 3, 2020 12:05 AM |
| **To:** | Kathe E. Lingl |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Respected Faculty and Staff

My name is Samy Zagara and I am a 2018 alumni of Palatine Highschool. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers, Mrs. Hedgpeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels.

Take care,
Samy Zagara

D211(Hedgepeth)000340
**Hedgepeth v. D211 et al_000340**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | nexcobar1203@gmail.com |
| **Sent:** | Tuesday, June 2, 2020 9:49 PM |
| **To:** | Tony Medina; Christopher D. Bays; Scott J. Hagel; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates |
| **Subject:** | J. Hedgepeth |
| **Attachments:** | image0.jpeg; image1.jpeg; ATT00001.txt; image2.jpeg; ATT00002.txt |

<h1 style="background-color:pink;"><font size=3>External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

D211(Hedgepeth)000341
**Hedgepeth v. D211 et al_000341**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Emily Paul <emily@thepauls.org> |
| **Sent:** | Tuesday, June 2, 2020 7:44 PM |
| **To:** | Christopher D. Bays; Daniel Cates; James Britton; Kathe E. Lingl; Tony Medina |
| **Subject:** | Concern Regarding Jeanne Hedgepeth |
| **Attachments:** | IMG_5023.jpg; IMG_5022.jpg; IMG_5021.jpg; IMG_5020.jpg; IMG_5019.jpg; IMG_5018.jpg; IMG_5017.jpg |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Esteemed Faculty and Staff of District 211,

Hello. I hope that you, your families, and friends are all doing well during this time. I apologize in advance for the length of this email, and for any inconveniences that may arise from it.

My name is Emily Paul. I am an alumni of Palatine High School from the graduating class of 2017. Throughout my four years at PHS, I was extremely lucky to meet many of the wonderful teachers in your Social Studies department. I was able to participate in clubs run by these teachers, and also to work with them in the Secondary Education Internship program during my senior year. Throughout my time at Palatine, the Social Studies department was always a welcoming environment for me, and for many other students like me, regardless of our race, religion, sexuality, gender identity, or socio-economic background.

Though I am sure you have received a great many emails and phone calls on this situation, I feel it is my obligation as both a graduate of Palatine High School and a member of the community to bring to light some of the things Mrs. Jeanne Hedgepeth has posted publicly online.

While I do believe that people are entitled to voice their own political beliefs and opinions (especially on their own personal social media account), the discriminatory rhetoric that Mrs. Hedgepeth uses to describe the black community, the transphobic posts she has made, and the way she speaks about victims of sexual assault are offensive and frankly both disgusting and disturbing. They are vile and horrendous, and I do not believe that someone uses those words about people of color, the LGBTQIA+ community, and sexual assault victims should be teaching my fellow peers in our community.

I understand that this is her personal social media account, but it is my fervent belief that when she is both posting and reposting discriminatory rhetoric and is friends with students and alumni of the school, it does become an issue. Not only this, but her abusive and harmful behavior reflects negatively on the Palatine High School staff and faculty, and is potentially harmful for students of color and LGBTQIA+ students. As many others have said in their emails, it is extremely ignorant to think that the rhetoric she uses to describe marginalized communities online would not translate into her actions and interactions with these students.

I, amongst many others, also wish to highlight the importance of hiring more teachers of color so that students can be taught and educated about their community and the world around them. It's not just important to excise discrimination from our school and community, but to also teach and educate our peers and students. One of the most wonderful things about Palatine High School is the diversity amongst the students and faculty. Throughout my time at PHS, I was able to meet with so many wonderful people who came from different backgrounds and walks of life. I am proud to call myself a Pirate, but I, and many others, will not stand for discrimination and prejudice in our community, and especially

D211(Hedgepeth)000342
Hedgepeth v. D211 et al_000342

amongst our educators. Students of color already face a great many barriers that they have to overcome in order to achieve success.

I do not believe that the rhetoric Mrs. Hedgepeth uses is indicative of our school or of the community we have built around it. However, I do believe that she needs to step down as an educator at Palatine High School.

I have included some screenshots that others have compiled of some of Mrs. Hedgepeth's posts to the bottom of this email. While these aren't the only ones she's made, she has either made her social media accounts private or deleted them altogether.

I wish all of you a wonderful night, and I am extremely grateful for your time regarding this matter.

Sincerely,

Emily Paul

2

D211(Hedgepeth)000343
**Hedgepeth v. D211 et al_000343**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Alyssa Blair <blairam6@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 6:09 PM |
| **To:** | Kathe E. Lingl |
| **Subject:** | Concerns about |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello Mrs. Lingl,

My name is Alyssa Blair and I am a former Palatine HS alum from the class of 2012. I have seen and heard from my fellow PHS classmates some of the very racially inappropriate comments being made by a PHS teacher, Ms. Hedgepeth. I have attached the comments/posts I have seen and think that they clearly show racial bias, and I know I would not feel comfortable ever taking a class from her if I still attended PHS. I just wanted to make sure this was brought to the districts attention so that appropriate measures can be taken to ensure high schoolers are being taught by respectful, non-racist teachers going forward.

Thank you for listening to my concerns.
Alyssa Blair

D211(Hedgepeth)000344
**Hedgepeth v. D211 et al_000344**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Maggie Scovic <maggiescovic@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 4:50 PM |
| **To:** | Tony Medina; Christopher D. Bays; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates; Scott J. Hagel |
| **Subject:** | Re: Demanding the protection of students of Color |
| **Attachments:** | image.jpg; ATT00001.txt; image.jpg; ATT00002.txt; image.jpg; ATT00003.txt; image.jpg; ATT00004.txt; image.jpg; ATT00005.txt |

<h1 style="background-color:pink;"><font size=3>External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Here are the images I am referring to:

D211(Hedgepeth)000345
**Hedgepeth v. D211 et al_000345**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Advait Patel <advaitp19@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 4:30 PM |
| **To:** | Tony Medina |
| **Subject:** | Regarding Mrs. Hedgpeth |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To whom it may concern,

This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. As a former student at PHS, I was disgusted by the messages she was posting for the public to see. Being racially biased in a school made up of mostly students of color is dangerous to the students, and created another barrier they have to maneuver to be successful. The education of our history starts in the Social Studies department and as prestigious school we must help in educating our students to the highest degree by teaching them decency and showing them the respect they deserve.

#BlackLivesMatter

Advait Patel

1

D211(Hedgepeth)000346
**Hedgepeth v. D211 et al_000346**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Raeven Laviste <rae.laviste@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 3:24 PM |
| **To:** | James Britton |
| **Cc:** | Christopher D. Bays; Scott J. Hagel; Kathe E. Lingl; Mark J. Kovack; Daniel Cates; tpeterson@d211.org |
| **Subject:** | Disturbing Statements from Mrs. Jeanne Hedgepeth |
| **Attachments:** | 101179877_4217549864922607_5163401733266735104_n.jpg; 102707181_179088483499380_519495295386517504_n.jpg; 101842272_1116124072105956_2610692890166296576_n.jpg; 101514621_594208704824752_402067810022326272_n.jpg |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To everyone that it concerns,

As a former Palatine High School student and of Mrs. Hedgepeth, I want to be the adding number of students who are voicing out on what is surfacing in regards to this teacher.

