IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jeanne Hedgepeth,

Plaintiff,

v.

James A. Britton, et al.,

Defendants.

Case No. 21-cv-03790

Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

      which ☐ includes      pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants James A. Britton, Kimberly Cavill, Anna Klimkowicz, Robert J. LeFevre, Jr., Steven Rosenblum, Lisa A. Small, Edward M. Yung, Township High School District 211, and against plaintiffs Jeanne Hedgepeth.

Defendants shall recover costs from plaintiff(s).

☒ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 2/20/2024                                          Thomas G. Bruton, Clerk of Court

                                                                                         /Susan McClintic , Deputy Clerk