IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNE HEDGEPETH, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> JAMES A. BRITTON, *et al.*, ) </br> ) </br> Defendants, ) </br> _____ ) | Case Number: 1:21-cv-03790 </br></br> Honorable Manish S. Shah |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jeanne Hedgepeth appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion & Order and Judgment entered on February 20, 2024 (Dkt. Nos. 83 and 84) by the Honorable Manish S. Shah, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in the above-captioned matter.

Dated: March 19, 2024

/s/ Paul J. Orfanedes
Paul J. Orfanedes
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington DC 20024
T: 202.646.5172
porfanedes@judicialwatch.org

Alice Christine Svenson
Chalmers, Adams, Backer & Kaufman, LLC
345 N. Eric Drive
Palatine IL 60067
T: 312.437.8629
csvenson@chalmeradams.com

*Counsel for Plaintiff*