Attached are screenshots that show this individual is no longer professional and respectful. For someone to educate history and yet, let history repeat, should not be allowed the position. Termination is key to the future generations that will someday lead and let that NOT be by this teacher.

You all better listen to the former and current students because we are the ones shaping this world. If we want a better world, it starts with teaching those who oppose a lesson.

Respectfully,
Raeven Laviste - Class of 2014

--
Raeven Laviste
Marketing Manager at Gabriela Ephrem
Stylist, J.Crew North Avenue
rae.laviste@gmail.com | LinkedIn | 312.714.8091

D211(Hedgepeth)000396
**Hedgepeth v. D211 et al_000396**

D211(Hedgepeth)000397

Hedgepeth v. D211 et al_000397

/iew 20 more comments

 Jeanne Hedrich Hedgepeth Why are you
so disrespectful just because I have a
different view? I feel it is a form of racism.
Sorry, I think for myself. Too bad you
don't. You are unkind.

Like · Reply · 1h      6

↳  Jay Diaz replied · 9 Replies   3m

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Jenny Paul <jenny@thepauls.org> |
| **Sent:** | Tuesday, June 2, 2020 3:50 PM |
| **To:** | Christopher D. Bays; Tony Medina; dcates@d211.oeg; James Britton; Kathe E. Lingl |
| **Subject:** | Concern Over Current PHS Social Studies Teacher |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Respected Faculty and Staff

My name is Jennifer Paul, and I am a Class of 2015 alumni of Palatine Highschool. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers, Mrs. Hedgpeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels.

Attached are screenshots from her public posts.

Take care,
Jennifer Paul

D211(Hedgepeth)000398
Hedgepeth v. D211 et al_000398



**Jeanne Hedrich Hedgepeth**
2 hrs · 

You think this would work?

> **Heather Shannon Elliott ▶ Recall Illin**
> **J.B. Pritzker**
> 3 hrs · 🌐
>
> Wanna stop the Ri
> Mobilize the septic
> trucks, put a press
> cannon on em... ho
> em down.... the en

D211(Hedgepeth)000399

**Hedgepeth v. D211 et al_000399**

 

**Jeanne Hedrich Hedgepeth**
Yesterday at 4:33 PM · 👥    • • •

I don't want to go home tomorrow. Now that the civil war
has begun I want to move.

 

  

+2



👍 Like          💬 Comment          📨 Send

 Cynthia Alvarado and 13 others

 **Holly Dian Hedrich**
Follow your gut! Move!!!!!!!!!

20h   Like   Reply      1

⭕ Write a comment...           

3

D211(Hedgepeth)000400
**Hedgepeth v. D211 et al_000400**

 Like   Comment

 Cynthia Alvarado and 13 others

 **Holly Dian Hedrich**
Follow your gut! Move!!!!!!!!!

20h  Like  Reply  

**Jeanne Hedrich Hedgepeth**
**Holly Dian Hedrich** I need a g
training

20h  Like  Reply

 Holly Dian Hedrich
**Jeanne Hedrich Hedgepeth**



19h  Like  Reply

 Write a reply...

4

D211(Hedgepeth)000401
**Hedgepeth v. D211 et al_000401**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Alex Heidrich <alfheidrich@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 12:46 PM |
| **To:** | Christopher D. Bays; Tony Medina |
| **Subject:** | Please hold your teachers accountable |
| **Attachments:** | image0.png; image1.png; image2.png; image3.png; image4.png; ATT00001.txt |

<h1 style="background-color:pink;"><font size=3>External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Dear Respected Faculty Members,

My name is Alexandra Heidrich, and I am a 2013 Palatine Highschool Alumni. I hope you all are taking care during this unprecedented time.

I am reaching out today because I have seen racist and unacceptable behavior being touted by a teacher at Palatine High School, Mrs. Hedgepeth. The posts she has publicly made on Facebook, while being friends with several alumni's, are absolutely unacceptable, and although people are entitled to their own political opinions, these posts are calling for violence against People of Color. As we all know, our country is going through a time right now where the Black community has been grappling with their pain in a way that has gripped the nation the last few days. If anything, that is more of a reason for teachers and staff at Palatine High school to take the time to understand and work with Students of Color and the Black community.

Palatine High School's diversity and commitment to uplifting different cultures and backgrounds prepared me for the real world, and is something I will always cherish about my experience. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position of teaching students. Being racially biased enough to call for violence on protesters is dangerous to Students of Color, and adds another barrier to their success and education. I am also taking this time to request that d211 and Palatine High School prioritize hiring Teachers of Color to avoid these circumstances and so students can be taught with the respect and care they deserve.

I hope that action is taken on this matter so that students do not have to worry about whether they are being taught by someone that genuinely understands them and wants them to succeed. I am proud to have attended this high school, but it is unacceptable and embarrassing to see a well known teacher spew hate and racism online. Please do something about this and stand with your students to fight for a more equitable and just world, regardless of race, class income, gender identity, and religion.

Thank you and take care.

Alexandra Heidrich

D211(Hedgepeth)000403
**Hedgepeth v. D211 et al_000403**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Eileen Sorenson <eileensorenson261@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 2:02 PM |
| **To:** | eileen michele |
| **Subject:** | Jeanne Hedgepeth |
| **Attachments:** | IMG_9563.JPG; IMG_9564.JPG; IMG_9565.JPG; IMG_9566.JPG; IMG_9567.JPG |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Respected Faculty and Staff

My name is Eileen Sorenson, and I am a 2014 alumni of Palatine Highschool. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers, Mrs. Hedgpeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students for Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels.

Take care,
Eileen Sorenson

1

D211(Hedgepeth)000427
**Hedgepeth v. D211 et al_000427**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Maria Fracassi <mfracassi96@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 1:35 PM |
| **To:** | Daniel Cates; Thomas Petersen; James Britton; Kathe E. Lingl; Mark J. Kovack; Scott J. Hagel |
| **Subject:** | Disturbing Statements from Jeanne Hedgepeth |
| **Attachments:** | IMG_2388.jpeg; IMG_2387.jpeg; IMG_2386.jpeg; IMG_2385.jpeg |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello all,

I'm a former student of Palatine High School and of Mrs. Hedgepeth's. I've seen these screenshots of ignorant and racist statements posted on social media. I don't think this represents the district of D211, especially not one of Palatine's

If we don't learn from this and take it seriously, then there isn't going to be progress to prevent further ignorant, racist statements amongst young individuals. A former Hispanic classmate of mine felt that Mrs. Hedgepeth was "pro-white feminist" and dropped the class as soon as she realized. After seeing these posts and reflecting on my time in her class, I see it now.

I hope you all take this email seriously especially when it's time to use your voice and platform.

Sincerely,

Maria Fracassi

D211(Hedgepeth)000428
**Hedgepeth v. D211 et al_000428**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Grace Goodwin <grace.a.goodi@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 2:40 PM |
| **To:** | tmedina@d211.ord; Christopher D. Bays; Scott J. Hagel; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates |
| **Subject:** | Enough is Enough |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Respected Faculty and Staff

My name is Grace Goodwin, and I am a 2018 alumni of Palatine High School. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers, Mrs. Hedgepeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels.

Take care,

Grace Goodwin

D211(Hedgepeth)000430
**Hedgepeth v. D211 et al_000430**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Maggie Scovic <maggiescovic@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 3:16 PM |
| **To:** | Tony Medina; Christopher D. Bays; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates; Scott J. Hagel |
| **Subject:** | Demanding the protection of students of Color |

<h1 style="background-color:pink;"><font size=3>External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

Dear Respected Faculty and Staff

My name is Maggie Scovic, and I am a 2018 alumni of Palatine Highschool. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's former Social Studies teachers and substitutes, Mrs. Hedgepeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color. I have attached images of these posts in case you haven't seen the full versions.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels. I demand that Palatine High School and d211 take more extensive measures to provide resources and support systems for students of Color. This begins with making sure faculty are educated on this subject and remain respectful and fair when educating black and brown students.

Take care,

Maggie Scovic

tmedina@d211.org

Cbays@d211.org

D211(Hedgepeth)000431
Hedgepeth v. D211 et al_000431

Klingl@d211.org

Jbritton@d211.org

Associate superintendent for student services Mr. Kovack Mkovack@d211.org

Superintendent
Dr. Cates
Dcates@d211.org

2

D211(Hedgepeth)000432
**Hedgepeth v. D211 et al_000432**

**James Britton**

| | |
|---|---|
| **From:** | Lisa A. Small |
| **Sent:** | Monday, June 1, 2020 4:16 PM |
| **To:** | James Britton |
| **Subject:** | FW: Concerns with a teacher. |

**From:** Daniel Cates <dcates@d211.org>
**Sent:** Monday, June 1, 2020 4:00 PM
**To:** Lisa A. Small <lsmall@d211.org>; Tony Medina <tmedina@d211.org>
**Subject:** Fwd: Concerns with a teacher.

Begin forwarded message:

> **From:** ███████████████████████████
> **Date:** June 1, 2020 at 3:52:00 PM CDT
> **To:** Daniel Cates <dcates@d211.org>
> **Subject: Concerns with a teacher.**

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hi Mr. Cates

My name is ███, I attend Palatine High School and something has been brought to my attention on social media. I was scrolling through Twitter where a post from Facebook came to my attention. The Women Studies teacher, Ms. Hedgepeth made some uncomfortable post and comments. I have attatched screenshots for your reference. I understand it is under her first amendment right to post and voice her opinions. However, admist the current social issues, it is unsettling that there is a teacher who thinks like this at the school I attend. She teaches and has taught many students of color. Current students and alumni are hurt and uncomfortable with her words, especially when she expressed her need for a weapon due to protest. Thank you for taking time to read this and listen to my concerns.

-

Here are the screenshots. Thank you again.

### Jeanne's Post

you want because of the color of your sk
You don't have to worry how you will be
viewed because your hair looks a certair
way. For years whites have always wante
to engage in black culture but never war
to walk a day in these shoes THAT THEY
CANT FIT UNDERSTAND your white
privilege please. Also I'm sure there is so
violence amongst white officers and whi
civilians. LASTLY, This George Floyd killir
isn't a distraction it's what NEEDED to
happen because enough is eno... See M

29m    Like    Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking ar
love. I will speak on any topic I
choose because I live in a free

D211(Hedgepeth)000457

Hedgepeth v. D211 et al_000457



  **Jeanne Hedrich Hedgepeth**
Yesterday at 4:33 PM · 👥

I don't want to go home tomorrow. Now that the civil w
has begun I want to move.

 

  

D211(Hedgepeth)000458

3



 Like       Comment       Ser

 Cynthia Alvarado and 13 others

 **Holly Dian Hedrich**
Follow your gut! Move!!!!!!!!!

20h    Like    Reply     1

 **Jeanne Hedrich Hedgepeth**
**Holly Dian Hedrich** I need a gun and
training

20h    Like    Reply

D211(Hedgepeth)000459
**Hedgepeth v. D211 et al_000459**

4

**James Britton**

| | |
|---|---|
| **From:** | Lisa A. Small |
| **Sent:** | Monday, June 1, 2020 4:17 PM |
| **To:** | James Britton |
| **Subject:** | FW: Fwd: Issue Below from a concerned citizen |



**From:** Michelle Sanchez <sanchez1780@students.d211.org>
**Sent:** Monday, June 1, 2020 3:38 PM
**To:** Daniel Cates; Mark Cramer; Robert J. LeFevre; Christopher D. Bays; Mary Kate Smith; Edward M Yung
**Subject:** Fwd:

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Sent from my iPad

Begin forwarded message:

**From:** Michelle Sanchez <sanchez1780@students.d211.org>
**Date:** June 1, 2020 at 3:28:49 PM CDT
**To:** TONY MEDINA <tmedina@d211.org>

Hi Mr. Medina,
As you can see in the news with everything that's happening, times like this are very upsetting. A lot of students came across Ms. Hedgepeth saying things on Facebook. This really bothered me because she's supposed to be a TEACHER and TEACH things, but she's saying things that are just not okay. Please take a look at these pictures and talk to her about this. I hope you and your family are doing okay and staying safe. I'd love to hear from you.

"Have a great day and go pirates."
Michelle Sanchez

D211(Hedgepeth)000460
**Hedgepeth v. D211 et al_000460**

1



# Jeanne's Post

you want because of the c
You don't have to worry ho
viewed because your hair
way. For years whites have
to engage in black culture
to walk a day in these sho
CANT FIT UNDERSTAND y
privilege please. Also I'm s
violence amongst white of
civilians. LASTLY, This Gec
isn't a distraction it's what
happen because enough is

29m     Like     Reply



**Jeanne Hedrich Hedgepe**

D211(Hedgepeth)000461
**Hedgepeth v. D211 et al_000461**

2

3:12          .ıll LTE 

⟨    Q Search Facebook

recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black community to believe about themselves for forty years? Wake up and stop believing them, then things will change.

1d   Like   Reply

Replying to Jeanne Hedrich Hedgepeth · Cancel

   

                

D211(Hedgepeth)000462

**Hedgepeth v. D211 et al_000462**

3:12      .ıll LTE 🔋

Q Search Facebook

**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen The people I am informed by about the black experience in America are actually some of the smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts

Replying to **Jeanne Hedrich Hedgepeth** · Cancel

 Jeanne Hedrich Hedgepeth  GIF  ☺ 

     

D211(Hedgepeth)000463
**Hedgepeth v. D211 et al_000463**

4

**James Britton**

| | |
|---|---|
| **From:** | Lisa A. Small |
| **Sent:** | Monday, June 1, 2020 1:49 PM |
| **To:** | James Britton |
| **Subject:** | FW: Mrs. Hedgepeth |

Jim,
Mercedes can be reached at 630-815-5177. She is expecting your call and will answer if possible, if not leave a message.
Thank you,
Lisa

**From:** Mercedes Schmidthuber <schmidthuber2513@students.d211.org>
**Sent:** Monday, June 1, 2020 1:44 PM
**To:** Lisa A. Small <lsmall@d211.org>
**Cc:** robertefevre@d211.org
**Subject:** Mrs. Hedgepeth

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

To follow up on our phone call earlier this afternoon, I have included an attachment of Jeanne Hedgepeth's comment on a D211 student's Facebook post. I am respecting the student's request to remain anonymous. The comment has since been deleted but was up long enough to get the attention of other students (both former and current) and parents of those students. Mrs. Hedgepeth has acted in a similar fashion by attacking students for their opinions and disrespecting their political views. This behavior is not new and occurred while attending Palatine High School. I may not have been enrolled in one of her classes however her behavior pushed many of my peers who were black students like me to remain silent during class discussions.

Teachers, especially social studies teachers, are the individuals who we look to during our young adulthood to gain confidence, and the knowledge to become free thinkers and strong individuals. This sort of belittlement is unacceptable. I believe everyone has the right to free speech. However, when someone speaks disrespectfully to another, it infringes upon the other party's right of free speech.

In addition, I have attached screenshots of Mrs. Hedgepeth interacting with other students as well.

*Regards,*
Mercedes Schmidthuber
(630)-815-
5177

D211(Hedgepeth)000464
**Hedgepeth v. D211 et al_000464**

You don't have to worry ho'
viewed because your hair l
way. For years whites have
to engage in black culture l
to walk a day in these shoe
CANT FIT UNDERSTAND y
privilege please. Also I'm s
violence amongst white off
civilians. LASTLY, This Geo
isn't a distraction it's what
happen because enough is

29m   Like   Reply



**Jeanne Hedrich Hedgepet**
I am about facts, tru
love. I will speak on
choose because I live

D211(Hedgepeth)000465

Hedgepeth v. D211 et al_000465

# 1:13

 

## Kaylin Moore
Saturday at 5:11 PM · 

1d    Like    Reply



## Kaylin Moore
**Jeanne Hedrich He**
what about the whit
getting in cops face
them and standing
because they didn't
home because of a
pandemic?? Where
gas??? Their rubbe

3    D211(Hedgepeth)000466
**Hedgepeth v. D211 et al_000466**

# 1:13

 

## Kaylin Moore
Saturday at 5:11 PM ·

to protest peacefully

With them are the t

paid to destroy

And be aware of tru

"Regarding threats
the police: A police
times more likely to

Page not fo

Manhattan

4

D211(Hedgepeth)000467
**Hedgepeth v. D211 et al_000467**

**1:13**

 **Kaylin Moore**
Saturday at 5:11 PM · 👥

**Jeanne Hedrich He**
we got tear gassed
Thanks for your opi
though.

20h    Like    Reply

 **Carly Gehm**
**Jeanne Hedrich He**
antifa is an anti-fas
wants change, noth

D211(Hedgepeth)000468
**Hedgepeth v. D211 et al_000468**



1:15

AA 🔒 adc.d211.org

(ELECTED OFFICIALS)
seated, from left: Anna Klimkowicz, Robert Yung
standing, from left: Kimberly Cavill, Steven Dombrowski, Mark J. Cramer

6

D211(Hedgepeth)000469
Hedgepeth v. D211 et al_000469

**1:42**

<    Q   Search Facebook



**Jeanne Hedrich Hedgepeth**
I think Democrats hav
minds ever since Trun
elected And it has cul
this. They suddenly cl
the founders and the
yet they have moved
freedom towards more
socialism (which destr
it touches) AND they
Constitution is outdate

7
D211(Hedgepeth)000470
Hedgepeth v. D211 et al_000470

**1:42**

Q Search Facebook

been so obviously bia
concerning since the
unofficial fourth branc
government and theref
be as objective as po
is perfect but I have
media and Democrats
exaggerate about Trum
conservatives to a deg
never seen before. It
desperatio. You know

**1:42**


Q Search Facebook

will see but in reality
a complete fool , obvi
unattractiv. That is the
and our mainstream n
What truly is impressi
Trump fights back (mo
conservatives cower a
to the Democrats whic
Trump won) he is tefl
The attacks against hi
unbelievabl, I mean wl

9

**1:42**



to the Democrats whic
Trump won) he is tefl
The attacks against hi
unbelievabl, I mean wl
perfect throw the first
attackers have dirtier h
does. Not going to de
or argu, just the view
aged woman who pay
attention to culture an
history. In the end wh

D211(Hedgepeth)000473
Hedgepeth v. D211 et al_000473

**James Britton**

| | |
|---|---|
| **From:** | Lisa A. Small |
| **Sent:** | Monday, June 1, 2020 4:51 PM |
| **To:** | James Britton |
| **Subject:** | FW: Twitter |

**From:** Tony Medina <tmedina@d211.org>
**Sent:** Monday, June 1, 2020 4:49 PM
**To:** Lisa A. Small <lsmall@d211.org>
**Subject:** Fwd: Twitter

Sent from my iPhone

Begin forwarded message:

> **From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Date:** June 1, 2020 at 3:20:04 PM CDT
> **To:** Tony Medina <tmedina@d211.org>
> **Subject: Twitter**
>
> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**
>
> Hi Mr. Medina,
>
> Unfortunately I came across a post on twitter about a PHS teacher and I wanted to make you aware of the situation. I do not want to make a huge problem but I think it is important and should be addressed/taken care of. I found these on twitter and if they are completely edited I am unaware, but it made me uncomfortable and I wanted to share them with you.
>
> This is the link to the tweet
>
> https://twitter.com/lavagal09/status/1267506122770067456?s=21

D211(Hedgepeth)000474
**Hedgepeth v. D211 et al_000474**

## Jeanne's Post

you want because of the color of your sk
You don't have to worry how you will be
viewed because your hair looks a certair
way. For years whites have always wante
to engage in black culture but never war
to walk a day in these shoes THAT THEY
CANT FIT UNDERSTAND your white
privilege please. Also I'm sure there is sc
violence amongst white officers and whi
civilians. LASTLY, This George Floyd killi
isn't a distraction it's what NEEDED to
happen because enough is eno... See M

29m    Like    Reply



**Jeanne Hedrich Hedgepeth**
I am about facts, truth seeking a
love. I will speak on any topic I
choose because I live in a free

D211(Hedgepeth)000475

Hedgepeth v. D211 et al_000475

2



👍 Like     💬 Comment

Follow your gut! Move!!!!!!!!!

20h   Like   Reply    👍 1

**Jeanne Hedrich Hedgepeth**
~~H~~h I need a gur training

20h   Like   Reply

D211(Hedgepeth)000476
**Hedgepeth v. D211 et al_000476**

3

**James Britton**

| | |
|---|---|
| **From:** | Lisa A. Small |
| **Sent:** | Monday, June 1, 2020 4:51 PM |
| **To:** | James Britton |
| **Subject:** | FW: Jeanne Hedgepeth |

**From:** Tony Medina <tmedina@d211.org>
**Sent:** Monday, June 1, 2020 4:49 PM
**To:** Lisa A. Small <lsmall@d211.org>
**Subject:** Fwd: Jeanne Hedgepeth

Sent from my iPhone

Begin forwarded message:

> **From:** ████████████████████████
> **Date:** June 1, 2020 at 3:20:20 PM CDT
> **To:** tmedina@d211.org
> **Subject: Jeanne Hedgepeth**
>
> **External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**
>
> Hi,
> I'm emailing you with unfortunate news, but it needs to be told. I was on Twitter when I came across someone tweeting about Palatine's very own, Mrs. Hedgepeth. They were screenshots containing Facebook posts that she made talking about things such as white privilege holding equivalent weight to the n-word, etc. I was deeply offended to see such things considering I am a person of color. To think that a teacher, who also teaches a subject such as women's studies, would say and believe in such things is culturally insensitive. With everything happening in the world right now and to see a teacher say such things leads me to question how safe of an environment school is. I wanted to bring this matter to light in hopes that something can be done with the behavior that Mrs. Hedgepeth displays. While this Facebook post is just one example of her behavior, it is not isolated. I have included a link of the tweet containing the screenshots of Mrs. Hedgepeth's Facebook post. Thank you.
>
> https://twitter.com/lavagal09/status/1267506122770067456?s=21
>
> ████████

D211(Hedgepeth)000477
**Hedgepeth v. D211 et al_000477**

**James Britton**

| | |
|---|---|
| **From:** | Lisa A. Small |
| **Sent:** | Monday, June 1, 2020 4:53 PM |
| **To:** | James Britton |
| **Subject:** | FW: second message   URGENT- Staff Member |

**From:** Daniel Cates <dcates@d211.org>
**Sent:** Monday, June 1, 2020 4:48 PM
**To:** Lisa A. Small <lsmall@d211.org>; Tony Medina <tmedina@d211.org>
**Subject:** Fw: second message URGENT- Staff Member

This is a second one.

**From:** Leslie Madrid <madrid011911@gmail.com>
**Sent:** Monday, June 1, 2020 4:41 PM
**To:** Daniel Cates
**Subject:** Re: URGENT- Staff Member

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

D211(Hedgepeth)000478
**Hedgepeth v. D211 et al_000478**

**3:46**






 Like 　　　  Comment 　　　  Share

 **Jeanne Hedrich Hedgepeth**
2 hrs · 

You think this would work?

 **Heather Shannon Elliott** ▸ **Recall Illinois Gov. J.B. Pritzker**
3 hrs · 



D211(Hedgepeth)000479

**Hedgepeth v. D211 et al_000479**

On Jun 1, 2020, at 2:30 PM, Leslie Madrid <madrid011911@gmail.com> wrote:


Hello Dr. Cates,

My name is Leslie Madrid. I am a former Palatine Alum.

I wanted to present this piece of evidence, that was taken today, which was from yesterday from another former student and on social media but she has now deleted the comment, to you regarding a staff member within your school district. I will be including a link down below where she had commented on someone's post. I did receive permission to share this with you. If you are no longer able to see her comments, please let me know and I will provide them for you.

Now I do understand that people have the freedom of speech, but she is a teacher in a school who has a big population of minorities. There have been other incidences in the past regarding her behavior, which were brought forward and no actions have been taken. She needs to be held accountable for her actions, statements, etc. I have plenty of other students coming forward saying that she was making insensitive statements to them while in class.

I strongly urge you to look into this incidence and the other ones as well. This is not something to be taken lightly, especially now.

I would appreciate being let known of what actions are going to be taken moving forward. I do not appreciate knowing someone like this is teaching the youth of my community.

https://www.facebook.com/1085505127/posts/10221669116412277/?d=n

Leslie Madrid


<image0.png>

D211(Hedgepeth)000480
**Hedgepeth v. D211 et al_000480**

**James Britton**

| | |
|---|---|
| **From:** | Danny Burton <dannyburton5@gmail.com> |
| **Sent:** | Monday, June 1, 2020 7:23 PM |
| **To:** | Daniel Cates; Lisa A. Small; Mark J. Kovack; Lauren Hummel; James Britton; Matthew J. Hildebrand; Thomas Petersen; mccramer@d211.org; Christopher D. Bays; Steven Rosenblum; Tony Medina |
| **Subject:** | Jeanne Hedgepeth |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello,

I am copying as many people on here as I can. I did this at random so I do apologize if you find this annoying.

Right now you have a choice. A choice to either fire Jeanne Hedgepeth immediately for her racist remarks on Facebook (I am sure you have been made aware. If not I would be glad to show you.) OR you can worry more about the fact that she's tenured and therefore decide to not act on it. If anyone thinks that the N word equates to saying 'white privilege' let me spell it out for you in a way that a literal 5 year old can understand. This is just to show how harmful her words can be and how racist views like this can easily be discredited (just didn't want anyone here to think I was describing this to YOU. I know you are all good people!)

The N Word - a word used to demonize African-Americans for centuries.
White Privilege - something EVERY white person is born with. It doesn't matter where you come from, if you are white, you have privilege. Imagine a white and black person both born in the exact same circumstances. The black person will experience oppression and hate that the white person will not experience. You see? If you were born homeless and lived on the street your entire life, you STILL have privilege because of your skin color.

I have heard COUNTLESS disgusting remarks about Jeanne over the years. I am a 2015 graduate of Fremd high school. Apparently, nothing she has said or done has been enough to get her fired. Well, I hope this crosses the line for you. It is absolutely inexcusable if this teacher is still allowed to teach after this. This is someone who is supposed to expand our student's views on the world. By 'expanding our student's views' I don't mean encouraging white supremacy. Let's start to call white supremacists what they really are - domestic terrorists. She is inciting violence against POC and minorities by completely downplaying that racism exists in this country. THAT is teetering on the edge of terrorism.

I have had the pleasure of having so many great D211 teachers during my time in high school. She is a STAIN on this great school district and will be a stain on the legacy of anyone involved in keeping her employed. Do the right thing. Terminate her with discipline NOW.

Thank you,

Danny

## Kathe E. Lingl

| | |
|---|---|
| **From:** | MARLYSSA K CROW <mkcrow@wisc.edu> |
| **Sent:** | Monday, June 1, 2020 8:28 PM |
| **To:** | Christopher D. Bays; Scott J. Hagel; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates; Tpeterson@d211.org |
| **Subject:** | Jeanne Hedgepeth |
| **Attachments:** | thumbnail_IMG_5064.png; thumbnail_IMG_5066.png |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear All,

Please refer to these documents on one of your teachers, Jeanne Hedgepeth. I am outraged that somebody with so much influence can have these ideals and pass them on to our children. Please take a moment to do further research into who you are giving power and influence to. As a higher educated woman, I will not stand for someone with these ideals to teach women's studies courses to our youth. Make sure that this type of narrative is what you want representing your "community" school district.

Thank you for your time,

Missy Crow

1



 Jeanne Hedrich Hedgepeth
3 hrs · 🎭

You think this would work?

 Heather Shannon Elliott ▷ Recall Illinois Gov.
J.B. Pritzker
3 hrs · 🌐

**Wanna stop the Riots?
Mobilize the septic tank
trucks, put a pressure
cannon on em... hose
em down.... the end.**

Another post from my racist hs teacher. Keep in
mind PHS students are mostly people of color.

D211(Hedgepeth)000483
**Hedgepeth v. D211 et al_000483**

# SOMEONE COME GET THEIR
# TEACHER

Not only is she a teacher, but
one in the social studies
department teaching women
studies ...

<      Jeanne's Post

you want because of the color of your skin.

**So you telling me this is how a teacher at PHS get
down? Smh not surprised**

to engage in black culture but never wanted
to walk a day in these shoes THAT THEY
CANT FIT UNDERSTAND your white
privilege please. Also I'm sure there is some
violence amongst white officers and white
civilians. LASTLY, This George Floyd killing
isn't a distraction it's what NEEDED to
happen because enough is eno... See More

29m  Like  Reply

Jeanne Hedrich Hedgepeth
I am about facts, truth seeking and
love. I will speak on any topic I
choose because I live in a free
country. I find the term "white
privilege" as racist as the "N " word.
You have not walked in my shoes
either so do not make assumptions
about me and my so called privilege.
You think America is racist? Then
you have been hoodwinked by the
white liberal establishment and race
baiters like Jesse Jackson and Al
Sharpton. Travel the world and go
see that every nation has racism

**This is the woman that introduced me**

**to feminism during woman studies in**

**HS..... big yikes dawg !!!!**

D211(Hedgepeth)000484
Hedgepeth v. D211 et al_000484

## Kathe E. Lingl

| From: | Ro Hoe <molinarojack97@gmail.com> |
|---|---|
| Sent: | Monday, June 1, 2020 8:40 PM |
| To: | Christopher D. Bays; Scott J. Hagel; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates; Tpeterson@d211.org |
| Subject: | Jeanne Hedrich Hedgepeth |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

I'm sure you all have by now seen the disturbing facebook post from Ms. Hedgepeth. I am a former student of hers and find her post disgusting, offensive, and way beyond any boundary a teacher should push. I hope you take the right course of action and no longer employ her at your school.

Former student,
John Molinaro (Class of 2015)

D211(Hedgepeth)000485
**Hedgepeth v. D211 et al_000485**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Max Molinaro <maxmolinaro13@yahoo.com> |
| **Sent:** | Monday, June 1, 2020 8:47 PM |
| **To:** | Christopher D. Bays; Scott J. Hagel; Kathe E. Lingl; James Britton |
| **Subject:** | Fwd: Hedgepeth should be fired |
| **Attachments:** | image1.png; ATT00001.txt; image0.png |

<h1 style="background-color:pink;"><font size=3>External Email!  This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.<font></h1>

I used to go to PHS and am disgusted that a person like this is teaching the youth of America. She should be terminated and never be allowed to teach again. This is disgusting and racist rhetoric.

Appalled,
Max Molinaro

D211(Hedgepeth)000486
**Hedgepeth v. D211 et al_000486**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Mark Scherer ▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Monday, June 1, 2020 10:28 PM |
| **To:** | Christopher D. Bays |
| **Subject:** | Hold your teachers accountable |
| **Attachments:** | IMG_0367.jpg; IMG_0368.jpg; IMG_0366.jpg |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear respected faculty,

My name is Mark Scherer, and I am a 2015 alumni of Palatine Highschool.

I hope you and your family are doing well during this time. I am reaching out today because it has come to my attention that a faculty member at PHS is using this time of great pain and anger in the Black community to post racist remarks on Facebook. This faculty member is social studies teacher, Mrs. Hedgepeth. Everyone is entitled to their own opinion when it comes to politics, however the posts she has been sharing have been vile and promote violence in regards to People of Color. I have attached these posts below if you haven't already seen them.

This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates unneeded obstacles to their success. I am also using this time to ask you to make it a priority to hire more teachers of Color so that these instances can be avoided. I am proud to have attended PHS, but seeing this rhetoric being posted online by a former teacher is troubling and embarrassing. I'm asking you to make the right decision and hold your teachers accountable so future students can feel comfortable in their learning environment.

Best,
Mark


--
**Mark Scherer**
**University of Illinois at Urbana-Champaign**
**Communication**
**Class of 2019**
▮▮▮▮▮▮▮▮▮

D211(Hedgepeth)000487
**Hedgepeth v. D211 et al_000487**

**Jeanne Hedrich Hedgepeth**

I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism and some more than others but few make efforts such as we do to mitigate or eliminate it. I have lived and seen The people I am informed by about the black experience in America are actually some of the smartest people in America And it so happens they are black. Ii highly recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts

Replying to **Jeanne Hedrich Hedgepeth** · Cancel

 Jeanne Hedrich Hedgepeth   

     

D211(Hedgepeth)000488

Hedgepeth v. D211 et al_000488

recommend studying Thomas Sowell who is now retired and in his 80's. A treasure. A truth seeker, does REAL research and analysis. Candace Owens is one of the smartest and most courageous women in America and Larry Elders speaks the truth with a great sense of humor and FACTS not feelings. They are who I listen to when it comes to facts about the black experience in America. Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? Do you think there might be a subtle genocide of black babies when most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the U.S. population. The greatest power you have is what you believe about yourself, what have Democrats,, mainstream media and intellectuals in ivory towers been telling the black community to believe about themselves for forty years? Wake up and stop believing them, then things will change.

1d   Like   Reply

Replying to **Jeanne Hedrich Hedgepeth** · Cancel

 Jeanne Hedrich Hedgepeth   

            

D211(Hedgepeth)000489

Hedgepeth v. D211 et al_000489

 **Jeanne Hedrich Hedgepeth**
2 hrs · 👥 ···

You think this would work?

 **Heather Shannon Elliott** ▶ **Recall Illinois Gov. J.B. Pritzker**
3 hrs · 🌐

**Wanna stop the Riots? Mobilize the septic tank trucks, put a pressure cannon on em... hose em down.... the end.**

D211(Hedgepeth)000490
Hedgepeth v. D211 et al_000490

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Sylwia Lizak <sylwializak53@gmail.com> |
| **Sent:** | Monday, June 1, 2020 9:21 PM |
| **Subject:** | Jeanne Hedgepeth Social Media Posts |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello,

I am writing to you to pressure for the swift resignation or termination of Jeanne Hedgepeth. While Ms. Hedgepeth's social media posts have often been problematic, especially considering her role as a social studies teacher, the recent ones have gone too far. They have been blatantly racist.

In one post, she states "I find the term 'white privilege' as racist as the 'N word'". The N word is offensive and unacceptable due to countless years of injustice towards the black community. The term "white privilege" is not racist because it inherently cannot be. You cannot be racist again white people, because white people are not oppressed. There is much more blatantly racist commentary packed into the post(s). She goes on to say "Don't you think there is a deeper problem than racism when 50% of murders in America are committed by 13% of the population? DO you think there is a subtle genocide of black babies when the most planned parenthoods are put in poor neighborhoods and that 30% of abortions are black babies, black women only make up 7% of the US population." This is pushing not only her pro-life agenda, but also spewing grossly inaccurate information that is detrimental and degrading to POC. She also posted a picture with the following message "Wanna stop the riots? Mobilize the septic tank trucks, put a pressure cannon on em... hose em down... the end". She not only is inciting violence towards protesters, but also suggesting they be sprayed in fecal matter. I am assuming you have seen the posts I am referring to already, but please correct me if I am wrong.

As a former student, I take a lot of pride in PHS. The teachers are compassionate, understanding, and informed. Ms. Hedgepeth is the exception. I hope that D211 and PHS make the right decision in terms of Ms. Hedgepeth's employment at the school. She does not represent the values of the students or the community. Quite honestly, she is a disgrace and parents should not feel comfortable with her teaching their children. I am certainly outraged about the idea of her teaching any youth. I hope she finds peace within herself and becomes a decent human being in the future, but there is no room for people like her in education.

My suggestion, along with many others, is that she be held accountable by asking Jeanne Hedgepeth to resign. If not, I suggest she be terminated. PHS is a very diverse school, with only 38% of students identifying as white, meaning minorities comprise a majority of the population. There is no place in any school, yet alone in one as ethnically diverse as PHS, for an educator such as herself. When looking for a replacement for Ms. Hedgepeth or when looking to hire in general, I believe a strong focus should be hiring teachers of color to help better educate and fulfill the needs of students. Because of how complex the issue of racism is and how there are racial biases to unlearn within each of us, I also believe there should be POC Sensitivity Training provided to all educators within the district. This will help avoid such situations in the future. I hope you take into consideration the hurt of the community and the deep impact Ms. Hedgepeth has made on the students who previously trusted her to educate them.

Respectfully,
Sylwia Lizak

D211(Hedgepeth)000491
**Hedgepeth v. D211 et al_000491**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Gabrielle Heidrich <gabheidrich@gmail.com> |
| **Sent:** | Monday, June 1, 2020 9:04 PM |
| **To:** | Kathe E. Lingl |
| **Subject:** | Holding Teachers Accountable |
| **Attachments:** | IMG-9465.PNG; IMG-9464.PNG; IMG-9453.JPG |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Mrs. Lingl,

My name is Gabby Heidrich, and I am a 2015 alumni of Palatine Highschool. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers, Mrs. Hedgpeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels.

Take care,
Gabby

--
**Gabrielle Heidrich**
*she/her/hers*

D211(Hedgepeth)000492
**Hedgepeth v. D211 et al_000492**

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Dhivyaa Anandan <dhivyaa.anandan@vanderbilt.edu> |
| **Sent:** | Wednesday, June 3, 2020 4:18 PM |
| **To:** | Kathe E. Lingl |
| **Subject:** | Concerns about PHS Social Studies Teacher |
| **Attachments:** | IMG_4282.JPG; IMG_4281.JPG |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Mrs. Lingl,

My name is Dhivyaa Anandan, and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing of the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.

D211(Hedgepeth)000531
Hedgepeth v. D211 et al_000531

Sincerely,
Dhivyaa Anandan

D211(Hedgepeth)000532
**Hedgepeth v. D211 et al_000532**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Emily Sund <eksund14@yahoo.com> |
| **Sent:** | Wednesday, June 3, 2020 7:27 PM |
| **To:** | Tony Medina; Christopher D. Bays; Lisa A. Small; Daniel Cates; Mark J. Kovack; James Britton; Kathe E. Lingl; Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum |
| **Subject:** | Concerns about PHS Social Studies Teacher |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Hello,

My name is Emily Sund and I graduated from Palatine High School in 2015. I am writing to you today to express my concerns about recent Facebook activity by a Social Studies teacher at Palatine High School, Ms. Jeanne Hedgepeth. Attached are two images of her comments and posts on Facebook. One image shows a comment suggesting that "white privilege" is as racist as the "n-word" and anyone who believes America is racist is has been fooled by the liberal establishment. Another image glorifies militancy and dehumanization towards protestors, suggesting that they get hosed down by septic tanks to shut down riots.

Regardless of political affiliations and despite the desire to maintain the integrity of academic discourse, these comments reflect a fundamental irresponsibility as an educator. Especially in this moment, when the entire nation is grieving the unjust loss of black lives and are protesting police brutality, her comments blatantly discredit the black experience in America and promote even more dehumanizing violence. As a teacher at a high school with a diverse student population, being able to sympathize with the black experience and support students who are living through this moment and grappling with the injustices that have been unfolding is not optional; it is a requirement. Her comments denying racism and trivializing the "n-word" -- which have unabashedly been posted on social media against the backdrop of the Black Lives Matter movement, the protests against police brutality, and the COVID-19 pandemic that has affected black communities at an alarmingly disproportionate rate -- show that she cannot contextualize this moment as a part of the history of America and the history of the black experience in this country, disqualifying her as a social studies teacher. Her comments also dismiss the pain, frustration, and anger that black students and the nation are feeling right now, thereby disqualifying her as an educator that can cater to and care for a diverse student population. In addition, publicly promoting violence against and dehumanization of people and suggesting that they get hosed down with septic tanks is inappropriate, especially in the role of an educator responsible for teaching, guiding, and protecting Palatine high schoolers.

As an alumnus of Palatine High School, I know the profound effect high school teachers have on shaping students' perspectives, their feelings of safety and security, and their trust in the education system that serves them. With the responsibility of caring equally for the students she teaches and educating a future generation who is responsible for creating a more just world, educators like Ms. Hedgepeth cannot use rhetoric that discourages empathy and invalidates the experiences of anyone in our community under the guise of "free speech" or "truth seeking." This is no longer within the realm of academic discourse; this violates Palatine's community creed of "Respect, Responsibility, and Integrity." I ask that you hold Ms. Hedgepeth accountable for her irresponsible and inappropriate comments by requesting that she resign from her position. I also ask that District 211 takes accountability for the crucial role educators have in shaping the trajectory of the future by implementing and consistently reinforcing diversity, equity, inclusion trainings for all faculty and staff members. Going forward, District 211 must also commit to prioritizing hiring more teachers of color so that these instances can be avoided.

Thank you for your time. If there is any other information I can provide for you, please let me know. In addition, I would appreciate any updates from you regarding how you plan to address these concerns.
Sincerely,
Emily Sund

D211(Hedgepeth)000533
**Hedgepeth v. D211 et al_000533**



Jeanne's Post

you want because of the color of your skin. You don't have to worry how you will be viewed because your hair looks a certain way. For years whites have always wanted to engage in black culture but never wanted to walk a day in these shoes THAT THEY CANT FIT UNDERSTAND your white privilege please. Also I'm sure there is some violence amongst white officers and white civilians. LASTLY, This George Floyd killing isn't a distraction it's what NEEDED to happen because enough is eno... See More

20m · Like · Reply

Jeanne Hedrich Hedgepeth
I am about facts, truth seeking and love. I will speak on any topic I choose because I live in a free country. I find the term "white privilege" as racist as the "N " word. You have not walked in my shoes either so do not make assumptions about me and my so called privilege. You think America is racist? Then you have been hoodwinked by the white liberal establishment and race baiters like Jesse Jackson and Al Sharpton. Travel the world and go see that every nation has racism

Write a comment...

Jeanne Hedrich Hedgepeth
17h · 

You think this would work?

Heather Shannon Ellett > Recall Illinois Gov.
J.B. Pritzker
18h · 

Wanna stop the Riots? Mobilize the septic tank trucks, put a pressure cannon on em... hose em down.... the end.

1 Comment

Like · Comment · Share

Jeanne Hedrich Hedgepeth
7 h · 

Ben Shapiro
3 hrs · 

D211(Hedgepeth)000534
Hedgepeth v. D211 et al_000534

## Kathe E. Lingl

| | |
|---|---|
| **From:** | Rebecca Weeden <weeden7170@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 4:09 PM |
| **To:** | Tony Medina; Christopher D. Bays; Kathe E. Lingl; James Britton; Mark J. Kovack; Daniel Cates |
| **Subject:** | Demanding the protection of students of Color at PHS |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Respected Faculty and Staff

My name is Rebecca (Becca) Weeden, and I am a 2018 alumni of Palatine High School. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers and substitutes, Mrs. Hedgepeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels. I demand that Palatine High School and d211 take more extensive measures to provide resources and support systems for students of Color. This begins with making sure faculty are educated on this subject and remain respectful and fair when educating black and brown students.

Best,
Becca Weeden

D211(Hedgepeth)000535
**Hedgepeth v. D211 et al_000535**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Kamila Czyszczon <kamila.czy@gmail.com> |
| **Sent:** | Tuesday, June 2, 2020 3:57 PM |
| **To:** | Kathe E. Lingl |
| **Subject:** | Racism in Palatine Faculty's facebook posts |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

Dear Respected Faculty and Staff

My name is Kamila Czyszczon, and I am a 2018 alumni of Palatine Highschool. I hope you and your family are doing well during this time of uncertainty.

The reason I am reaching out today is because it has come to my attention that one of Palatine High School's Social Studies teachers, Mrs. Hedgepeth, is using this time of great pain and anger in the Black community to spew racist dialogue on Facebook. Of course people are entitled to their own opinions about politics, but the content she has been sharing is particularly violent and vile when it comes to talking about People of Color.

Palatine High School is a place with a great diversity in our students, and the Illinois website points out that students of Color make up the majority of the school's population. Growing up in a diverse community at that high school is something that I will always cherish, as it brought new perspectives and cultures to the forefront, and prepared me for the real world. This behavior from a Social Studies teacher is unacceptable, and she should be asked to step down from her position. Being racially biased in a school made up mostly of students of Color is dangerous to the students, and creates another barrier they have to maneuver to be successful. I am also using this time to ask the d211 district, and Palatine High School especially, to make it a priority to hire more teachers of Color so that these instances can be avoided, and students can be taught with the decency and respect they deserve.

I hope that action is taken on this matter and that students can not have to worry about whether they are being taught by someone that genuinely understands their struggles and barriers that come with being a Person of Color. I am proud to have attended Palatine High School, but it is also embarrassing and unacceptable for a teacher to be posting rhetoric like that publicly for everyone to see, and it is ignorant to think that her beliefs do not impact her actions as a teacher and how she handles Students of Color. Please do something about this and stand with your students in fighting for a more equitable and just world for people of all races, religions, genders, and class levels.

Take care,

Kamila Czyszczon

D211(Hedgepeth)000536
**Hedgepeth v. D211 et al_000536**

**Kathe E. Lingl**

| | |
|---|---|
| **From:** | Sonja Johanson <sonjajohanson4@gmail.com> |
| **Sent:** | Friday, June 19, 2020 8:10 PM |
| **To:** | Robert J. LeFevre; Anna Klimkowicz; Edward M Yung; Kimberly Cavill; Mark Cramer; Peter R. Dombrowski; Steven Rosenblum; Christopher D. Bays; Daniel Cates; Mark J. Kovack; Tony Medina; James Britton; Kathe E. Lingl; Lisa A. Small |
| **Subject:** | PHS Social Studies Teacher Racism |

**External Email! This email originated from outside District 211. Do not open attachments or click links within it unless you are certain this email comes from a trusted sender.**

My name is Sonja Johanson, and I graduated from PHS in 2012. I had Jeanne Hedgepeth as a teacher and was in clubs that she was in charge of. She was someone that I trusted and looked up to as a role model. I'm sure many of you also remember my brother, Aaron Johanson, who graduated in 2009 and completed suicide just days later.

I am writing to you today because it has been brought to my attention that someone has written to you to defend this teacher's words and actions by using my brother's funeral service eulogy as an example of her good character. This letter was read allowed during the last board meeting and broadcasted on zoom. I am appalled that someone had the audacity to use my deceased brothers' memory to excuse such horrific behavior, and I find it disrespectful that you chose to include it as any sort of evidence in her favor. I can assure you that if my brother were alive today, he would be furious to hear this.

What she has said, and continues to say, is racist, transphobic, and misogynistic. She has been shown on video expressing inappropriate and aggressively toned personal views in her classroom while students sat in stunned silence. She has spoken online about wanting to purchase and carry a gun now that "the civil war has broken out." Aaron would be ashamed of her. I am ashamed of her, and if I could go back in time and choose any other person to speak in his honor, I would do so. My brother would be fighting on the frontlines against racial injustice and disparities in this country if he were alive today. He would be among the many of her former students writing to you to shine a harsh light on the reality surrounding this teacher. He did not tolerate racism, or hate towards anyone for simply being themselves. He taught others to love themselves and be loving to others.

Knowing her in the way that I did, and seeing the big picture with stories finally surfacing, I see her as an abusive person. I had a very pleasant experience with her growing up because I am white, and at the time was not out as transgender or gay. I see now how differently she was treating people who didn't fit into her box of "acceptable" during the same time that she was my role model. Her ability to play two different people so seamlessly for so long should scare you. It's the way abusive people move through the world stealthily and without consequence. She needs to be held accountable for her actions that have hurt students, regardless of any amount of "good" people may have to share about her.

This behavior is not a single Facebook post. It is many interactions that left students feeling hurt and confused. The job of a teacher is not to hurt or confuse, not to impose their personal views or warped perspective around history. It is to educate, based on facts. Regardless of how many times this teacher says that she is only interested in love, truth, and facts, her actions speak so much louder than her words.

D211(Hedgepeth)000537
**Hedgepeth v. D211 et al_000537**

I hope that you can all consider the gravity of this situation from the perspective of the young minds that will be vulnerable to her behavior if you let her continue teaching. As representatives of a diverse school, please think of every student and your commitment to their safety emotionally, physically, and spiritually in the classroom.

Thank you,

Sonja Johanson
(he/him/his pronouns)

D211(Hedgepeth)000538
**Hedgepeth v. D211 et al_000538**